In the Central District Court of California; Riverside(Eastern Division)



FEE PAID

|  |  |
|---|---|
| Petitioner/Plaintiff, | ) |

EDS-220325-000-3305

CV-22-02276-CAS(JC)

Mahmood Yoonessi ,Myoonessi,MD pc and MY Montecito )

**Vs.** )

)

Gloria D·Gray , Gina Franco and DOES 1-50 )

**Respondents/Defendants** )

)

NO.

---

1

2               NOTICE OF REMOVAL

3

4       State    Court    Defendants    Mahmood    Yoonessi,    and    MY

5   Montecito  hereby give notice of removal of the action from the State

6   Courts  of California Counties of LA ,Riverside, to the United States

7   District Court for the Central  District of  California Riverside(Eastern

1

Division).In support hereof, these defendants ;now petitioners/movants would show:

1.    State Court Plaintiffs, through Counsel, commenced an action by filing their complaint against Mahmood Yoonessi dba MY Montecito Sh in, in the Norwalk Courthouse LA County; Civil Action No. 15N06376 on or about April 22, 2015, and sought recovery of alleged actual and punitive damages, debts in the amount of $10,374  $370, as appears from plaintiffs Complaint (a version attached), Process was never served upon these defendants, or their agents for service of process. Honorable Judge Daniel Ramirez dismissed the case as a collection claim, ordered Service of Process and show cause (both ignored; by Plaintiffs; Court proceedings page 32 '; 1 40-45 entry on or about Sept 03 2015). Case was then transferred to S.M Courthouse. Defendants were never properly served). During the ensuing Five years plaintiffs committed fraud on the courts on numerous occasions, including, inter alia a claim of Bankruptcy Filing In 2017; never explained documented (attached exhibit page 30 lines 14-15?),a writ? Undisclosed with collections from BOA (Documents page 000029), a writ of Execution? Lines 016 Page 000030(Exhibits, Documents)

2. Several high priced attorneys collected over a quarter Million dollars from defendants never delivered services. They filed for and obtained withdrawals ignoring defendants objections ;( David Young, Brett Oberst, Jon Van velear, David Isola, Giannotti all attorneys)

3. On or about May 2019 defendants 'attorneys were dismissed and Atty Sadeghi was forced to appear in Pasadena for a mock non-Jury trial.

4. Atty H Sadeghi's plea that he was not prepared, did not represent MY Montecito Inc was Ignored. His request for Jury trial; paid for, was disregarded (Doc page000039)

5. **Well-reasoned requests before the appellate division was disregarded; Case:BV 032190 ,BV033158, transfers to State court of appeal for corrections of gross errors of law were denied; State options for remedy were exhausted ,**

6. The case now has become removable to Federal Court on Constitutional grounds (denial of right to jury trial paid for, in violation of California article 16 and US VIth constitutional Amendment,

7.This is now a civil action wherein the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $ five million Dollars($2,758,636.64 overpayment to San Bernardino tax collector by MY Montecito III,;pg000071,$462,863.73 overpayments to the same Tax collector by My Montecito,Inc,;Page 70,$794,726.03 overpaid by MY Montecito Sh Inc; pg 000068),wherein the parties involved are citizens of ,do business In Riverside Ca and New York States(230 10th St Brooklyn).

8. MY Montecito, Inc (C1841391) is a corporation created and

1   Existing pursuant to the laws of the State of California and having its
2   principal place of business in New York and California.MY Montecito Inc
3   never had any dealings with Gray's team (submitted documents
4   page0000041, 000090 and 000091)

5

6      9. MY Montecito, Sh Inc(C 3548587) is a corporation created
7   and existing pursuant to the laws of the State of California and having
8   its principal place of business in County of Riverside
9   California(submitted documents 000040 and 000090,000091).Said entity
10  did not use RL246 for construction of a parking lot(Documents submitted
11  Page 000059),

12

13     10.Neither  C1841391, Nor C3548587 have ever accepted
14  Liabilities  pursuant to section 107,subdivision  (e)  of CERCLA,42
15  USC9607,subdivision ( e)  and Ca Health and safety Code Section
16  25364;(submitted documents pages 000042),000076,000077,

17

18     11. Officers, agents operatives of C1841391)    and(C
19  3548587) are resident citizens of Riverside County, and existed both at
20  the time the State case was commenced by Gray's team and at the time
21  of service of process herein.  Consequently, this court has original
22  jurisdiction over this matter pursuant to 28 U.S.C. Section 1332.

23

24     3.   This notice of removal is timely (28 U.S.C. Section 1446,
25  within thirty (30) days of the day of March 9/2022, the date State Court
26  of Appeals refused to intervene (Document page000052).

**By language alone, § 1446 requires three steps for effectuating removal to federal court:  defendants must file the notice of removal in federal court, provide written notice to all adverse parties, and file a copy of the notice with the clerk of the state court.  Indeed, the phrase "which shall effect the removal" in § 1446(d) . . . makes it clear that removal is not "effected" until all three steps are completed.** *Dutton*, at \*14; *see also Brown*, at \*2 ("Significantly, § 1446(d) further provides that the written notification of all adverse parties and the filing of a copy of the removal notice with the state court clerk 'shall effect the removal.'").

9. Movants, petitioners, originally erroneously were sued in Norwalk as: Mahmood Yoonessi dba My Montecito Sh, plaintiffs  claimed:

10. He (movant), his businesses (M Yoonessi, MDPC, MY Montecito Corporations, LLC's targeted since 09/ 11, 2001, operate in Rancho Palos Verdes,

11 Myoonessi MD's primary business is Medicine. He was recruited by State University of New York at Buffalo(Hereafter SUNYAB,UB) in 1976 and a quarter century later ,as a tenured Associate Professor., in a wrong forum, based on  "Fraudulent testimony" of a Canadian, his NY and CA Licenses to practice Medicine ,were revoked,(800-2020-073101)

12.To this date(21 years later) movant's medical business corporation, has not been charged with any wrongdoing and California courts ,Agencies(OAH2021080903) have denied his position as a fulltime tenured UB associate Professor, illegally terminated by late Atty William Greiner ,Steve Sample past UB and USC  Presidents,

13..Frivolous lawsuits have been filed against Mahmood Yoonessi In Dallas, Texas , Buffalo New York, Los Angeles ,Riverside ,Norwalk, California; None ever tried before a "Jury",

14. The above captioned case, came the closest to trial; not before a "Jury" but a judge, in presence of two armed "Deputy Sheriffs in Pasadena, four years after it was filed in a wrong forum, based on "perjury"

15.On or about April 22nd,2015 ,the case of "Caine&Weiner v. Mahmood yoonessi  dba MY Montecito In Sh was filed in Norwalk it  was Filed, without  a valid  "Proof of service" , on any  responsible "Party"

16. The Appeal, in this case sought to overturn June 19, 2019 "Judgment and order", which ignored claimant's lack of standing abused the "Jurisdiction of the court", and is legally Void, voidable; without legal effect,

17. Said Judgment and order ignored Honorable Judges Ramirez and Yolanda Orozco's decisions and orders (Judge Orrozco set aside Judgment against MY Montecito Sh; Doc page000031).These rulings Are burried in Courts proceedings. Minute orders have been ignored and a $67,500 claim has surfaced by Gray's team ,changed to$60,026.06 by Atty Dodd's(Doc pages 000054,000057),Judges Ramirez and Orrozco orders were never appealed ,instead replaced with Gray's teams'  orders, in complete absence of all jurisdictions,

18. The following Lawyers, firms have collected close to a quarter Million dollars, and as of this date; the appeal is filed/labeled:"Pro se":

*Attorney David Young collected $7,500; disappeared,

*Doll /Emir Law firm collected over $30,000; disappeared,

*The Fullman law firm represented defendant; successfully

1    Overturned the original default judgment; to no avail,

2    *David Giannotti, Summer No stich, collected over        $20,000;

3    disappeared,

4    *David Isola collected over$40,000; was allowed to withdraw, after his

5    "Negligence/Gross negligence "came to light,

6    *Atty Sadeghi collected over$8,000; from MY Montecito Sh, Inc

7     Filed a withdrawal; admitting he was not retained by, or represented

8    MY Montecito, Inc

9    19. "California Regional Water Quality Control Board; hereafter

10   C.R.W.Q.C.B" and "State Water Resources Control Board; hereafter

11   S.W.R.C.B, Metropolitan WaterBoard of Southern California (hereafter

12   MWB, Gray' steam) made their own determination in "Riverside; case No

13   RIC; 462 000", to avoid  "Judicial Scrutiny" of the courts?

14   20. The  CRWQCB and SWRCB ,with the help of Riverside Tax assessor's

15   Office Fabricated/Falsified records, evidence (Penal Code 115) and Have

16   Extorted Millions of Dollars (18 USCA sections 875-879,1951),

17

18   21. The (Metropolitan Water Board ;Gray' steam by and through someone

19   named Adrian Marquez- from Attorney related services produced  Forged

20   POS ( Doc page000044)committed Perjury And Forgery in an attempt to

21   collect money from Petitioners ,Movants

22

23   22. At the time of submission of their SOP document (pos010) MWB knew

24   that attorney related services was out of business!

23. Metropolitan Water Board (MWB), CRWCB knew that they are owners of Parcel NO's 191-181-007 & 191-190-001), they collected taxes from Petitioners, movants (Seizure for taxes; 000062-000071),

24.Riverside County Tax Collections (Don Kent and successors) used "Unauthorized ,Fraudulent" access to petitioners' Wells Fargo accounts, Yearly since 2014⊗all over assessed:(Parcel No; 191190005-8 n.v;$1,105,552,tax;,    Parcel No; 191190003-6    n.v; $4,286,456   tax; $23,451.96  $ 23,451.96 Parcel No; 191190002- 5  n.v; $2,496,973    tax; $13, 466, 98   $13,466.98 Parcel No: 191181006-1 Tax: $511 Parcel No; 191-190-001  (summarized in documents000062-71)
                191-190-005

25.The Metropolitan water District of Southern California  Claims ownership of parcels 191-181-007, and  191-190-001,but holds MY Montecito Sh Inc responsible for contamination (if any) at 6050 Arlington, And they have not been named as Dischargers,

26. The Riverside Tax Assessors increased the Net Value of 6160 Arlington property to $7,888, 981, taxed at $86,571.30/year, in complete absence of all jurisdictions,

27. They all knew the Arlington property was sold at auction for Five Million Dollars,

28. The Riverside County environmental Health Department, In October of 1986 supervise removal of the five Underground Storage Tanks (hereafter UST) at the site (6160 Arlington); uncontested by anyone!

29. These agencies have committed fraud on the courts in Riverside, Norwalk, Stanley Mosk Court houses,

30. By filing/pursuing the above lawsuit, they availed themselves to the "Jurisdiction of this Honorable Court"

30. Submitted is a "Notice of termination of Lease R.L. 246; 6208, where the Gray's team", on its own, exercised its option, under Paragraph 9 of the amended lease of March 12 or May 9, 1996 declaring  their cancelation of the lease. That makes the States' lawsuits "Frivolous', (submission page; 000060)

31. The  Tax Assessor/Collector of Riverside's imposition of Tax Lien On My Montecito Sh ,Ink's for the years 2014&beyond  as well as Tax Liens on MY Montecito III constituted Extortion(18 U.S.C.A 875,Hobbs Act;18 U.S.C. § 1951(a) added section 7.01) ,CA Penal code 440

32. Counsel Isola's declaration/submission's supporting his withdrawal were   judicially   imperfect,   violated   defendant/counterclaimants' Federal/State constitutionally guaranteed rights. It must have been rejected in fairness and as a matter of Law (18USCA section 1519, Ca Penal code, 115.5, 132, 134, 141, Ny Penal code 115)

Points of Authority

1. Civil Rights violations 42 U.S.C. §1981, §1983, §1985, Title VII of the Civil Rights Act of 1994, § 701, et seq., 42 U.S.C. A, § 2000E et.seq. Civil Rights Act of 1991.

2. The Seventh Amendment (Amendment VII) to the United States Constitution is part of the Bill of Rights. This amendment codifies the right to a jury trial in certain civil cases, and inhibits courts from overturning a jury's findings of fact. The Seventh Amendment is generally considered one of the more straightforward amendments of the Bill of Rights.

Extortion (18 USCA sections 875-79), Plaintiff and claim assignors demand for payment of a Lease they had terminated is a new approach to "Extortion" ;( 18 USCA §§ 875-79),

3. Corporation Is a Person (A/The) defendant[s] in this case, (is a corporation/are corporations). Under the law, a corporation must be treated in the same way as a natural person. When words like person or he or she used in these instructions to refer to the defendant[s], those instructions [also] apply to Corporation.

4. Violations of California CORPORATIONS CODE SECTION 31410-31412, "31410.

5. Fraud on the courts on more than one occasion; Counsel for plaintiff in his complaint committed Perjury at least on five occasions:

*.Civil Case Cover sheet: Rule3.74, *.Civil Case cover sheet Addendum; Applicable reason for Forum shopping; No 5, *Civil Case cover sheet Addendum;        declaration        of        assignment;        Perjury

1    (18USCA1621,*Complaint pg 1, 2; Perjury (USC 1621, Pg 3; lines14-

2    15(Perjury USC 1621, Pg 4; lines 1-2(Perjury 18 USC 1621,

3    Pg 4; lines 1-2(Perjury 18 USC 1621), Pg 4; line 17(18USC 1621

4    6.Attempting to collect  money ,from defendants in 2015 in the name of

5    Clean up/Abatement of underground plumes ,allegedly emanating from

6    five UST's removed in 1986,constitutes  second attempted extortion(( 18

7    USCA §§ 875-79),

8    6. The right to a trial by jury as declared by Section 16 of Article I of the

9    California Constitution shall be preserved to the parties inviolate. In civil

10   cases, a jury may only be waived pursuant to subdivision (f).

11   7.8. Accomplice Testimony ;( Gina Franco); No Dispute Whether Witness

12   Is Accomplice If the crime[s] of Extortion (was/were) committed, then

13   (Gina Franco, Jeff Wynn, Eric She felt, Carl Middleton, Miguel

14   Gonzalez/were) accomplice[s] to (those) crime[s].

15   7. CONSPIRACY 415. Conspiracy (Pen. Code, § 182) to prove that (the/a)

16   defendant is guilty of Conspiracy to defraud (Extortion, Tax Fraud),

17   8. Forgery by Passing or Attempting to Use Forged Document (Pen. Code,

18   § 470(d)

19   9. EVIDENCE TAMPERING 2630. Evidence Tampering by Peace Officer

20   or Other Person (Pen. Code, § 141) the defendant is charged with

21   tampering with evidence [in violation of Penal Code section 141].

22   10. PERJURY 2640. Perjury (Pen. Code, § 118)

23   11. Cases:  REDEVELOPMENT  AGENCY  OF  THE  CITY  OF

24   STOCKTON, v. BNSF RAILWAY COMPANY et al. (9th circuit. 2011)643

25   F.3d 668

12. Codes; 18 USCA 875-879(Extortion), 18 USCA 371, 18 USCA Code section 1519

13. Codes, STATUTES; Ca Corporation code § 31410-31412, Ca Penal code 440 23 § Code Rags. §2050.5(a), 23 Cal Code Regs. § 2052(a) (2) (A) 23 Cal. Code Regs. §2720, 23 Cal. Code Regs. §2720(3), Health & Safety Code § 25281(k), Health & Safety Code § 25296.10, Health& Safety Code § 25296.10(a), Health& Safety Code §33459-33459.9.Water Code §13304, Water Code § 13304(a. (Ca Penal code, 115.5, 132, 134, 141, NY Penal code 115)

## Argument

## I

A judgment may not be rendered in violation of constitutional protections. The validity of a judgment may be affected by a failure to give the constitutionally required due process notice and an opportunity to be heard (Earle v. McVeigh, 91 US 503, 23 L Ed 398. See also Restatements, Judgments ' 4(b). Prather v Loyd, 86 Idaho 45, 382 P2d 910). The limitations inherent in the requirements of due process and equal protection of the law extend to judicial as well as political branches of government, so that a judgment may not be rendered in violation of those constitutional limitations and guarantees. Hanson v Denckla, 357 US 235, 2 L Ed 2d 1283, 78 S Ct 1228. A void judgment is not entitled to the respect accorded a valid adjudication, but may be entirely disregarded, or declared inoperative by any tribunal in which effect is sought to be given to it. It is attended by none of the consequences of a valid adjudication. It has no legal or binding force or efficacy for any purpose or at any place. ... It is not entitled to enforcement ... All

proceedings founded on the void judgment are themselves regarded as invalid. 30A Am Jur Judgments " 44, 45. It is a fundamental doctrine of law that a party to be affected by a personal judgment must have his day in court, and an opportunity to be heard. Renaud v. Abbott, 116 US 277, 29 L Ed 629, 6 S Ct 1194. Every person is entitled to an opportunity to be heard in a court of law upon every question involving his rights or interests, before he is affected by any judicial decision on the question. Earle v McVeigh, 91 US 503, 23 L Ed 398. No Opportunity to Be Heard A judgment of a court without hearing the party or giving him an opportunity to be heard is not a judicial determination of his rights. Sabari ego v Maverick, 124 US 261, 31 L Ed 430, 8 S Ct 461, and is not entitled to respect in any other tribunal. "A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370; Ex parte Rowland (1882) 104 U.S. 604, 26 Led. 861: "A judgment which is void upon its face, and which requires only an inspection of the judgment roll to demonstrate its wants of vitality is a dead limb upon the judicial tree, which should be lopped off, if the power to do so exists." People v. Greene, 71 Cal. 100 [16 Pac. 197, 5 Am. St. Rep. 448]. "If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1Freeman on Judgments, 120c.) An illegal order is forever void. Orders Exceeding Jurisdiction An order that exceeds the jurisdiction of the court is void, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue. (See Rose v. Himely (1808) 4 Cranch 241, 2 L Ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson

1  v. Whitman (1873) 18 Wall 457, 21 l ED 897; Windsor v. McVeigh (1876)

2  93 US 274, 23 L ed 914; McDonald v. Magbee (1917) 243 US 90, 37 Scat

3  343, 61 L ed 608. "If a court grants relief, which under the circumstances

4  it hasn't any authority to grant, its judgment is to that extent void." (1

5  Freeman on Judgments, 120c.) "A void judgment is no judgment at all

6  and is without legal effect." (Jordon v. Gilligan, 500 F.2d 701, 710 (6th

7  Cir. 1974) "a court must vacate any judgment entered in excess of its

8  jurisdiction." (Lubber v. Selective Service System Local Bd. No. 27, 453

9  F.2d 645 (1st Cir. 1972). A void judgment does not create any binding

10 obligation. Federal decisions addressing void state court judgments

11 include Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L Ed 370.

12 Federal judges issued orders permanently barring Stich from filing any

13 papers in federal courts. After Judges Robert Jones and Edward Jalen

14 corruptly seized and started to liquidate Stich's assets, Judge Jones

15 issued an unconstitutional order barring Stich from filing any objection

16 to the seizure and liquidation. Void Orders Can Be Attacked at Any Time

17 An order that exceeds the jurisdiction of the court, is void, or voidable,

18 and can be attacked in any proceeding in any court where the validity of

19 the judgment comes into issue. (See Rose v. Himely (1808) 4 Cranch 241,

20 2 L Ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson

21 v. Whitman (1873) 18 Wall 457, 21 l ED 897; Windsor v. McVeigh (1876)

22 93 US 274, 23 L ed 914; McDonald v. Magbee (1917) 243 US 90, 37 Scat

23 343, 61 L ed 608. U.S. v. Hertzman, 762 F.2d 720 (9th Cir. 1985) ("Portion

24 of judgment directing defendant not to import vehicles without first

25 obtaining approval ... was not appropriately limited in duration and,

thus, district court abused its discretion by not vacating it as being prospectively inequitable." Id at 722.

**Wherefore;** Petitioners/movants/complainants beg this honorable court to determine:

I. State Court Plaintiffs knowingly, fraudulently filed the case against the petitioners, movants in Norwalk, S.M Courthouses; they have now availed themselves to the Jurisdiction of this honorable court (All Corporations targeted are in San Bernardino, Riverside county)

II. They cannot now assume adjudication of the case within their own "Agencies": they just simply cannot be the prosecutor, Judge and Jury,

III. The allegations, accusations against defendant/cross complainant require credible evidence subjected to Frye or Daubert tests, and proper Accounting, Auditing

IV. petitioners/movants/Cross Complainants request and are entitled ( Under US and California Constitutions to a "Jury Trial".

V. There is no statutory, legal and or moral basis for Gray's team to demand/collect money from MY Montecito Sh without proper validation and Justification

VI. The Court must reexamine the records and determine this case is not a "limited case "as claimed; the cost of investigation/cleanup of MWD's properties   could easily be Millions of dollars,

VII The court is requested to deny Gray's team's Extortion scheme Counsel Isola's motion, to the alternative, refer the case to the "District Attorney's Office" ,Inspector General, and Environmental Protection agency for investigation and possible criminal prosecution,

1  X. Petitioners/movants/Cross complainant are entitled to Compensatory

2  and Punitive damages

3  Dated 03/28/2020; respectfully submitted

4  Mahmood Yoonessi, M.D.    6790 Crest Rd; Rancho Palos Verdes, Ca

5  90275, Phone # 310.303-1617 Email; myoonessi75@gmail.com

6

7

8  <u>Attachment to "Proof of Service"</u>

9  I, Shams Alemozaffar, do hereby certify that I mailed copies of document

10  titled:    Notice of Removal; EDS-220325-000-3305 to the following

11  individuals:

12  1. Gloria Degray and Gina Franco /Metropolitan water Bd at 700 North

13  Alameda St Los Angeles Ca 90012-2944

14  2. Copy of Notice of Notice to move to LACSC at 111N.hill St Los Angeles

15  Ca 90012

16  Dated; 03/28/2022

17  Respectfully submitted

18  Shams Alemozaffar

19  420 S Hamel Rd Los Angeles Ca 90048

20

21

22

23

24

25

26

1                          .      **Proof of Service**

2                  **To; Any and all interested parties; LACSC**

3    Please be advised  that this notice of removal is filed pursuant to 28

4    U.S.C. Section 1446, within thirty (30) days of the march 9,2022, the date

5    the State Appellate  to  correct errors of law by its lower courts.

6         WHEREFORE,      the      Petitioners/movants/     defendants/cross

7    complainants pray that this Honorable District Court of Riverside will

8    proceed with the handling of this case as if it had been originally filed

9    herein,   and   that   further   proceedings   in   Civil   Action   No.

10   15N06376,,B318712,BV 33158,BV032190 in the State  Court of Ca Los

11   Angeles County, are  hereby stayed.

12   Respectfully submitted,

     Deeded

     ;03/28/2020;

     Mahmood

     Yoonessi;6790

     Crest Rd Rancho

     Palos Verdes Ca

     90275                  _____        _____

     **Related Cases**
     **::RIC462000(page 000075)**

     **GM03023;pg**

     **000081,000080**

     **OAH2021080903**

Agency(MBOC);800-2020-070301

Word Count: 3,682

## CERTIFICATE OF SERVICE

I, Shams Alemozaffar, MD, do hereby certify that I have this day mailed, U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing tomato the following address; 1. Gloria Degray and Gina Franco /Metropolitan water Bd at 700 North Alameda St Los Angeles Ca 90012-2944

2. Copy of Notice of Notice to move to LACSC at 111N.hill St Los Angeles Ca 90012

Dated; 03/28/2022

Respectfully submitted

Shams Alemozaffar

420 S Hamel Rd Los Angeles Ca  90048.

CM-010

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Steven Friedland                                      SBN:
Steven Friedland, Esq. (170453)
21210 Erwin Street, Woodland Hills, CA 91367

**FILED**
Superior Court of California
County of Los Angeles

NOV 2 3 2015

Sherri R. Carter, Executive Officer/Clerk
*Sally Perez*
Sally Perez

Deputy

**FILED**
Superior Court Of California,
County of Los Angeles

APR 2 2 2015

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Ryan Jones

TELEPHONE NO: 818-908-6860        FAX NO: 866-813-4491
ATTORNEY FOR *(Name)*: plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 12720 Norwalk Blvd.
MAILING ADDRESS: 12720 Norwalk Blvd.
CITY AND ZIP CODE: Norwalk, 90650
BRANCH NAME: Southeast District, Limited Jurisdiction

CASE NAME: Caine v. My Montecito

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: **15N06376** |
|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **BC602038** |
| | | | JUDGE: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[X] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*: 4
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 20, 2015

Steven Friedland
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov Westlaw Doc & Form Builder |
|---|---|---|

Pursuant to LCR101(b)(1)

88

000005

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) (*if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability (*not asbestos or
  toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) (*not civil
  harassment*) (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract (*not unlawful detainer
      or wrongful eviction*)
  Contract/Warranty Breach–Seller
    Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage (*not provisionally
  complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent
    domain, landlord/tenant, or
    foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  (*arising from provisionally complex
  case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment (*non-
    domestic relations*)
  Sister State Judgment
  Administrative Agency Award
    (*not unpaid taxes*)
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
  above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-
    harassment*)
  Mechanics Lien
  Other Commercial Complaint
    Case (*non-tort/non-complex*)
  Other Civil Complaint
    (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition (*not specified
  above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

90



000006

| SHORT TITLE: Caine v. My Montecito | | CASE NUMBER: 16N06376 |
|---|---|---|

BC602038

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES    CLASS ACTION? ☐ YES    LIMITED CASE? ☒ YES    TIME ESTIMATED FOR TRIAL 2 ☒ HOURS/ ☐ DAYS

Item II. Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 2, 4 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 2, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 2, 3, 4, 8 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g. slip and fall) | 1, 4 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 3 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: Caine v. My Montecito | | CASE NUMBER |
|---|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract /Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5, |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☒ A6002  Collections Case-Seller Plaintiff | 2, ⑤, 6 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2, 5 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2, 6 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2, 6 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6 |

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

92

000008

| SHORT TITLE Caine v. My Montecito | CASE NUMBER 15N06376 BC602038 |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2, 8<br>2<br>2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2, 9.<br>2, 6.<br>2, 9<br>2, 8<br>2, 8<br>2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8<br>2, 8<br>1, 2, 8<br>1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2, 3, 9<br>2, 3, 9<br>2, 3, 9<br>2<br>2, 7<br>2, 3, 4, 8<br>2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

93

| SHORT TITLE Caine v. My Montecito | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1**, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐ 1. ☐ 2. ☐ 3 ☐ 4 ☒ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10 | ADDRESS 6790 Crest Road |
|---|---|
| CITY Rancho Palos Verdes | STATE CA | ZIP CODE 90275 |

Item IV. *Declaration of Assignment.* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Norwalk _____ courthouse in the Southeast _____ District of the Superior Court of California, County of Los Angeles (Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)).

Dated April 20, 2015

SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1    Original Complaint or Petition.

2    If filing a Complaint, a completed Summons form for issuance by the Clerk

3    Civil Case Cover Sheet, Judicial Council form CM-010.

4    Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5    Payment in full of the filing fee unless fees have been waived.

6    A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7    Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

94

Local Rule 2.0
Page 4 of 4

000010

# Financial - Payment & Revenue Distribution (PRD)

Payment Inquiry

**Refund Order**

Home I Logout

**Payments:** Click on Receipt # to view payment detail

| Receipt # | Receipt Date | Seq # | Bus. Date | Case # | LEA/ DEF #/ Case Year | Transaction | Amount | Void/ PDR | Data Source |
|---|---|---|---|---|---|---|---|---|---|
| CCH400521018 | 06/20/16 | 1 | 06/20/16 | 15N06376 | | Civil Payment | $150.00 | Jury | PRD |

---

| Payment (PRD) | | | Inquiry Date: 04/05/2019 |
|---|---|---|---|
| **Receipt #:** | CCH400521018 | **Receipt Date:** 06/20/2016 | **Receipt Seq#:** 1 |
| **Case #:** | 15N06376 | | **Branch:** CCH UNLIMITED |
| **Business Date:** | 06/20/2016 | **Process Date:** 06/20/2016 01:37 PM | **Posted By:** 400521 - ANABELLA MIRO |
| **Transaction:** | Civil Payment | | |
| **Amount Paid:** | $150.00 | **Authorized Bail:** $0.00 | **Paid By:** Credit Card |
| **Distribution:** | | | |

| Seq # | Fund Code | Amount | Distr. Rule | Manual Distr. |
|---|---|---|---|---|
| 1 | JRYFEE1 | $150.00 | YQ9 | |

Return to Case Search Result List     New Search

Pursuant To LCR 101(b)(3)

**000055**

# CHASE 

## Thank you for choosing Chase.

If you need to order checks, please visit Chase.com

Needs



**MY MONTECITO, INC.**
402 ARROWVIEW DR
REDLANDS, CA 92373-5757

2539
1-2/210

DATE 03/28/2021

PAY TO THE
ORDER OF GLORIA D. Gray, Gina Franco                    $ 67,192.81

Sixty seven thousand, one hundrdninytwo.81                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Needs approval of RIV FED CT
MEMO Subject to an Audit by Ca I G

⑆021000021⑆        7805726660⑈ 2539

# Table of Contents
## Petitioner's Exhibits (attached to NOR)

| Exhibit No. | Document Name | Page Number | Date |
|---|---|---|---|
| A | Complaint dated 4/22/15 filed in Norwalk court house against Yoonessi dba MY Montecito Sh ; then altered Nov 2015, The author committed perjury(Am) Fraud on more than one occasion with Assignment 1/26/15 ;pg19 | 000019 | 1/26/15 |
| B | Seven years State court Proceedings | 000020-000039 | 4/22/15 to 32522 |
| C | Corporations are from Riverside | 000040-000062 | 4/22/15 to 32522 |
| D | Corporations paid more than Five Million dollars in | 000062-000094 | 4/22/15 to 32522 |

# Exhibit A

# US District Court, Central District; Riverside, Eastern Division

H6002

Steven Friedland, Esq. (#170453)
21210 Erwin Street
Woodland Hills, CA 91367
Telephone: 818-908-6860
Facsimile: 866-913-4491

**FILED**
Superior Court Of California
County Of Los Angeles

APR 2 2 2015

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Ryan Jean

Attorney for Plaintiff

**FILED**
Superior Court of California
County of Los Angeles

CANCELLED 2015

Sherri Carter, Executive Officer/Clerk
By _____ Deputy
Sally Perez

D52

HON. SUSAN BRYANT-DEASON

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, SOUTHEAST DISTRICT
(Limited Jurisdiction - Norwalk Courthouse)

BC602038

CAINE & WEINER COMPANY, INC.

        Plaintiff,

    vs.

MY MONTECITO INC SH;
and DOES 1 to 10 inclusive,

        Defendants.

Case No:  **15N06376**

COMPLAINT FOR DAMAGES FOR
BREACH OF CONTRACT, UPON
OPEN BOOK ACCOUNT, ACCOUNT
STATED AND QUANTUM MERUIT

(Amount in controversy
exceeds $10,000)

10,374
$370
90275

Plaintiff alleges:

                    FIRST CAUSE OF ACTION

                    (Breach of Contract)

1.  At all material times hereto plaintiff, Caine & Weiner Company, Inc., has been a California corporation doing business as a collection agency.

2.  Plaintiff is informed and believes and thereon alleges that at all material times hereto, defendant, My Montecito Inc SH, has been a California corporation carrying on business in the city

ENTERED ON L.

NOV 2 3 2015

000000

                    Plaintiff's Complaint

1    of Rancho Palos Verdes, county of Los Angeles.

2  3.  The true names and capacities of defendants named herein as

3    Does 1 to 10 inclusive, are unknown to plaintiff at this time,

4    who therefore sues said defendants by such fictitious names;

5    plaintiff will ask leave of court to amend this complaint to

6    insert the true names and capacities of such fictitiously

7    named defendants when they have been ascertained.  Plaintiff

8    alleges on information and belief that such defendants are

9    responsible for the debts hereinafter alleged.

10  4.  Plaintiff is informed and believes and thereon alleges that,

11    at all times herein mentioned, each of the fictitiously and

12    specifically named defendants herein was the agent, servant or

13    employee of each of the remaining defendants and was at all

14    times herein mentioned acting within the course and scope of

15    such agency, authority and employment.

16  5.  This action is not subject to the provisions of sections

17    1812.10 or 2984.4 of the California Civil Code.

18  6.  The obligations and claims sued upon herein were made and

19    entered into and, by the terms thereof, were made payable in

20    the instant judicial district.

21  7.  Prior to the commencement of this action, Metropolitan Water

22    District of Southern California, assigned to plaintiff all of

23    its right, title and interest in and to this claim and

24    plaintiff is now the lawful owner and holder thereof.

25  8.  During the last four years, pursuant to a written agreement,

26    plaintiff's assignor rendered services to defendants, at their

27    request, in an amount of $10,374.00.  A copy of the agreement

28    is attached hereto as exhibit "A".

2

Plaintiff's Complaint


000001

9.  Plaintiff's assignor has performed all conditions and promises required to be performed in accordance with the terms and conditions of said contract.

10. Defendants have breached the terms and conditions of said contract by failing to pay the agreed upon consideration.

11. As a result of defendants' breach of said contract, plaintiff has incurred damages in the said sum of $10,374.00 together with interest at the rate of 10% per annum from May 12, 2014.

### SECOND CAUSE OF ACTION

(Open Book Account)

12. Plaintiff incorporates the allegations of paragraphs 1 through 11 of the first cause of action as though fully set forth.

13. Within four years preceding the commencement of this action, at the defendants' special instance and request, defendants became indebted to plaintiff's assignor in the sum of $6,428.89 for a balance due on a book account as defined by section 337a. of the California Code of Civil Procedure for services rendered by plaintiff's assignor to defendants.  No part of said sum has been paid, although demand has been made, and there is now due, owing and unpaid the sum of $10,374.00 together with interest at the rate of 10% per annum from May 12, 2014.

### THIRD CAUSE OF ACTION

(Account Stated)

14. Plaintiff incorporates the allegations of paragraphs 1 through 11 of the first cause of action as though fully set forth.

3

000002

15. Within four years preceding the commencement of this action, an account was stated by and between plaintiff's assignor and defendants, wherein it was ascertained, determined and agreed that defendants were indebted to plaintiff's assignor in the sum of $10,374.00 together with interest at the rate of 10% per annum from May 12, 2014 which amount remains unpaid despite defendants' promise to pay.

## FOURTH CAUSE OF ACTION

### (Quantum Meruit)

16. Plaintiff incorporates the allegations of paragraphs 1 through 11 of the first cause of action as though fully set forth.

17. Within four years last past, plaintiff's assignor rendered services to defendants at the request of defendants, the value of which defendants agreed to repay therefor.

18. The value of said services at the time of performance and delivery was $10,374.00.

19. No part of the above sum has been paid although demand has been made therefor, and there is now due, owing and unpaid the said amount of $10,374.00 together with interest at the rate of 10% per annum from May 12, 2014.

WHEREFORE, plaintiff respectfully prays for judgment against defendants as follows:

1. For damages on the first, second, third and fourth causes of action in the sum of $10,374.00;

2. For interest thereon at the rate of 10% per annum from May 12, 2014;

4

000003

3.    For costs of suit incurred herein;

4.    For reasonable attorney fees; and

5.    For such other and further relief as the court deems just

and equitable.

Dated: April 20, 2015



Steven Friedland
Attorney for plaintiff

5

Plaintiff's Complaint

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steven Friedland    SBN: <br> Steven Friedland, Esq. (170453) <br> 21210 Erwin Street, Woodland Hills, CA 91367 <br> TELEPHONE NO: 818-908-6860    FAX NO.: 866-813-1312 <br> ATTORNEY FOR *(Name)*: plaintiff | **FILED** <br> Superior Court of California <br> County of Los Angeles <br> **NOV 23 2015** <br> Sherri R. Carter, Executive Officer/Clerk <br> By _Sally Perez_, Deputy <br> Sally Perez |

**FILED**
Superior Court of California
County of Los Angeles

**APR 22 2015**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 12720 Norwalk Blvd.
MAILING ADDRESS: 12720 Norwalk Blvd.
CITY AND ZIP CODE: Norwalk, 90650
BRANCH NAME: Southeast District, Limited Jurisdiction

CASE NAME: Caine v. My Montecito

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [ ] Unlimited <br> (Amount <br> demanded <br> exceeds $25,000) | [X] Limited <br> (Amount <br> demanded is <br> $25,000 or less) | [ ] Counter    [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | | **15N06376** <br> **BC602088** <br> JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [X] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*: 4
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 20, 2015

Steven Friedland
(TYPE OR PRINT NAME)      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
Westlaw Doc & Form Builder


000006

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

000006



| SHORT TITLE Caine v. My Montecito | | CASE NUMBER 15N06376 |
|---|---|---|

BC602038

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. *Check the types of hearing and fill in the estimated length of hearing expected for this case:*

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☒ YES   TIME ESTIMATED FOR TRIAL 2   ☒ HOURS/ ☐ DAYS

Item II. **Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):**

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Auto Tort** — Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** — Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3 |
| | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

91

000007

| SHORT TITLE: Caine v. My Montecito | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5 |
| | Collections (09) | ☒ A6002  Collections Case-Seller Plaintiff | 2., ⑤, 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5 |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

  

| SHORT TITLE: Caine v. My Montecito | | CASE NUMBER 15N06376 BC602088 |

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8 |
| | | ☐ A6100  Other Civil Petition | 2., 9 |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4



| SHORT TITLE Caine v. My Montecito | CASE NUMBER |
| --- | --- |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☐2. ☐3. ☐4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS<br>6790 Crest Road |
| --- | --- |

| CITY<br>Rancho Palos Verdes | STATE<br>CA | ZIP CODE<br>90275 |
| --- | --- | --- |

Item IV. *Declaration of Assignment*. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Norwalk___ courthouse in the ___Southeast___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: _April 20, 2015_

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

  

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
Superior Court Of California)
County of Los Angeles

APR 2 2 2015

Sherri R. Carter, Executive Officer/Clerk

By _____, Deputy
Robin Jones

**NOTICE TO DEFENDANT:** My Montecito Inc SH;
**(AVISO AL DEMANDADO):** and DOES 1 to 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** Caine & Weiner Company, Inc.
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

*FILED*
*Superior Court of California*
*County of Los Angeles*
*NOV 2015*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Los Angeles
12720 Norwalk Blvd.
Norwalk, California 90650

**CASE NUMBER:** 15N06376
**BC602038**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Steven Friedland
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven Friedland, Esq. (170453)
21210 Erwin Street, Woodland Hills, CA 91367

818-908-6860

DATE: **APR 2 2 2015**                 Clerk, by _____, Deputy
*(Fecha)*        SHERRI R CARTER *(Secretario)*        R. JONES *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOV 2 3 2015
Transfer Desk

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [ ] by personal delivery on (date):

                                                                Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder



**SUM-110**

# SUMMONS
## Cross-Complaint
### (CITACION JUDICIAL–CONTRADEMANDA)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO CROSS-DEFENDANT:**
*(AVISO AL CONTRA-DEMANDADO):*

Caine &Weiner Co Inc and
Laura Tanaka

**YOU ARE BEING SUED BY CROSS-COMPLAINANT:**
*(LO ESTÁ DEMANDANDO EL CONTRADEMANDANTE):*

Mahmood Yoonessi Personally/Authorized Ag My Montecito Sh Inc

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the cross-complainant. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al contrademandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Norwalk Courthouse<br><br>12720 Norwalk Blvd ,Dept SEY,Norwalk Ca 90650 | SHORT NAME OF CASE: (from Complaint) (Nombre de Caso):<br>Caine v. My Montecito Inc<br><br>CASE NUMBER: (Número del Caso):<br>15 N06376 |
|---|---|

The name, address, and telephone number of cross-complainant's attorney, or cross-complainant without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del contrademandante, o del contrademandante que no tiene abogado, es):*
Mahmood Yoonessi 6790 Crest Rd ,Rancho Palos Verdes Ca 90275

| DATE: 07/23/2015<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [✓] as an individual cross-defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):* Caine & Weiner Co Inc

under: [✓] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-110 [Rev. July 1, 2009]

**SUMMONS—CROSS-COMPLAINT**

Code of Civil Procedure, §§ 412.20, 426.60, 465
www.courtinfo.ca.gov

000012

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Mahmood Yoonessi<br>6790 Crest Rd<br>Rancho Palos Verdes Ca 90275<br><br>TELEPHONE NO.: 310.221-2038   FAX NO.:<br>ATTORNEY FOR *(Name):* Self/Authorized Agent for My Montecito Inc Sh | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 12720 Norwalk Blvd
MAILING ADDRESS: 12720 Norwalk Blvd
CITY AND ZIP CODE: Norwalk Ca 90650
BRANCH NAME: S.E Norwalk

CASE NAME:
Caine v.My Montecito

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>15 N06376 |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: Hon Daniel Ramirez<br>DEPT: SEY |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>**(Cal. Rules of Court, rules 3.400–3.403)** |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☑ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Mass tort (40) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Product liability (24) | **Real Property** | ☐ Insurance coverage claims arising from the |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | above listed provisionally complex case |
| ☐ Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☑ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☐ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties        d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
          issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.☑ monetary   b.☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 07/23/2015
Mahmood Yoonessi
_____
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

000014

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| Mahmood Yoonessi<br>6790 Crest Rd Rancho Palos Verdes Ca 90275<br><br>TELEPHONE NO: 310.221-2038    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: myoonessi75 @gmail.com<br>ATTORNEY FOR *(Name)*: Self/Authorized Agent MY Montecito ,Inc Sh | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 12720 Norwalk Blvd
MAILING ADDRESS: 12720 Norwalk Blvd
CITY AND ZIP CODE: Norwalk,Ca 90650
BRANCH NAME: Norwalk

PLAINTIFF: Caine & Weiner Company,Inc

DEFENDANT: MY Montecito Inc Sh,

[✓] DOES 1 TO 10

**CONTRACT**

[ ] COMPLAINT          [ ] AMENDED COMPLAINT *(Number)*:

[✓] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number)*:

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| [✓] **ACTION IS A LIMITED CIVIL CASE**<br>　Amount demanded　[ ] does not exceed $10,000<br>　　　　　　　　　　[✓] exceeds $10,000 but does not exceed $25,000<br>[ ] **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint<br>　　　[ ] from limited to unlimited<br>　　　[ ] from unlimited to limited | 15N06376 |

1. **Plaintiff*** *(name or names)*:
   Caine & Weiner Company,Inc
   alleges causes of action against **defendant*** *(name or names)*:
   MY montecito Inc Sh
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   　[✓] **except plaintiff** *(name)*:
   　　(1) [✓] a corporation qualified to do business in California
   　　(2) [ ] an unincorporated entity *(describe)*:
   　　(3) [ ] other *(specify)*:

   b. [ ] Plaintiff *(name)*:
   　a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:
   　b. [ ] has complied with all licensing requirements as a licensed *(specify)*:
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   　[✓] **except defendant** *(name)*: MY Montecito Sh Inc　　[ ] **except defendant** *(name)*:
   　　(1) [ ] a business organization, form unknown　　(1) [ ] a business organization, form unknown
   　　(2) [✓] a corporation　　　　　　　　　　　　　(2) [ ] a corporation
   　　(3) [ ] an unincorporated entity *(describe)*:　　(3) [ ] an unincorporated entity *(describe)*:
   　　(4) [ ] a public entity *(describe)*:　　　　　　(4) [ ] a public entity *(describe)*:
   　　(5) [ ] other *(specify)*:　　　　　　　　　　　(5) [ ] other *(specify)*:

*\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

000015

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Caine v.MY Montecito | 15N06376 |

4. *(Continued)*

   b. The true names of defendants sued as Does are unknown to plaintiff.

     (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

     (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, **and**

   a. ☐ has complied with applicable claims statutes, *or*

   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

   a. ☐ a defendant entered into the contract here.

   b. ☐ a defendant lived here when the contract was entered into.

   c. ☐ a defendant lives here now.

   d. ☐ the contract was to be performed here.

   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

   f. ☐ real property that is the subject of this action is located here.

   g. ☑ other *(specify):*

     ➤ MY Montecito sh objects to the "Forum" ➤

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☐ Breach of Contract

   ☐ Common Counts

   ☑ Other *(specify):*

     Fraud on the Court

9. ☑ Other allegations:

   Plaintiff is a collection Company Involved in/accused of "Fraudulent Collection Practices,Unfair Debt Collection,labeled as "Crooks" on the Internet

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. ☑ damages of: $

   b. ☐ interest on the damages

     (1) ☑ according to proof

     (2) ☐ at the rate of *(specify):*     percent per year from *(date):*

   c. ☐ attorney's fees

     (1) ☐ of: $

     (2) ☐ according to proof.

   d. ☐ other *(specify):*

11. ☑ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

     8+See attached

Date: 7/17/2015

Mahmood Yoonessi/Agent of My MontecitoIncSh
    (TYPE OR PRINT NAME)         ➤                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]         **COMPLAINT—Contract**         Page 2 of 2

000016

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mahmood Yoonessi<br>6790 Crest Rd ,Rancho Palos Verdes Ca 90275<br>TELEPHONE NO.: 310.221-2038    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): myoonessi@cox.net<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 12720 Norwalk Blvd
MAILING ADDRESS: 12720 Norwalk Blvd
CITY AND ZIP CODE: Norwalk Ca 90650
BRANCH NAME: S.E Norwalk

PLAINTIFF/PETITIONER: Caine& Weiner Co,Inc

DEFENDANT/RESPONDENT: My Montecito hs,Inc

| PROOF OF SERVICE—CIVIL | CASE NUMBER: |
|---|---|
| **Check method of service** *(only one):* | 15N06376 |
| ☐ By Personal Service  ☑ By Mail  ☐ By Overnight Delivery | JUDGE: Hon Daniel Ramirez |
| ☐ By Messenger Service  ☐ By Fax  ☐ By Electronic Service | DEPT.: SEY |

*(Do not use this proof of service to show service of a Summons and complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My residence or business address is:

   420 S. Hamel Rd  1 B Los Angeles Ca 90048

3. ☐ The fax number or electronic service address from which I served the documents is *(complete if service was by fax or electronic service):*

4. On *(date):* 07/23/2015    I served the following **documents** *(specify):*

   Notice of Motion Motion to deny/vacate Def .Judgment ,Impose Sanctions


   ☑ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:

   a. Name of person served: Steven Friedland,Esq 21210 Erwin St ,Woodland Hills Ca 91367
   b. ☑ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   Steven Friedland,Esq 21210 Erwin St ,Woodland Hills Ca 91367

   c. ☐ *(Complete if service was by fax or electronic service.)*

   (1) Fax number or electronic service address where person was served:


   (2) Time of service:

   ☑ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. July 1, 2011] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1010.6, 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rules 2.260, 2.306<br>www.courts.ca.gov |

**POS-040**

| CASE NAME:<br>Caine v. My Montecito | CASE NUMBER:<br>15N06376 |
|---|---|

6. b. [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) [✓]  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [   ]  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

  c. [   ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. [   ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. [   ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

  f. [   ] **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in item 5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/23/2015

Shams Alemozaffar
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Shams Alemozaffar* (signature)
_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[   ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

    At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

    I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶
_____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. July 1, 2011]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

000018

# ASSIGNMENT

City___ Los Angeles _____ State__ CA _____ Date__January 26, 2015___

For a valuable consideration I/we hereby assign for purposes of collection unto CAINE &

WEINER COMPANY, INC. of Woodland Hills, California my/our account and claim in

the sum of $ __$10,374.00___ against __ MY MONTECITO, INC. _____

and I/we do hereby authorize said assignee to bring action or suit in their name and do

any and all things necessary to enforce collection of said claim.  The undersigned

warrants that the account hereby assigned is a valid debt now fully due and owing to the

undersigned from the debtor named and that there is no just counterclaim or offset against

the same.  The undersigned authorizes said assignee to select a competent attorney to

pursue this action in our best interests.

Metropolitan Water District of
Southern California
_____
                                    Name of Firm

_____
Jeff A. Wynn                        Signature

Unit Manager RPDM Group
_____
                                    Official Title

000019

# Exhibit B

## US District Court, Central District; Riverside, Eastern Division

# ASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**ase Number:** BV032190

AINE & WEINER COMPANY VS. MAHMOOD YOONESSI

**ling Courthouse:** Stanley Mosk Courthouse

**ling Date:** 01/18/2017
**ase Type:** Appellate Division Appeal-Civil
**atus:** Appellate-Dismissal-Before Hearing 09/19/2018

**nderlying Case-Appellate:** 15N06376 on 01/18/2017

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

one

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AINE & WEINER COMPANY INC. - Plaintiff/Respondent

RIEDLAND ESQ STEVEN - Attorney for Plaintiff/Respondent

OLA DAVID R. - Attorney for Defendant/Appellant

IANDOUST LAW FIRM - Former Atty for Deft/Appellant

OONESSI MAHMOOD - Defendant/Appellant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**ocuments Filed (Filing dates listed in descending order)**

**/21/2018** Remittitur-Issued-APPELLATE DIV
led by Clerk

**/19/2018** Order-Dismissal-Default-APPLT DIV (Appellant failed to file an opening brief per the California Rules of Court. The appeal is smissed per CRC 8.882(c)(1)(A) Respondent(s) to recover costs on appeal. M K R)
led by Court

**/17/2018** Notice (of Default-AOB )
led by Clerk

**/27/2018** Substitution of Attorney
led by Attorney for Defendant/Appellant

**/16/2018** Notice-Filing ROA/Brief Due Dates
led by Clerk

**/09/2018** Notice (of reject of brief- please see brief reject )
led by Clerk

**/06/2018** Notice of Change of Address
led by Attorney for Plaintiff/Respondent

led by Clerk

/18/2018 Notice (of Default-AOB )
led by Clerk

/08/2018 Notice (of reject-brief (No proof of service on the trial judge) )
led by Clerk

/10/2018 Notice-Filing ROA/Brief Due Dates
led by Clerk

/27/2018 Record on Appeal
led by Clerk

/15/2017 Substitution of Attorney (received and forwarded by the Civil Appeals unit (3/16/18) )
led by Clerk

/10/2017 Order (Appellant's motion to augment the record is denied w/out prejudice and subject to his right to file a new motion after
e record on appeal is filed. PJM)
led by Court

/17/2017 Motion-Augment
led by Defendant/Appellant in Pro Per


## ROCEEDINGS HELD

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## ast Events
one


## EGISTER OF ACTIONS

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

egister of Actions (Listed in descending order)

/21/2018 Remittitur-Issued-APPELLATE DIV
led by Clerk

/19/2018 Order-Dismissal-Default-APPLT DIV (Appellant failed to file an opening brief per the California Rules of Court. The appeal is
smissed per CRC 8.882(c)(1)(A) Respondent(s) to recover costs on appeal. M K R)
led by Court

/17/2018 Notice (of Default-AOB )
led by Clerk

/27/2018 Substitution of Attorney
led by Attorney for Defendant/Appellant

/16/2018 Notice-Filing ROA/Brief Due Dates
led by Clerk

/09/2018 Notice (of reject of brief- please see brief reject )
led by Clerk

/06/2018 Notice of Change of Address
led by Attorney for Plaintiff/Respondent

/20/2018 Notice (of Return of Appellate Brief (A.O.B. w/o Word Count) )
led by Clerk

/18/2018 Notice (of Default-AOB )

000021

led by Clerk

**i/10/2018** Notice-Filing ROA/Brief Due Dates
led by Clerk

**I/27/2018** Record on Appeal
led by Clerk

**I/15/2017** Substitution of Attorney (received and forwarded by the Civil Appeals unit (3/16/18) )
led by Clerk

**I/10/2017** Order (Appellant's motion to augment the record is denied w/out prejudice and subject to his right to file a new motion after
e record on appeal is filed. PJM)
led by Court

**I/17/2017** Motion-Augment
led by Defendant/Appellant in Pro Per

# ASE INFORMATION

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**ase Number:** 15N06376

AINE & WEINER COMPANY INC VS MY MONTECITO IN SH

**ling Courthouse:** Norwalk Courthouse

**ling Date:** 04/22/2015
**ase Type:** Other Contract Dispute (not breach/insurance/fraud/negligence) (Limited Jurisdiction)
**atus:** Pending

ick here to access document images for this case
this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# UTURE HEARINGS

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

one

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

## arties

ıknown: CAINE & WEINER COMPANY INC

ıknown: MY MONTECITO IN SH

ıknown: CAINE & WEINER COMPANY INC

ıknown: MY MONTECITO INC. SH

ıknown: YOONESI MAHMOOD

ıknown: JOHN L. DODD & ASSOCIATES PROF. CORP.

ıknown: MY MONTECITO INC. SH

ıknown: MY MONTECITO IN SH

ıknown: MY MONTECITO INC. SH

ıknown: CAINE & WEINER COMPANY INC

ıknown: LOS ANGELES SUPERIOR COURT

ıknown: YOONESI MAHMOOD

ıknown: MY MONTECITO INC. SH

ıknown: MY MONTECITO IN SH

ıknown: YOONESI MAHMOOD

ıknown: MY MONTECITO INC. SH

aintiff: CAINE & WEINER COMPANY INC

efendant: JOHN L. DODD & ASSOCIATES PROF. CORP.

efendant: JOHN L. DODD & ASSOCIATES PROF. CORP.

efendant: JOHN L. DODD & ASSOCIATES PROF. CORP.

efendant: JOHN L. DODD & ASSOCIATES PROF. CORP.

fendant: MY MONTECITO IN SH

000028

⋯rney for Defendant: ⋯CLA DAVID ROMINE

ase Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

⋯/25/2021 Appeal Record Delivered; Issued by: Clerk

⋯/25/2021 Appeal Record Delivered C2 R2; Issued by: Clerk

⋯/25/2021 Updated -- Appeal Record Delivered "U" C2 R2: Name Extension: "U" C2 R2; As To Parties: removed

⋯/25/2021 Updated -- Appeal Record Delivered "U1" C2 R2: Name Extension changed from C2 R2 to "U1" C2 R2; As To Parties: ⋯moved

⋯/22/2021 Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified 2 VOL 458PAGES; Filed by: Clerk

⋯/15/2021 Updated -- Appeal - Notice of Fees Due for Clerk's Transcript on Appeal BV033158 NOA 07/05/19 U: As To Parties: removed

⋯/04/2021 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal BV033158 NOA 07/05/19 U; Filed by: Clerk

⋯/26/2021 Updated -- Request for Refund of Reporter Appeal Transcript Deposit:NA02/14/2020; "U3": Name Extension changed ⋯m:NA02/14/2020: to:NA02/14/2020; "U3"; As To Parties: removed

⋯/26/2021 Appeal Document NOA: 07-05-19 BV033158: Filed by: Clerk

⋯/26/2021 Updated -- Appeal Document NOA: 07-05-19 BV033158 Order to proceed with record: Name Extension changed from NOA: ⋯-05-19 BV033158 to NOA: 07-05-19 BV033158 Order to proceed with record; As To Parties: removed

⋯/25/2021 Request for Refund of Reporter Appeal Transcript Deposit;BV033158, NA07/05/19, "U"; Filed by: Clerk

⋯/18/2021 Request for Refund of Reporter Appeal Transcript Deposit;NA02/14/2020:; Filed by: Clerk

⋯/18/2021 Request for Refund of Reporter Appeal Transcript Deposit;NA12/23/19. "U2"; Filed by: Clerk

⋯/23/2020 Appeal Record Delivered; Issued by: Clerk

⋯/23/2020 Appeal Record Delivered; Issued by: Clerk

⋯/14/2020 Updated -- Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified 1 VOL 62PAGES NOA 12/23/19 U2: Name Extension ⋯anged from 1 VOL 62PAGES to 1 VOL 62PAGES NOA 12/23/19 U2; As To Parties: removed

⋯/14/2020 Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified 1 VOL 75 PAGES NOA 2/14/20 U3; Filed by: Clerk

⋯/16/2020 Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified 1 VOL 62PAGES; Filed by: Clerk

⋯/29/2020 Updated -- Appeal - Notice of Fees Due for Clerk's Transcript on Appeal U3 APPEAL: As To Parties: removed

⋯/28/2020 Appeal - Clerk's Transcript Fee Paid APPELLANT PAID $166.23; Filed by:

⋯/13/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal U3 APPEAL; Filed by: Clerk

⋯/06/2020 Attachment CLERK'S CERTIFICATION OF RECORD ON APPEAL; Filed by: Clerk

⋯/27/2020 Appeal - Clerk's Transcript Fee Paid APPELLANT PAID $146.23; Filed by:

⋯/13/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal "U2" NOA 12/23/19 BV033313; Filed by: Clerk

⋯/13/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal: Filed by: Clerk

⋯/30/2020 Appellate Order Dismissing Appeal NOA: 07/05/19-U BV033158; Filed by: Clerk

⋯/12/2020 Appeal - Reporter Appeal Transcript Process Fee Paid: Filed by: (MY MONTECITO IN SH) (Appellant); (MY MONTECITO IN ⋯) (Appellant)

⋯/02/2020 Appeal - Notice to Appellant of Estimated Transcript Costs "U3" NOA 2/14/20; Filed by: Clerk

⋯/20/2020 Appellate Order Dismissing Appeal; Filed by: Clerk

⋯/20/2020 Appeal - Notice of Filing of Notice of Appeal 'U3'; Filed by: Clerk

⋯/19/2020 Updated -- Appeal - Notice of Appeal/Cross Appeal Filed "U3": As To Parties changed from (CAINE & WEINER COMPANY ⋯) (Respondent) to (CAINE & WEINER COMPANY INC) (Respondent)

000024

TTORNEY FEES AND PERMITTING FILING OF SUPPLEMENTAL: Filed By: (MY MONTECITO IN SH) (Defendant): Result: Granted in art; Result Date: 02/14/2020

**/14/2020** Order on Application for Order Permitting Filing of Supplemental/Corrected Opposition to Motion for Attorney Fees. Signed d Filed by: (MY MONTECITO IN SH) (Defendant)

**/14/2020** Appeal - Notice of Appeal/Cross Appeal Filed "U3"; Filed by: MY MONTECITO INC. SH (Appellant); As to: (CAINE & EINER COMPANY INC) (Respondent); To be paid at Central: No

**/14/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U3"; Filed by: MY MONTECITO INC. SH (Respondent)

**/14/2020** Minute Order (Hearing on Motion for Order Granting Motion For Attorney Fees)

**/14/2020** Hearing on Motion for Order Granting Motion For Attorney Fees scheduled for 02/14/2020 at 08:30 AM in Pasadena ourthouse at Department P updated: Result Date to 02/14/2020; Result Type to Held - Motion Granted

**/06/2020** Appeal - Notice of Non-Compliance 'U1'; Filed by: Clerk

**/30/2020** Appeal - Reporter Appeal Transcript Process Fee Paid: Filed by: (MY MONTECITO IN SH) (Appellant); (MY MONTECITO IN ) (Appellant): MY MONTECITO INC. SH (Appellant); MY MONTECITO INC. SH (Appellant): MY MONTECITO INC. SH (Appellant)

**/14/2020** Updated -- Notice of Default AMENDED "U1": Name Extension changed from AMENDED to AMENDED "U1"; As To Parties: moved

**/14/2020** Appeal - Notice of Default Issued "U1"; Filed by: Clerk

**/10/2020** Hearing on Motion for Order Granting Motion For Attorney Fees scheduled for 02/14/2020 at 08:30 AM in Pasadena ourthouse at Department P

**/08/2020** Motion to Vacate NOTICE OF MOTION FOR ORDER VACATING ORDER GRANTING MOTION FOR ATTORNEY FEES ID PERMITTING FILING OF SUPPLEMENTAL; Filed by: (MY MONTECITO IN SH) (Defendant)

**/08/2020** Declaration DECLARATION OF JOHN L. DODD: Filed by: (MY MONTECITO IN SH) (Defendant)

**/08/2020** Memorandum of Points & Authorities; Filed by: (MY MONTECITO IN SH) (Defendant)

**/30/2019** Updated -- Appeal - Notice of Appeal/Cross Appeal Filed "U2": Name Extension: "U2"; As To Parties changed from (MY )NTECITO IN SH) (Respondent) to (MY MONTECITO IN SH) (Respondent)

**/30/2019** Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U2": Name Extension: "U2"; As To Parties: moved

**/30/2019** Appeal - Notice of Filing of Notice of Appeal "U2"; Filed by: Clerk

**/26/2019** Updated -- Appeal - Notice of Appeal/Cross Appeal Filed: As To Parties changed from (MY MONTECITO IN SH) espondent) to (MY MONTECITO IN SH) (Respondent)

**/26/2019** Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103: As To Parties: removed

**/26/2019** Updated -- Appeal - Notice of Appeal/Cross Appeal Filed: As To Parties changed from (MY MONTECITO IN SH) espondent) to (MY MONTECITO IN SH) (Respondent)

**/23/2019** Appeal - Notice of Appeal/Cross Appeal Filed; Filed by: MY MONTECITO INC. SH (Appellant); As to: (MY MONTECITO IN ) (Respondent); To be paid at Central: Yes

**/23/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103; Filed by: MY MONTECITO INC. SH (Respondent)

**/04/2019** Substitution of Attorney; Filed by: (MY MONTECITO IN SH) (Defendant)

**/04/2019** Application for Order Vacating Order for Attorney Fees and Relief from Default; Filed by: (MY MONTECITO IN SH) efendant); As to: (MY MONTECITO IN SH) (Defendant)

**/04/2019** Memorandum of Points & Authorities; Filed by: (MY MONTECITO IN SH) (Defendant)

**/04/2019** Declaration In support of application; Filed by: (MY MONTECITO IN SH) (Defendant)

**/04/2019** Updated -- John Linson Dodd (Attorney): Organization Name changed from John L Dodd & Associates to John L. Dodd & sociates Prof. Corp; Middle Name: Linson

...Order Granting Plaintiff's Motion for Award of Attorney Fee Against Defendant. Following Judgment on Bear Trial, Signed nd Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff); As to: (MY MONTECITO IN SH) (Defendant)

/26/2019 Minute Order (Hearing on Motion for Attorney Fees)

/26/2019 Hearing on Motion for Attorney Fees scheduled for 11/26/2019 at 08:30 AM in Pasadena Courthouse at Department P dated: Result Date to 11/26/2019; Result Type to Held - Taken under Submission

/26/2019 Minute Order (Ruling on Submitted Matter)

/26/2019 Certificate of Mailing for (Ruling on Submitted Matter) of 11/26/2019; Filed by: Clerk

/20/2019 Minute Order (Hearing on Motion for Attorney Fees)

/19/2019 Hearing on Motion for Attorney Fees scheduled for 11/26/2019 at 08:30 AM in Pasadena Courthouse at Department P

/19/2019 On the Court's own motion, Hearing on Motion for Attorney Fees scheduled for 11/20/2019 at 08:30 AM in Pasadena ourthouse at Department P Not Held - Continued - Court's Motion was rescheduled to 11/26/2019 08:30 AM

/18/2019 Appeal - Reporter Appeal Transcript Process Fee Paid: Filed by: (MY MONTECITO IN SH) (Appellant); (MY MONTECITO IN H) (Appellant); MY MONTECITO INC. SH (Appellant); JOHN L. DODD & ASSOCIATES, PROF. CORP. (Respondent)

/06/2019 Appeal - Notice of Default Issued "U1"; Filed by: Clerk

/06/2019 Opposition Opposition to attorney fee motion; Filed by: (MY MONTECITO IN SH) (Defendant)

/06/2019 Appeal - Notice to Appellant of Estimated Transcript Costs:BV033158, NOA 7/5/19;: Filed by: Clerk

/06/2019 Updated -- Appeal - Notice of Default Issued "U1": As To Parties: removed

/04/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U": As To Parties: removed

/23/2019 Hearing on Motion for Attorney Fees scheduled for 11/20/2019 at 08:30 AM in Pasadena Courthouse at Department P

/23/2019 Minute Order (Non-Appearance Case Review)

/23/2019 Certificate of Mailing for (Non-Appearance Case Review) of 10/23/2019; Filed by: Clerk

/23/2019 Due to Clerical Error, Hearing on Motion for Attorney Fees scheduled for 11/20/2019 at 10:30 AM in Stanley Mosk ourthouse at Department 94 Not Held - Continued - Court's Motion was rescheduled to 11/20/2019 08:30 AM in Pasadena Courthouse Department P

/18/2019 Substitution of Attorney "U"; Filed by: MY MONTECITO INC. SH (Appellant)

/18/2019 Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U"; Filed by: MY MONTECITO INC. SH (Appellant)

/15/2019 Appellate Order Granting Relief from Default NOA:07/05/19-U BV033158; Filed by: Clerk

/15/2019 Appellate Order Granting Relief from Default NOA:07/05/19-U1 BV033158; Filed by: Clerk

/12/2019 Appeal - Notice of Non-Compliance AS TO APPEAL FILED 7/5/19 FOR "U1"; Filed by: Clerk

/12/2019 Appeal - Notice of Non-Compliance AS TO APPEAL FILED ON 7/5/19 FOR "U"; Filed by: Clerk

/28/2019 Appeal - Notice of Non-Compliance BV033158 as to "U"; Filed by: Clerk

/28/2019 Appeal - Notice of Non-Compliance BV033158 as to "U1"; Filed by: Clerk

/19/2019 Proposed Statement on Appeal Submitted APP-104 CR-135/143; Filed by: (MY MONTECITO IN SH) (Appellant)

/16/2019 Updated -- On the Complaint filed by CAINE & WEINER COMPANY INC on 04/22/2015, judgment entered on 12/04/2015 is cated

/16/2019 On the Complaint filed by CAINE & WEINER COMPANY INC on 04/22/2015, judgment entered on 12/04/2015 as to (MY ONTECITO IN SH) is

/07/2019 Appeal Document TURNDOWN LETTER; Filed by:

/06/2019 Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U1"; Filed by: (MY MONTECITO IN SH) (Appellant); MY ONTECITO INC. SH (Appellant)

/06/2019 Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U1"; Filed by: (MY MONTECITO IN SH) (Appellant); MY

ntered to Interlineated

**/25/2019** Hearing on Motion for Attorney Fees scheduled for 11/20/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 94

**/24/2019** Motion for Attorney Fees; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

**/22/2019** Appeal - Notice of Filing of Notice of Appeal "U"; Filed by: Clerk

**/22/2019** Updated -- Appeal - Notice of Filing of Notice of Appeal "U": As To Parties: removed

**/22/2019** Appeal - Notice of Default Issued; Filed by: Clerk

**/22/2019** Appeal - Notice of Filing of Notice of Appeal "U1"; Filed by: Clerk

**/22/2019** Appeal - Notice of Default Issued "U1"; Filed by: Clerk

**/18/2019** Appeal Document TURNDOWN LETTER; Filed by:

**/16/2019** Appeal - Clerk's Transcript Fee Paid APPELLANT PAID $1354.39; Filed by:

**/16/2019** Appeal Document TURNDOWN LETTER; Filed by:

**/05/2019** Appeal - Notice of Appeal/Cross Appeal Filed; Filed by: (MY MONTECITO IN SH) (Appellant); MY MONTECITO INC. SH ppellant); As to: Mahmood Yoonesi (Respondent); (CAINE & WEINER COMPANY INC) (Respondent)

**/05/2019** ERROR with ROA message definition 92 on [ln 37, col 39] with Document:72385219

**/05/2019** Appeal - Notice of Appeal/Cross Appeal Filed "U1"; Filed by: (MY MONTECITO IN SH) (Appellant); MY MONTECITO INC. -1 (Appellant); Mahmood Yoonesi (Appellant); As to: (CAINE & WEINER COMPANY INC) (Respondent)

**/02/2019** Memorandum of Costs (Summary); Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff); Total Costs: 679.00

**/19/2019** Judgment - Court Finding - After Court Trial - 05/31/2019 entered for Plaintiff (CAINE & WEINER COMPANY INC) against efendant (MY MONTECITO IN SH). Signed and Filed by: Clerk; As to: (MY MONTECITO IN SH) (Defendant)

**/19/2019** Updated -- Judgment entered on 06/19/2019 ; Status Date changed from 05/31/2019 to 06/19/2019 ; Status changed from t Entered (pending submission of proposed judgment) to Entered

**/19/2019** Notice of Entry of Judgment / Dismissal / Other Order; Filed by: Clerk

**/31/2019** Judgment is to be entered for Plaintiff (CAINE & WEINER COMPANY INC) against Defendant (MY MONTECITO IN SH) on  Complaint filed by CAINE & WEINER COMPANY INC on 04/22/2015 for other $15,529.74 for a total of $15,529.74.

**/31/2019** Minute Order (Ruling on Submitted Matter)

**/31/2019** Certificate of Mailing for Minute Order (Ruling on Submitted Matter) of 05/31/2019; Filed by: Clerk

**/28/2019** Minute Order (Non-Jury Trial)

**/28/2019** Non-Jury Trial scheduled for 05/28/2019 at 09:00 AM in Pasadena Courthouse at Department P updated: Result Date to /28/2019; Result Type to Held - Taken under Submission

**/22/2019** Non-Jury Trial scheduled for 05/28/2019 at 09:00 AM in Pasadena Courthouse at Department P

**/22/2019** Minute Order (Non-Jury Trial)

**/22/2019** Non-Jury Trial scheduled for 05/22/2019 at 09:00 AM in Pasadena Courthouse at Department P Held - Continued was cheduled to 05/28/2019 09:00 AM

**/21/2019** Non-Jury Trial scheduled for 05/22/2019 at 09:00 AM in Pasadena Courthouse at Department P

**/20/2019** Limited Jurisdiction Trial Transfer Order as to Judge Oldendorf, Pasadena Dept. P - OTR on 5/21/19 at 10 am; Filed by: Clerk

**/20/2019** Other - Election to Forgo Affidavit (CCP 170.6) as to Judge Oldendorf; Filed by: Mahmood Yoonesi (Non-Party); (CAINE & EINER COMPANY INC) (Plaintiff); (MY MONTECITO IN SH) (Defendant)

**/20/2019** Non-Jury Trial scheduled for 05/20/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 94

**/20/2019** Minute Order (Non-Jury Trial)

000027

**/20/2019** On the Court's own motion, Non-Jury Trial scheduled for 05/16/2019 at 08:30 AM in Stanley Mosk Courthouse at Department

5/16/2019 Non-Jury Trial scheduled for 05/16/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 94

5/16/2019 Minute Order (Non-Jury Trial)

5/16/2019 Certificate of Mailing for Minute Order (Non-Jury Trial) of 05/16/2019; Filed by: Clerk

5/16/2019 On the Court's own motion, Non-Jury Trial scheduled for 05/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department
- Not Held - Continued - Court's Motion was rescheduled to 05/16/2019 08:30 AM

5/16/2019 Updated -- Answer ANSWER TO UNVERIFIED COMPLAINT FILED BY MY MONTECITO INC..SH.: Document changed
om Other - (name extension) to Answer: As To Parties: removed

5/15/2019 Declaration RE PLAINTIFFS ATTEMPT TO MEET AND CONFER PER LIMITED CIVIL TRIAL ORDER; Filed by: (CAINE &
EINER COMPANY INC) (Plaintiff)

5/01/2019 Minute Order (Non-Jury Trial)

4/05/2019 Minute Order (Order to Show Cause Re: legal representation of corporate Def...)

4/05/2019 Certificate of Mailing for Minute Order (Order to Show Cause Re: legal representation of corporate Def...) of 04/05/2019:
led by: Clerk

4/05/2019 Order to Show Cause Re: legal representation of corporate Defendant scheduled for 04/05/2019 at 08:30 AM in Stanley
osk Courthouse at Department 94 updated: Result Date to 04/05/2019; Result Type to Held

2/21/2019 Notice OF ENTRY OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL-CIVIL AND NOTICE
F ORDER TO SHOW CAUSE RE: LEGAL REPRESENTATION OF CORPORATE DEFENDANT; Filed by: (MY MONTECITO IN SH)
efendant)

2/21/2019 Proof of Service by Mail; Filed by: (MY MONTECITO IN SH) (Defendant); As to: (CAINE & WEINER COMPANY INC)
laintiff); (MY MONTECITO IN SH) (Defendant)

2/11/2019 Updated -- Motion to Be Relieved as Counsel: Result: Granted; Result Date: 02/11/2019.

2/11/2019 ERROR with ROA message definition 92 on [ln 37, col 39] with Document:69369422

2/11/2019 Order to Show Cause Re: legal representation of corporate Defendant scheduled for 04/05/2019 at 08:30 AM in Stanley
osk Courthouse at Department 94

2/11/2019 Minute Order (Hearing on Motion to be Relieved as Counsel)

2/11/2019 Hearing on Motion to be Relieved as Counsel scheduled for 02/11/2019 at 08:30 AM in Stanley Mosk Courthouse at
epartment 94 updated: Result Date to 02/11/2019; Result Type to Held - Motion Granted

2/04/2019 Reply Reply to Opposition: Filed by: (MY MONTECITO IN SH) (Defendant)

2/04/2019 Proof of Service (not Summons and Complaint); Filed by: (MY MONTECITO IN SH) (Defendant); As to: (CAINE & WEINER
OMPANY INC) (Plaintiff)

1/29/2019 Opposition /Response to Motion to Withdraw; Filed by: Mahmood Yoonesi (Non-Party)

1/16/2019 Hearing on Motion to be Relieved as Counsel scheduled for 02/11/2019 at 08:30 AM in Stanley Mosk Courthouse at
epartment 94

1/10/2019 Motion to Be Relieved as Counsel; Filed by: Attorney; As to: (MY MONTECITO IN SH) (Defendant)

1/10/2019 Proof of Service by Mail; Filed by: (MY MONTECITO IN SH) (Defendant)

1/10/2019 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: (MY MONTECITO IN SH) (Defendant)

1/10/2019 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: As to: (MY MONTECITO IN SH) (Defendant)

1/21/2018 Appeal - Remittitur - Appeal Dismissed BV032190. Filed by: Clerk

1/19/2018 Non-Jury Trial scheduled for 05/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 94

1/11/2018 Minute Order (Order to Show Cause Re: re: Status of Appeal)

1/11/2018 Order to Show Cause Re: re: Status of Appeal scheduled for 10/11/2018 at 08:30 AM in Stanley Mosk Courthouse at

5/15/2018 Address for STEVEN L. FRIEDLAND (Attorney) updated

5/23/2018 Substitution of Attorney; Filed by: David Romano Isola (Attorney); As to: (MY MONTECITO IN SH) (Defendant)

4/27/2018 Appeal Record Delivered; Issued by: Clerk

4/25/2018 Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified; Filed by: Clerk

4/12/2018 Appeal - Clerk's Transcript Fee Paid; Filed by:

4/06/2018 Minute Order (Order to Show Cause re: re: Status of Appeal)

4/06/2018 Pursuant to oral stipulation. Order to Show Cause re: re: Status of Appeal scheduled for 04/06/2018 at 08:30 AM in Stanley osk Courthouse at Department 77 Held - Continued was rescheduled to 10/11/2018 08:30 AM

4/06/2018 Order to Show Cause re: re: Status of Appeal scheduled for 10/11/2018 at 08:30 AM in Stanley Mosk Courthouse at epartment 77

4/02/2018 Order to Show Cause - Hearing Other scheduled for 04/06/2018 at 08:30 AM in Norwalk Courthouse at Department B Not eld - Vacated by Court on 04/02/2018

3/19/2018 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal; Filed by: Clerk

1/11/2018 Order Concerning Statement on Appeal APP-105 CR-136/144; Filed by: Clerk

1/10/2018 Appeal - Referral of Statement on Appeal for Certification; Filed by: Clerk

1/05/2018 Proposed Statement on Appeal Submitted APP-104 CR-135/143; Filed by: Attorney

/19/2017 Appeal - Notice of Default Issued; Filed by: Clerk

/08/2017 Order Concerning Statement on Appeal APP-105 CR-136/144; Filed by: Clerk

/08/2017 Appeal Clerk's Certificate of Mailing Appeal; Filed by: Clerk

/29/2017 Pursuant to oral stipulation. Order to Show Cause re: re: Status of Appeal scheduled for 11/28/2017 at 08:30 AM in Stanley osk Courthouse at Department 77 Held - Continued was rescheduled to 04/06/2018 08:30 AM

/29/2017 Order to Show Cause re: re: Status of Appeal scheduled for 04/06/2018 at 08:30 AM in Stanley Mosk Courthouse at epartment 77

/29/2017 On the Court's own motion, Jury Trial scheduled for 12/07/2017 at 08:30 AM in Stanley Mosk Courthouse at Department 77 t Held - Advanced and Vacated on 11/28/2017

/28/2017 Minute Order (Order to Show Cause re: re: Status of Appeal)

/01/2017 Appeal - Referral of Statement on Appeal for Certification; Filed by: Clerk

/30/2017 Appeal Document Response to Court Order of 10/20/17; Filed by: Attorney

/27/2017 Declaration Re: Interest; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

/27/2017 Request For Dismissal; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

/20/2017 Order Concerning Statement on Appeal APP-105 CR-136/144; Filed by: Clerk

/20/2017 Appeal Clerk's Certificate of Mailing Appeal; Filed by: Clerk

/22/2017 Certificate of Mailing for Minute Order (Hearing on Motion - Other Hearing) of 08/22/2017; Filed by: Clerk

/22/2017 Minute Order (Hearing on Motion - Other Hearing)

/22/2017 Hearing on Motion - Other Hearing scheduled for 08/22/2017 at 08:30 AM in Stanley Mosk Courthouse at Department 77 dated; Result Date to 08/22/2017; Result Type to Held - Motion Denied

/22/2017 Order to Show Cause re: re: Status of Appeal scheduled for 11/28/2017 at 08:30 AM in Stanley Mosk Courthouse at epartment 77

/15/2017 Substitution of Attorney; Filed by: Sam Imandoust (Attorney); As to: (MY MONTECITO IN SH) (Defendant)   **000029**

/09/2017 Writ - Return ( Unsatisfied);; Costs Credits: 0.00; Interest Credits: 0.00; Principal Credits: 0.00; Possession: No; Judgment

E: EX PARTE APPLICATION FOR AN UNOPPOSED ORDER CONFIRMING THAT THE ACTION IS STAYED, AN UNOPPOSED
ONTINUANCE OF THE TRIAL DATE . APPLICATION GRANTED.

i/05/2017 MATTER SET FOR JURY TRIAL ON 12/07/17 AT 08:30A M. IN DEPT. 077 .

i/05/2017 DEFENDANT'S EX PARTE APPLICATION FOR, AND UNOPPOSED ORDER CONFIRMING THAT THE ACTION IS
TAYED, AN UNOPPOSED CONTINUANCE OF THE TRIAL DATE AND RELATED DEADLINES. OR AN ORDER SHORTENING TIM
N DEFENDANT'S MOTION TO COMPEL FILED.

i/05/2017 ORDER RE DEFENDANT'S EX PARTE APPLICATION FOR. IN THE ALTERNATIVE, AN UNOPPOSED ORDER
ONFIRMING THAT THE ACTION IS STAYED, AN UNOPPOSED CONTINUANCE OF THE TRIAL DATE AND RELATED DEADLIENS,
R AN ORDER SHORTENING TIME SIGNED AND FILED.

i/05/2017 Notice Of Trial/Hearing; Filed by:

i/05/2017 MINUTE ORDER - CAUSE CALLED AT 01:30P M, IN DEPT. 077 , HON. YOLANDA OROZCO PRESIDING FOR HEARING
E: EX PARTE APPLICATION FOR AN UNOPPOSED ORDER CONFIRMING THAT THE ACTION IS STAYED, AN UNOPPOSED
ONTINUANCE OF THE TRIAL DATE . APPLICATION GRANTED.

i/13/2017 NOTICE OF STAY OF PROCEEDINGS RE: BANKRUPTCY FILED BY STEVEN FRIEDLAND ESQ . ALL FURTHER
ROCEEDINGS STAYED AS TO STEVEN FRIEDLAND ONLY.

i/06/2017 NOTICE OF MOTION TO COMPEL RESPONSES TO FIRST SET OF SPECIAL INTERROGATORIES AND REQUESTS
OR PRODUCTION OF DOCUMENTS, FOR MONETARY SANCTIONS IN THE AMOUNT OF $2750.00, AND AN ORDER TO SHOW
AUSE RE DISMISSAL , DECLARATION. AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT #
70322K9980 . MATTER SET FOR HEARING ON 08/22/17 AT 08:30A M, IN DEPT. 077 .

i/06/2017 Other - Defendant My Montecito INC SH'S Notice Of Motion And Motion To Compel; Filed by: (MY MONTECITO IN SH)
efendant)

/29/2017 REFERRAL OF PROPOSED STATEMENT ON APPEAL TO TRIAL JUDGE FOR REVIEW AND CERTIFICATION, FILED

/07/2017 PROPOSED STATEMENT ON APPEAL FILED.

/01/2017 NOTICE OF FILING OF NOTICE OF APPEAL FILED.

/18/2017 Request for Entry of Default / Judgment; Filed by:

/18/2017 Request for Entry of Default / Judgment; Filed by:

/18/2017 Request for Entry of Default / Judgment: Filed by:

/18/2017 REQUEST FOR ENTRY OF DEFAULT RECEIVED AS TO . .

/18/2017 NOTICE OF APPEAL FILED BY MAHMOOD YOONESSI . RECEIPT # FIN460372009 .

/18/2017 DESIGNATION OF RECORD ON APPEAL FILED. BY MAHMOOD YOONESSI .

/18/2017 DEFAULT REJECTED // ACCORDING TO OUR RECORDS. THERE IS NO CROSS COMPLAINT FILED. // #6B NOT
GNED.

/11/2017 MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. 052 . HON. SUSAN BRYANT DEASON PRESIDING FOR
EARING RE: MAHMOOD YOONESSI'S MOTION FOR RECONSIDERATION OF NUNC PRO TUNC ORDER OF DECEMBER 2, 2016
HE COURT RULES AS FOLLOWS: THE COURT HAVING READ AND CONSIDERED MOTION FOR RECONSIDERATION, RULES
S FOLLOWS: THE MOTIONS ARE DENIED AS UNTIMELY FILED. UNDER CCP SECTION 1008(A), D HAD 15 DAYS AFTER
OTICE OF THE ORDER WAS SERVED, (10 DAYS PLUS AN ADDITIONAL 5 DAYS DUE TO THE MAILING OF THE ORDER
URSUANT TO CCP SECTION 1013(A) TO FILE A MOTION FOR RECONSIDERATION. NOTICE OF THE NUNC PRO TUNC ORDER
AS SERVED ON 12/2/2015. DEFENDANT FILED THE MOTIONS ON 6/20 AND 23/2016 MORE THAN SEVEN MONTHS AFTER
HE ORDER WAS SERVED. THE MATTER SHALL REMAIN IN DEPARTMENT 77 FOR ALL FURTHER

/11/2017 DEFENDANT MY MONTECITO INC. SH'S AMENDED NOTICE OF MOTION FOR RECONSIDERATION FILED.

/11/2017 MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. 052 , HON. SUSAN BRYANT DEASON PRESIDING FOR
EARING RE: MAHMOOD YOONESSI'S MOTION FOR RECONSIDERATION OF NUNC PRO TUNC ORDER OF DECEMBER 2, 2016
HE COURT RULES AS FOLLOWS: THE COURT HAVING READ AND CONSIDERED MOTION FOR RECONSIDERATION. RULES

000030

HE ORDER WAS SERVED. THE MATTER SHALL REMAIN IN DEPARTMENT 77 FOR ALL FURTHER

/15/2016 NOTICE OF ENTRY OF JUDGMENT/DIOSMIAAL/OTHER ORDER FILED.

/07/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. 077 . HON. ELAINE LU PRESIDING FOR HEARING RE: OTION FOR RECONSIDERATION . NO APPEARANCE BY OR FOR EITHER PARTY. THE COURT ORDER MATTER PLACED OFF ALENDAR.

/07/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M. IN DEPT. 077 , HON. ELAINE LU PRESIDING FOR HEARING RE: OTION FOR RECONSIDERATION . NO APPEARANCE BY OR FOR EITHER PARTY. THE COURT ORDER MATTER PLACED OFF ALENDAR.

/07/2016 COURT'S WRITTEN RULING ON MOTION FOR RECONSIDERATION FILED.

/29/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M. IN DEPT. 077 . HON. YOLANDA OROZCO PRESIDING FOR THE TRIAL ETTING CONFERENCE

/29/2016 MATTER SET FOR JURY TRIAL ON 05/30/17 AT 08:30A M, IN DEPT. 077 .

/29/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M. IN DEPT. 077 . HON. YOLANDA OROZCO PRESIDING FOR THE TRIAL ETTING CONFERENCE

/29/2016 Notice Of Trial/Hearing; Filed by:

/16/2016 ANSWER TO UNVERIFIED COMPLAINT FILED BY MY MONTECITO INC.,SH, RECEIPT NUMBER CCH400521029 ON /16/2016 FILED. PAID $370.00

/16/2016 CASE MANAGEMENT STATEMENT FILED AS TO (MY MONTECITO IN SH) .

/16/2016 Answer ANSWER TO UNVERIFIED COMPLAINT FILED BY MY MONTECITO INC.,SH,: Filed by:

/02/2016 CASE MANAGEMENT STATEMENT FILED AS TO (CAINE & WEINER COMPANY INC) .

/04/2016 SUBSTITUTION OF ATTORNEY FILED FOR DEFENDANT (MY MONTECITO IN SH)

/16/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M. IN DEPT. 077 , HON. YOLANDA OROZCO PRESIDING FOR HEARING :: MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT . MOTION IS GRANTED.

/16/2016 ORDER VACATING DEFAULT AND DEFAULT JUDGMENT AGAINST MONTECITO, INC. ISSUED ON AUGUST 16, 2016. ) ORDER SIGNED AND FILED .

/16/2016 MATTER SET FOR STATUS CONFERENCE ON 11/29/16 AT 08:30A M, IN DEPT. 077 .

/16/2016 MINUTE ORDER - CAUSE CALLED AT 08:30A M. IN DEPT. 077 , HON. YOLANDA OROZCO PRESIDING FOR HEARING :: MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT . MOTION IS GRANTED.

/16/2016 On the Complaint filed by CAINE & WEINER COMPANY INC on 04/22/2015. Default entered on 07/06/2015. Vacated - .

/16/2016 Updated -- On the Complaint filed by CAINE & WEINER COMPANY INC on 04/22/2015, judgment entered on 12/04/2015 is :ated

/09/2016 NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO VACATE AND SET ASIDE ABANDONED JUDGMENT .ED BY DEFENDANT FILED.

/23/2016 MOTION FOR RECONSIDERATION OF N.P.T OF DEC. 2, 2015R CROSS COMPLAINT AGAINST THE CLAIM SIGNORS/ASSIGNEE, LAURA TANAKA, AND SHERRIE CARTER FILED.

/20/2016 NOTICE OF MOTION FOR RECONSIDERATION OF N.P.T. ORDER OF DECEMBER 2, 2015 CROSS COMPLAINT AINST THE CLAIM ASSIGNORS/ASSIGNEE, LAURA TANAKA AND SHERRIE CARTER . DECLARATION, AND POINTS AND HORITIES IN SUPPORT THEREOF FILED. RECEIPT # 1160619K4182 . MATTER SET FOR HEARING ON 12/07/16 AT 08:30A M, DEPT. 077 .

/13/2016 WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY ON BEHALF OF CREDITOR , RECEIPT NO. X .

/28/2015 NOTICE OF LIMITED SCOPE REPRESENTATION FILED.

/28/2015 NOTICE OF LODGMENT OF [PROPOSED] ANSWER TO UNVERIFIED COMPLAINT FILED. .

/28/2015 NOTICE OF MOTION TO VACATE AND SET ASIDE DEFAULT AND DEFAULT JUDGMENT AND RECALL AND QUASH

!/04/2015 Declaration In Support Of Judgment (CCP Section 585); Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

!/04/2015 Declaration Re: Interest; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

!/04/2015 Notice of Entry of Judgment; Issued by: Clerk

!/04/2015 DECLARATION RE: REQUEST FOR COURT JUDGMENT.DECLARATIONS FILED.

!/04/2015 JUDGMENT ENTERED AS A FINAL DISPOSITION ON 12/04/15 . FOR (CAINE & WEINER COMPANY INC) . AGAINST
IY MONTECITO IN SH) . PRINCIPAL $ 10374.00 . ATTORNEY FEES $ 701.22 . INTEREST $ 1622.89 . COSTS $ 420.00 . TOTAL $
I,118.11 . JUDGE NIETO DEPT.77

!/02/2015 Other - Nunc Pro Tunc Order Correcting Clerical Error; Filed by:

/17/2015 REQUEST FOR ENTRY OF DEFAULT RECEIVED AS TO . .

/03/2015 Civil Case Cover Sheet; Filed by:

/03/2015 Other - Response To Order To Show Cause. Cross Complaint Against The Claim Assignors/Assignee And Scientist Laura
inaka Dept 77 Before Hon Judge Patricia Nieto; Filed by:

/03/2015 Summons Cross-Complaint; Filed by:

/27/2015 Updated -- Request For Dismissal: Status Date changed from 10/27/2017 to 10/27/2015

/27/2015 Updated -- Declaration Re: Interest: Status Date changed from 10/27/2017 to 10/27/2015

/27/2015 Declaration re: Attorney's Fees; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

/27/2015 Other - Plaintiff's Assignment Of Claim And Statement Of Account; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

/27/2015 REJECT SHEET SENT TO \P01 FOR REJECTION OF COURT JUDGMENT. REQUEST FOR DISMISSAL, DOES 1 TO 10.
ND 4TH CAUSE OF ACTION FOR QUANTUM MERUIT ONLY. ASSIGNMENT OF ACCOUNT AND DECLARATIONS RETURNED
S. SUBMITTED ON 10/19/15

/02/2015 Other - Minute Order: Filed by:

/01/2015 MATTER SET FOR HEARING ON ORDER TO SHOW CAUSE ON 04/05/16 AT 08:30A M, IN DEPT. 077 . PLAINTIFF'S
JBMISSION FOR DEFAULT JUDGMENT IS PENDING. .

/29/2015 REQUEST FOR ENTRY OF DEFAULT RECEIVED AS TO . .

/29/2015 DEFAULT PREVIOUSLY ENTERED

/29/2015 Request for Entry of Default / Judgment; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff); As to: (MY MONTECITO IN
H) (Defendant)

/18/2015 REJECT SHEET SENT TO (CAINE & WEINER COMPANY INC) FOR REJECTION OF DEFAULT JUDGMENT. PURSUANT
) A REASSIGNMENT ORDER, THIS CASE HAS BEEN TRANSFERRED TO STANLEY MOSK COURT. SUBMITTED ON 08/26/15

/11/2015 CASE FILE FORWARDED TO STANLEY MOSK RE: REASSIGNMENT. JM

/03/2015 Case reassigned to Stanley Mosk Courthouse in Department 77; Reason: Transfer for Reassignment

/03/2015 REJECT SHEET SENT TO (MY MONTECITO IN SH) FOR REJECTION OF SUBSTITUTION OF ATTORNEY: 1) THERE IS
) NAME LISTED FOR THE PARTY MAKING THE SUBSTITUTION 2) MISSING SIGNATURE FOR NEW ATTORNEY 3) PROOF OF
ERVICE IS NOT SIGNED SUBMITTED ON 09/02/15

/03/2015 MINUTE ORDER - CAUSE CALLED AT 08:30A M, IN DEPT. SEY , HON. DANIEL P RAMIREZ, JUDGE PRESIDING FOR
EARING RE: DESIGNATION- TRANSFER OF NON-COLLECTIONS CASE; . THE COURT RULES AS FOLLOWS: THIS
EPARTMENT WILL ACCEPT AND MANAGE ONLY LIMITED CASES THAT ARE COLLECTIONS CASES AS DEFINED BY CRC.
JLE 374. AFTER JUDICIAL REVIEW, THE COURT FINDS THIS CASE IS A BREACH OF CONTRACT-NOT ACQUIRED ON CREDIT.
OT A COLLECTIONS CASE. THEREFORE. IT IS ORDERED THAT THIS CASE BE TRANSFERRED FOR REASSIGNMENT
ORTHWITH TO THE STANLEY MOSK COURTHOUSE, DEPT. 77 AT 111 N. HILL STREET, LOS ANGELES, CA 90012. ALL FUTURE
EARING DATES, IF ANY, ARE VACATED. ANY MOTIONS CURRENTLY SET ARE TAKEN OFF CALENDAR. MOVING PARTY IS TO
ONTACT DEPT. 77 TO OBTAIN A NEW HEARING DATE.

EARING RE: DESIGNATION- TRANSFER OF NON-COLLECTIONS CASE; . THE COURT RULES AS FOLLOWS: THIS EPARTMENT WILL ACCEPT AND MANAGE ONLY LIMITED CASES THAT ARE COLLECTIONS CASES AS DEFINED BY CRC, ULE 374. AFTER JUDICIAL REVIEW. THE COURT FINDS THIS CASE IS A BREACH OF CONTRACT-NOT ACQUIRED ON CREDIT, OT A COLLECTIONS CASE. THEREFORE, IT IS ORDERED THAT THIS CASE BE TRANSFERRED FOR REASSIGNMENT ORTHWITH TO THE STANLEY MOSK COURTHOUSE, DEPT. 77 AT 111 N. HILL STREET, LOS ANGELES, CA 90012. ALL FUTURE EARING DATES, IF ANY. ARE VACATED. ANY MOTIONS CURRENTLY SET ARE TAKEN OFF CALENDAR. MOVING PARTY IS TO ONTACT DEPT. 77 TO OBTAIN A NEW HEARING DATE.

/02/2015 RECEIVED FEES FROM (MY MONTECITO IN SH) IN THE SUM OF $ 9.75 FOR FAX FILING OF NOTICE OF ITHDRAWAL OF MOTION AND SUBSTITUTION OF ATTORNEY . RECEIPT # NOR538850005 .

/02/2015 NOTICE OF WITHDRAWAL OF MOTION (BY DEFENDANT) FILED.

/26/2015 REQUEST FOR ENTRY OF DEFAULT RECEIVED AS TO (MY MONTECITO IN SH) .

/23/2015 NOTICE OF MOTION TO DENY/ VACATE CAINE AND WEINER COLLECTION COMPANIES APPLICATION FOR EFAULT JUDGMENT" AND REFERRAL OF STEVEN FRIEDLAND TO STATE BAR OF CALIFORNIA// DEFENDANT IN PRO PER . ECLARATION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT # NOR467317009 . MATTER SET FOR EARING ON 09/16/15 AT 08:30A M, IN DEPT. SEY .

/06/2015 PROOF OF SERVICE RE: SUMMONS. COMPLAINT FILED. SERVED AS TO (MY MONTECITO IN SH) . COSTS OF $ .00

/06/2015 REQUEST FILED AND DEFAULT ENTERED OF (MY MONTECITO IN SH) . DECLARATION UNDER 585.5 CCP; ECLARATION PURSUANT TO 587 CCP FILED.

/02/2015 RECEIVED THE SUM OF $ 9.50 FOR PHOTOCOPIES. RECEIPT # NOR467317005 .

/23/2015 ORDER TO SHOW CAUSE HEARING SIGNED AND FILED BY DANIEL P RAMIREZ, JUDGE TO SHOW WHY ANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE REQUEST FOR ENTRY OF DEFAULT JUDGMENT PURSUANT O CRC 3.740(F). MATTER CONTINUED FOR HEARING ON 04/06/18 AT 08:30A M., IN DEPT. SEY . CERTIFICATE OF MAILING LED, GIVEN TO RESPECTIVE PARTIES/ COUNSEL.

/23/2015 ORDER TO SHOW CAUSE HEARING SIGNED AND FILED BY DANIEL P RAMIREZ, JUDGE TO SHOW WHY ANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE REQUEST FOR ENTRY OF DEFAULT JUDGMENT PURSUANT . O CRC 3.740(F). MATTER CONTINUED FOR HEARING ON 04/06/18 AT 08:30A M., IN DEPT. SEY . CERTIFICATE OF MAILING LED, GIVEN TO RESPECTIVE PARTIES/ COUNSEL.

/22/2015 COLLECTIONS CASE COMPLAINT FILED PURSUANT TO CRC 3.740. RN NOR287054012. Filing Fee: 370.00

/22/2015 SUMMONS ISSUED.

/22/2015 SUMMONS FILED.

/22/2015 Civil Case Cover Sheet; Filed by: (CAINE & WEINER COMPANY INC) (Plaintiff)

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BV032190
CAINE & WEINER COMPANY VS. MAHMOOD YOONESSI

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 01/18/2017
**Case Type:** Appellate Division Appeal-Civil
**Status:** Appellate-Dismissal-Before Hearing 09/19/2018

Underlying Case-Appellate: 15N06376 on 01/18/2017

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

CAINE & WEINER COMPANY INC. - Plaintiff/Respondent

FRIEDLAND ESQ STEVEN - Attorney for Plaintiff/Respondent

IDOLA DAVID R. - Attorney for Defendant/Appellant

IMANDOUST LAW FIRM - Former Atty for Deft/Appellant

YOONESSI MAHMOOD - Defendant/Appellant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Documents Filed (Filing dates listed in descending order)
**11/21/2018** Remittitur-Issued-APPELLATE DIV
Filed by Clerk

**09/19/2018** Order-Dismissal-Default-APPLT DIV (Appellant failed to file an opening brief per the California Rules of Court. The appeal is dismissed per CRC 8.882(c)(1)(A) Respondent(s) to recover costs on appeal. M K R)
Filed by Court

**08/17/2018** Notice (of Default-AOB )
Filed by Clerk

**07/27/2018** Substitution of Attorney
Filed by Attorney for Defendant/Appellant

**07/16/2018** Notice-Filing ROA/Brief Due Dates
Filed by Clerk

**07/09/2018** Notice (of reject of brief- please see brief reject )
Filed by Clerk

**07/06/2018** Notice of Change of Address

000034

**06/20/2018** Notice (of Return of Appellate Brief (A.O.B. w/o Word Count) )
Filed by Clerk

**06/18/2018** Notice (of Default-AOB )
Filed by Clerk

**06/08/2018** Notice (of reject-brief (No proof of service on the trial judge) )
Filed by Clerk

**05/10/2018** Notice-Filing ROA/Brief Due Dates
Filed by Clerk

**04/27/2018** Record on Appeal
Filed by Clerk

**08/15/2017** Substitution of Attorney (received and forwarded by the Civil Appeals unit (3/16/18) )
Filed by Clerk

**03/10/2017** Order (Appellant's motion to augment the record is denied w/out prejudice and subject to his right to file a new motion after the record on appeal is filed. PJM)
Filed by Court

**02/17/2017** Motion-Augment
Filed by Defendant/Appellant in Pro Per

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Past Events
None

# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Register of Actions (Listed in descending order)

**11/21/2018** Remittitur-Issued-APPELLATE DIV
Filed by Clerk

**09/19/2018** Order-Dismissal-Default-APPLT DIV (Appellant failed to file an opening brief per the California Rules of Court. The appeal is dismissed per CRC 8.882(c)(1)(A) Respondent(s) to recover costs on appeal. M K R)
Filed by Court

**08/17/2018** Notice (of Default-AOB )
Filed by Clerk

**07/27/2018** Substitution of Attorney
Filed by Attorney for Defendant/Appellant

**07/16/2018** Notice-Filing ROA/Brief Due Dates
Filed by Clerk

**07/09/2018** Notice (of reject of brief- please see brief reject )
Filed by Clerk

**07/06/2018** Notice of Change of Address
Filed by Attorney for Plaintiff/Respondent

**06/20/2018** Notice (of Return of Appellate Brief (A.O.B. w/o Word Count) )
Filed by Clerk

000035

**06/18/2018** Notice (of Default-AOB )
Filed by Clerk

**06/08/2018** Notice (of reject-brief (No proof of service on the trial judge) )
Filed by Clerk

**05/10/2018** Notice-Filing ROA/Brief Due Dates
Filed by Clerk

**04/27/2018** Record on Appeal
Filed by Clerk

**08/15/2017** Substitution of Attorney (received and forwarded by the Civil Appeals unit (3/16/18) )
Filed by Clerk

**03/10/2017** Order (Appellant's motion to augment the record is denied w/out prejudice and subject to his right to file a new motion
after the record on appeal is filed. PJM)
Filed by Court

**02/17/2017** Motion-Augment
Filed by Defendant/Appellant in Pro Per

1 Mahmood Yoonessi
2 6790 Crest Road
3 Rancho Palos Verdes, CA 90275
4 Phone # 310-303-1671
5
6     Superior Court of the State of California for the County of Los
7         Angeles, Stanley Mosk Courthouse

**FILED**
Superior Court of California
County of Los Angeles

**JAN 2 9 2019**

Sherri R. Carter, Executive Officer/Clerk
By_____Deputy
Isabel Jaime

| | |
|---|---|
| Caine & Weiner Company Inc<br>Plaintiff<br>       V.<br>My Montecito Inc Sh and DOEs 1-10<br><br>And<br><br>Respondent/Cross Complainant<br>Mahmood Yoonessi,<br>       V.<br>Municipal Water Board(MWP) ,State<br>Water Resources Control Board, Sherrie<br>R. Carter, Caine &Weiner Co ,Inc<br>(Claim Assignee), Laura Tanaka<br>And Does 1-10 | Case No :15 N06376<br><br>Opposition/Response<br><br>To motion to withdraw<br><br>Dept :94<br><br>Before: Hon Judge<br><br>Wendy Chang<br><br>Date:02/11/19<br><br>Time: 8:30 Am |

8     To; Plaintiff Counsel,Counsel Isola and all parties of the record;

9     1.Please be advised that defendant/cross complainant Mahmood

10 Yoonessi ,originally erroneously sued as :Mahmood Yoonessi dba My

11 Montecito Sh in" files this response/opposition to attorney David Isola's

12 motion to be relieved under CCP 284,CRC 3.1362 ,requests denial of the

13 motion, to the alternative referral of the case to D.A's office/criminal

14 court And appointment of new counsel.

15

1

2.The request is made on the following grounds:

a; It is judicially defective,

b; He neglected to have the "Remittitur"recalled or case remanded,

c:His service of process is deficient ;not all parties were served,

d:Heseeks to overturn Honorable Judges Ramirez and Corrozo's order, in complete absence of all jurisdictions,

e:He has already claimed his withdrawal from the case in Riverside,

f:he falsely claims Mr Golwin and E2c have withdrawn their representation of MY Montecito Inc,Sh,

h: He falsely assumes his gross negligence shall be overlooked By the court,

i; He ignores the Rules of the court and maintains the current Designation  this multi million dollars case as limited. Selected pages from ROA are submitted ac Exhibits; page numbers at the

Respectfully submitted; dated 01/28/2019

Mahmood Yoonessi 6790 Crest Road; Rancho Palos Verdes, CA 90275

Mahmood Yoonessi

6790 Crest Road

Rancho Palos Verdes, CA 90275

Phone # 310-303-1671

2

000038
000258

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

**COURTHOUSE ADDRESS**
Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, CA, 90012

**PLAINTIFF**
CAINE & WEINER COMPANY INC

**DEFENDANT**
MY MONTECITO IN SH

| TRIAL TRANSFER ORDER – LIMITED CIVIL CASE | **CASE NUMBER** 15N06376 |
| --- | --- |

**FILED**
Superior Court of California
County of Los Angeles

MAY 20 2019

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Anoush Mehitarian

TO: DEPARTMENT 1   FROM: DEPARTMENT 94

TIME EST. _____ 3-4 (HOURS) _____ (DAYS)

Mandatory Expedited Jury Trial   ☐ YES   ☑ NO

Appearing Attorneys or Self Represented: ☒ Plaintiff: Steven Friedland

☒ Defendant: Under Protest (Not Ready) ~~

1. This matter is referred to Dept. 1 on 05/20/2019 _____ for a   ☐ Jury Trial   ☑ Bench Trial
2. All parties announced ready to proceed continuously/day to day:   ☑ YES   ☐ NO
3. All answering parties are present or have been defaulted:   ☑ YES   ☐ NO
4. Trial to include cross complaint:   ☐ YES   ☐ NO   ☑ N/A
5. Plaintiff is prepared to proceed with prove-up as to defaulted parties:   ☐ YES   ☐ NO   ☑ N/A
6. All witnesses are available / subpoenaed:   ☑ YES   ☐ NO
7. The judge has personally reviewed the Trial Readiness Documents and Binders:  Deemed Joint   ☑ YES   ☐ NO
8. The Trial Readiness Documents are complete:   ☑ YES   ☐ NO
9. _____'s request for continuance was denied:   ☐ YES   ☐ NO   ☑ N/A
10. Plaintiff has previously filed a judicial challenge per CCP 170.6:   ☐ YES   ☑ NO
11. Defendant has previously filed a judicial challenge per CCP 170.6:   ☐ YES   ☑ NO
12. Has an ADA Accommodation Order been granted for either party:   ☐ YES   ☑ NO

Δcounsel motion to be relieved denied.

THE COURT DEEMS ALL PARTIES READY FOR TRIAL.

Date: 05/20/2019   Signed: _____
Judge of the Superior Court   **WENDY CHANG**

***Comments: 5/20/19

---

**Assignment to Trial Court**

On 5/20/19, 2019, at 10:37 am/pm, Dept. One assigns this case to Dept. P   ☐ Mosk

☒ PASADENA   Courthouse; Judge OLDEN DORE , presiding

Date: 012 5/21   Signed: Samantha Jessner
Judge of the Superior Court

@ 10:00

LACIV 243 (Limited)
(Rev 7/2018)
LASC Approved 12/13
For Optional Use

**TRIAL TRANSFER ORDER – LIMITED CIVIL CASE**

# Exhibit C

## US District Court, Central District; Riverside, Eastern Division

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, November 5, 2019 Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3548587    MY MONTECITO INC SH

| | |
|---|---|
| Registration Date: | 04/02/2013 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | CYRUS ALEMOZAFFAR |
| | 2069 SAN BERNARDINO AVE |
| | COLTON CA 92324 |
| Entity Address: | 2601 DEL ROSA STE 115 |
| | SAN BERNARDINO CA 92404 |
| Entity Mailing Address: | 2601 DEL ROSA STE 115 |
| | SAN BERNARDINO CA 92404 |

A Statement of Information is due EVERY year beginning five months before and through the end of April.

| Document Type | ⇅ File Date | ⇅ PDF |
|---|---|---|
| SI-NO CHANGE | 05/03/2019 | |
| SI-COMPLETE | 08/07/2015 | |
| REGISTRATION | 04/02/2013 | |

* Indicates the information is not contained in the California Secretary of State's database

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions

Alex Padilla
California Secretary of State

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, November 5, 2019
Please refer to document Processing Times for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity. Not all images are available online.

## C1841391    MY MONTECITO, INC.

| | |
|---|---|
| Registration Date: | 02/03/1993 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | CYRUS ALEMOZAFFAR |
| | 2069 SAN BERNARDINO AVE |
| | COLTON CA 92324 |
| Entity Address: | 2069 W SAN BERNARDINO AVE |
| | COLTON CA 92324 |
| Entity Mailing Address: | PO BOX 12025 |
| | SAN BERNARDINO CA 92423 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | ⇅ File Date | ⇵ PDF |
|---|---|---|
| SI-NO CHANGE | 05/03/2019 | |
| SI-COMPLETE | 01/29/2018 | |
| REGISTRATION | 02/03/1993 | |

\* Indicates the information is not contained in the California Secretary of State's database

- · If the status of the corporation is "Surrender," the agent for service of process is automatically revoked
  Please refer to California Corporations Code section 2114 for information relating to service upon
  corporations that have surrendered.
- · For information on checking or reserving a name, refer to Name Availability.
- · If the image is not available online, for information on ordering a copy refer to Information Requests.
- · For information on ordering certificates, status reports, certified copies of documents and copies of
  documents not currently available in the Business Search or to request a more extensive search for records,
  refer to Information Requests.
- · For help with searching an entity name, refer to Search Tips.
- · For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Ex. A

Lease R.L. 246                    -6-

Substances placed by Lessee on Property, in a manner that is
in all respects safe and in accordance with all applicable
laws.

g.    Lessee shall disclose to Lessor Lessee's disposal
of any Hazardous Substances placed on Property by Lessee and
provide written documentation of its safe and legal
disposal.

h.    Breach of any of these covenants, terms and
conditions shall give Lessor the authority to immediately
terminate this Lease and/or to shut down Lessee's operations
thereon, pending rectification of the breach, in which case,
Lessee will continue to be liable under this Lease to clean
up all Hazardous Substances placed by Lessee on Property.
Lessee shall be responsible for and bear the entire cost of
removal and disposal of Hazardous Substances introduced to
Property by Lessee during Lessee's period of use and
possession of Property.  Lessor may pass through to Lessee
any and all cleanup costs incurred by Lessor as a result of
Lessee's activities on Property.  Notwithstanding the
foregoing, Lessee shall be responsible for any cleanup or
decontamination on or off Property necessitated by the
presence of such Hazardous Substances placed on Property by
Lessee.  Upon termination of this Lease, Lessee is required,
in accordance with all laws, to remove from Property any
equipment or improvements placed on Property by Lessee that
could be contaminated by Hazardous Substances.

i.    Lessee shall defend, indemnify and hold Lessor and
its officers, employees, contractors or agents harmless from
any claims, liability, injury, damage, costs, or expenses
(including, without limitation, the cost of attorney's fees)
arising as a result of the presence or use of any Hazardous
Substances caused to be placed by the Lessee on Property
during the term of this Lease.  The foregoing indemnity is
intended to operate as an agreement pursuant to Section 107,
subdivision (e) of CERCLA, 42 United States Code Section
9607, subdivision (e) and to California Health and Safety
Code Section 25364, to insure, protect, hold harmless and
indemnify Lessor from any liability created by the Lessee
pursuant to such sections.

I HAVE READ AND UNDERSTOOD PARAGRAPH 14 <u>HAZARDOUS</u>
<u>SUBSTANCES</u>.

                                    Lessee's Initials

                                    _____





# ASSIGNMENT

City _____Los Angeles_____ State __CA__ Date __January 26, 2015__

For a valuable consideration I/we hereby assign for purposes of collection unto CAINE &

WEINER COMPANY, INC. of Woodland Hills, California my/our account and claim in

the sum of $ __$10,374.00__ against ( MY MONTECITO, INC. )

and I/we do hereby authorize said assignee to bring action or suit in their name and do

any and all things necessary to enforce collection of said claim. The undersigned

warrants that the account hereby assigned is a valid debt now fully due and owing to the

undersigned from the debtor named and that there is no just counterclaim or offset against

the same. The undersigned authorizes said assignee to select a competent attorney to

pursue this action in our best interests.

Metropolitan Water District of
Southern California
_____
                              Name of Firm

_____
Jeff A. Wynn              Signature

Unit Manager RPDM Group
_____
                              Official Title



Ex. C

000043
000052 010

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| STEVEN L. FRIEDLAND, ESQ.        SBN 170453<br>STEVEN L. FRIEDLAND LAW OFFICES<br>21210 ERWIN ST<br>WOODLAND HILLS, CA 91367-3714<br>TELEPHONE NO. (818) 908-6860        FAX NO. (866) 813-4491<br>E-MAIL ADDRESS<br>ATTORNEY FOR. PLAINTIFF | |

**FILED**
Superior Court of California
County of Los Angeles

**JUL 06 2015**

Sherri R. Carter, Executive Officer/Clerk
By *Stephanie Pollock* Deputy

LOS ANGELES SUPERIOR COURT/NORWALK
STREET ADDRESS. 12720 NORWALK BLVD
MAILING ADDRESS 12720 NORWALK BLVD
CITY AND ZIP CODE NORWALK, CA 90650
BRANCH NAME. SOUTHEAST DISTRICT

PLAINTIFF/PETITIONER: CAINE & WEINER COMPANY, INC.

DEFENDANT/RESPONDENT: MY MONTECITO INC SH

Case Number: 15N06376

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No. 8299917

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:    SUMMONS; COMPLAINT; ORDER TO SHOW CAUSE HEARING;

3. a. Party served:    MY MONTECITO INC SH

   b. Person served:    MAHMOOD YOONESSI - PRESIDENT

4. Address where the party was served:    6790 CREST RD, RANCHO PALOS VERDES CA 90275-5495

5. I served the party
   b. by substituted service. On (date): May 16, 2015   at (time): 9:35 AM   I left the documents listed in item 2 with or in the presence of: JOHN DOE (60'S, M, 5'4", 135, MIDDLE EASTERN, BLACK H, BROWN E) OCCUPANT
   (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): May 18, 2015 from (city): VAN NUYS, CA 91406-3804

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of:
   MY MONTECITO INC SH
   under the following Code of Civil Procedure section:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name: ADRIAN MARQUEZ - ATTORNEY RELATED SERVICES, INC.
   b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
   c. Telephone number: (818) 995-9771
   d. The fee for service was: $ 50.00
   e. I am:   (3) registered California process server:
      (i) owner
      (ii) Registration No.: 2013-059621
      (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: May 31, 2015

ADRIAN MARQUEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

28

Code of Civil Procedure, § 417.10

000044

000053

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

**AUG 1 1 2015**

*Dean C. Logan* REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



27

Electronically FILED by Superior Court of California, County of Los Angeles on 11/06/2019 01:31 PM Sherri R. Carter, Exec. Officer/Clerk of Court, by W. Moore,Deputy Clerk

1  John L. Dodd, Esq. #126729
   JOHN L. DODD & ASSOCIATES, Prof. Corp.
2  17621 Irvine Blvd., Ste. 200
   Tustin, CA  92780
3  tel (714) 731-5572
   fax (714) 242-9065
4  jdodd@appellate-law.com

5  Attorney for Defendant & Appellant,
   M Y Montecito, Inc. SH
6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF LOS ANGELES
                         (Limited Jurisdiction)

10

11  CAINE & WEINER COMPANY,        )     Case No. 15N06376
    INC.                           )
                                   )     (Appellate Div. No.
12           Plaintiff,            )     BV033158)
                                   )
13  v.                             )     Opposition to Motion for Attorney
                                   )     Fees; Declaration of Mahmood
14  M Y MONTECITO, INC. SH,        )     Yoonessi and Exhibits in Support
                                   )
15           Defendant.            )     Date: Nov. 20, 2019
                                   )     Dept: 8:30 a.m.
16  ─────────────────────────────  )     Dept: P (Pasadena)

17          To the Judge of the Superior Court and to the plaintiff herein and its attorney of

18  record:

19          Defendant opposes the motion for attorney fees because plaintiff lacks standing to

20  bring this action against defendant, and the bill is excessive on its face.

21

22                                              Respectfully submitted,

23  Dated: November 6, 2019                     /s/ John L. Dodd

24                                              John L. Dodd, Esq,

25                                              attorney for M.Y. Montecito, Inc. SH

26

27

28

                                       1

000046
000039

1                **MEMORANDUM OF POINTS AND AUTHORITIES**

2 **I.     Plaintiff Lacks Standing.**

3      **A. Plaintiff's standing may be raised in this motion.**

4     "Every action must be prosecuted in the name of the real party in interest, except

5 as otherwise provided by statute." (Code Civ. Proc., § 367.) "Standing is a threshold

6 issue necessary to maintain a cause of action, and the burden to allege and establish

7 standing lies with the plaintiff." (*Mendoza v. JPMorgan Chase Bank, N.A.* (2016) 6

8 Cal.App.5th 802, 809.)

9         "As a general principle, standing to invoke the judicial process requires an
actual justiciable controversy as to which the complainant has a real interest in the

10 ultimate adjudication because he or she has either suffered or is about to suffer an
injury of sufficient magnitude reasonably to assure that all of the relevant facts and

11 issues will be adequately presented to the adjudicator. [Citations.] *To have
standing, a party must be beneficially interested in the controversy*; that is, he or

12 she must have 'some special interest to be served or some particular right to be
preserved or protected over and above the interest held in common with the public

13 at large.' [Citation.] The party must be able to demonstrate that he or she has some
such beneficial interest that is concrete and actual, and not conjectural or

14 hypothetical."

15 (*Teal v. Superior Court* (2014) 60 Cal.4th 595, 599, original italics.)

16     Lack of standing is a jurisdictional defect. (*Hudis v. Crawford* (2005) 125

Cal.App.4th 1586, 1592.) "[C]ontentions based on a lack of standing involve

17 jurisdictional challenges and may be raised at any time in the proceeding," including for

18 the first time on appeal. (*Common Cause v. Board of Supervisors* (1989) 49 Cal.3d 432,

19 438-439; see also *Associated Builders & Contractors, Inc. v. San Francisco Airports*

20 *Com.* (1999) 21 Cal.4th 352, 361.)

21     "'[I]t is well established that questions of jurisdiction are never waived and may be

22 raised for the first time on appeal.' [Citation.] Further, an order made by a court which

23 has no jurisdiction to make the order 'may be attacked any time or anywhere, directly or

24 collaterally whenever it presents itself, either by parties or strangers.' [Citation.]" (*In re*

25 *Marriage of Lackey* (1983) 143 Cal.App.3d 698, 701.) Questions of fundamental

26 jurisdiction also may be raised on collateral attack after a final judgment. (*Quigley* v.

27 *Garden Valley Fire Protection Dist.* (2019) 7 Cal.5th 798, 807.)

28

1    **B.    Plaintiff Lacked Standing to Sue M. Y. Montecito, Inc. SH.**

2          There are two reasons plaintiff lacks standing.  First, there is no contract between

3    either the Metropolitan Water District of Southern California ("MWD") or Caine &

4    Weiner Company, Inc., ("Caine") and M.Y. Montecito, Inc. SH.  In addition to the lack of

5    standing to sue, this also means there is no contract providing for attorney fees on which

6    to base this motion.

7          In 2013 M.Y. Montecito, Inc. SH purchased the property located at 6160 Arlington

8    Avenue in Riverside, California, at an auction held by Auction.com.  (Yoonessi

9    Declaration, ¶ 2.) M.Y. Montecito, Inc. SH's predecessor in interest had leased an

10   adjacent parcel or real property, owned by MWD for a parking lot. (*Ibid.*)  That parcel

11   was not part of the Auction.com sale; M. Y. Montecito, Inc. SH did not sign a new lease

12   the property from MWD, did not assume the old lease and did not use the MWD property

13   for a parking lot. (*Ibid.*)  Plaintiff has never produced a signed lease from MWD to M.Y.

14   Montecito, Inc., SH, and, therefore, there is no contract upon which to base either an

15   attorney fee claim or the underlying lawsuit.

16         The "Assignment" by 6160 Arlington Ave., LLC, pertains to the tenants at the

17   shopping center, whose leases M.Y. Montecito, Inc. SH assumed as new owner. (Ex. B.,

18   pp. 8-9.)  It has nothing to do with the adjacent empty MWD parcel, which is 6208

19   Arlington. (Ex. D, pp. 11-2.)

20         Additionally, even if there was an underlying lease between MWD and M.Y.

21   Montecito, Inc., SH, the assignment from MWD to Caine references a separate

22   corporation, "MY Montecito, Inc." which is not "M. Y. Montecito, Inc., SH." (Ex. C, p.

23   10.)  "MY Montecito, Inc." is a different corporate entity than "M. Y. Montecito, Inc.,

24   SH." (See Yoonessi Dec. ¶ 1 & Ex. A, pp. 1-7.)

25         The summons and complaint both named "M. Y. Montecito, Inc., SH," the entity

26   which appeared in this action.  Caine did not name "M. Y. Montecito, Inc.," the entity

27   referenced on its "assignment," which was not served.  It is too late to change the name to

28   a completely different corporate entity now. (*Diliberti v. Stage Call Corp.* (1992) 4

                                              3

1  Cal.App.4th 1468, 1470-1471.)  Caine has no standing to sue M. Y. Montecito, Inc., SH.

2      Caine has no standing to sue M.Y. Montecito, Inc., SH.  Because plaintiff had no

3  standing, the judgment is void, a "dead limb on the judicial tree" which must be lopped

4  off at any time.  (*Baird v. Smith* (1932) 216 Cal. 408, 410; *Andrisani v. Saugus Colony*

5  *Limited* (1992) 8 Cal.App.4th 517, 523.)  Not only must the motion be denied, but also

6  this court should sua sponte vacate the judgment.

7  **II.    The Attorney Fee Claim Is Obviously Excessive and Should Be Drastically Reduced.**

8

9      Even if the request for attorney fees is not denied outright, the claim should be

   reduced drastically.  "'The starting point of every fee award . . . must be a calculation of
10
   the attorney's services in terms of the time he has expended on the case.  Anchoring the
11
   analysis to this concept is the only way of approaching the problem that can claim
12
   objectivity, a claim which is obviously vital to the prestige of the bar and the courts.'"
13
   (*Press v. Lucky Stores, Inc.* (1983) 34 Cal.3d 311, 322.)  The hours must be "reasonably
14
   spent."  (*Meister v. Regents of Univ. of Cal.* (1998) 67 Cal.App.4th 437, 447.)  "To enable
15
   the trial court to determine whether attorney fees should be awarded and in what amount,
16
   an attorney should present '(1) evidence, documentary and oral, of the services actually
17
   performed; and (2) expert opinion . . . as to what would be a reasonable fee for such
18
   services.'" (*Martino v. Denevi* (1986) 182 Cal.App3d 553, 558.)
19
       Unreasonable fee requests should be denied or reduced.  (*Ellis v. Toshiba America*
20
   *Information Systems, Inc.* (2013) 218 Cal.App.4th 853, 884.)  Here, plaintiff's counsel
21
   declaration "is notable for what it does not say."  (*Donahue v. Donahue* (2010) 182
22
   Cal.App.4th 259, 270.)  As in *Donahue*, the lack of explanation "raises the
23
   concern the trial court utilized an overly deferential approach to the fee request.  A
24
   trial court may not rubberstamp a request for attorney fees, but must determine the
25
   number of hours *reasonably* expended."  (*Id.* at p. 271, original emphasis.)
26
   "Reasonable compensation does not include compensation for padding in the form
27
   of inefficient or duplicative efforts. . . ."  (*Ibid.*, citing *Ketchum v. Moses* (2001) 24
28

4

1  Cal.4th 1122, 1131-1132, internal quotes omitted.)  Although the fee request need

2  not be "strictly proportionate," the fact the damage award was modest is a factor to

3  consider, and counsel is not entitled to fees for claims unrelated to successful

4  claims.  (*Chavez v. City of Los Angeles* 2010) 47 Cal.4th 970, 989.)

5      Generally, attorney Friedland's bills are in minimum increments of .25, i.e.,

6  15 minutes, mostly for tasks which could not reasonably require even half of that,

7  such as reviewing notice of entry of judgment, reviewing minute orders or a notice

8  of appeal.  These are one or two page standard documents which would only

9  require a minute to review.  Minimum time increments of one-tenth of an hour,

10  i.e., .1, are standard in Southern California, not one-quarter of an hour.  All the .25

11  times for reviewing simple, short, generally one or two page documents should be

12  reduced to .1.

13      Counsel also bills 4 hours to "prepare plaintiff's trial book and exhibit

14  binder" on 5/15 and 2 hours for "prepare and serve joint trial book and exhibit

15  binders on 5/17.  This is paralegal work and should be billed at $75.00 to $100.00

16  per hour which is common for Southern California, not $400 per hour.

17      The time entries for attending trial on 5/1 (9.25 hours), 5/22 (10.50 hours)

18  and 5/26 (8.00 hours) are excessive as the trial court was not hearing the trial for 9

19  or 10 hours a day.  This is "vague, block-billed time entries . . . ."  (*Christian*

20  *Research Institute v. Alnor* (2008) 165 Cal.App.4th 1315, 1326.)  These block-

21  billed entries no doubt were "inflated with noncompensable hours . . . ."  (*Ibid.*)  If

22  counsel did something else other than trial those days, it should be specified.

23      "[A]s the parties seeking fees and costs, [plaintiff] 'bear[] the burden of

24  establishing entitlement to an award and documenting the appropriate hours

25  expended and hourly rates.' [Citation.]  To that end, the court may require

26  defendants to produce records sufficient to provide "'a proper basis for

27  determining how much time was spent on particular claims.'"  (*ComputerXpress,*

28  *Inc. v. Jackson* (2001) 93 Cal.App.4th 993, 1020.)  Given the lack of detail, this

000050
000043

1  court should require those records be produced if it does not drastically reduce the

2  compensable hours.

3                                          **CONCLUSION**

4          The motion for attorney fees must be denied, the judgment vacated, and the case

5  dismissed.  Alternatively, any fees awarded should be drastically reduced from those

6  requested and counsel be required to provide actual, detailed time records.

7                                                              Respectfully submitted,

8  Dated: November 6, 2019                                     /s/ John L. Dodd

9                                                              John L. Dodd, Esq,

10                                              attorney for M.Y. Montecito, Inc. SH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000051

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

**COURT OF APPEAL – SECOND DIST.**

# FILED

## Mar 09, 2022

DANIEL P. POTTER, Clerk

CLynch _____ **Deputy Clerk**

| | |
|---|---|
| MY MONTECITO, INC. SH, | B318712 |
| Appellant, | (Super. Ct. [App. Div.] No. BV033158) |
| v. | (Super. Ct. No. 15N06376) |
| CAINE & WEINER COMPANY, INC., | <u>ORDER</u> |
| Respondent. | |

THE COURT:

The court has read and considered the petition filed by appellant on March 1, 2022, seeking transfer of its case from the Appellate Division of the Los Angeles County Superior Court to this court. (Cal. Rules of Court, rule 8.1006.) This court has determined that transfer under rule 8.1002 of the California Rules of Court is not necessary to secure uniformity of decision or settle an important question of law. The petition is denied.

_____
PERLUSS, P. J.

_____
SEGAL, J.

_____
FEUER, J.

 Gmail

Mahmood Yoonessi <myoonessi75@gmail.co

**udgment**

messages

**ohn L Dodd, Esq.** <JDodd@appellate-law.com>                                    Fri, Mar 18, 2022 at 3:18
ɔ: Mahmood Yoonessi <myoonessi75@gmail.com>

The other side called asking about payment.  I stated I had no knowledge about.  I suggest the corporation just pay it to keep them from running up more attorney fees and interest.  Also, please decide who will represent the corporation in wrapping this up and have them sign the attached substitution.  Thanks

John L. Dodd, Esq.

Certified Specialist, Appellate Law

California Board of Specialization

(714) 731-5572

www.appellate-law.com

Not Just Another Appellate Blog

http://www.appellate-law.com/blog/

**substitution out.pdf**
388K

**ahmood Yoonessi** <myoonessi75@gmail.com>                                    Sat, Mar 19, 2022 at 10:42
ɔ: "John L Dodd, Esq." <JDodd@appellate-law.com>

Dear Mr Dodd
Is the judgment size of 67,000 correct?
Should the payment be made to Metropolitan Water Board;?
Could it be Escrowed pending removal  outcome in Federal Court?
Thanks
M.Yoonessi
[Quoted text hidden]
--
*M.Yoonessi, MD*

**ohn L Dodd, Esq.** <JDodd@appellate-law.com>                                    Sat, Mar 19, 2022 at 11:42
ɔ: Mahmood Yoonessi <myoonessi75@gmail.com>

I forwarded his email with the exact amount

Payment should be to Caine & Weiner since they are the plaintiff

No, payment cannot be escrowed.  You can pay it under protest under threat of collection, which preserves your right to pursue later challenges.  If you are successful, then you would get the money back

[Quoted text hidden]

**000053**

entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this message, please do not read, copy, use or disclose this communication and notify the sender immediately. It should be noted that any review, retransmission, dissemination or other use of, or taking action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  Finally, the recipient should check this email and any attachments for the presence of viruses. Caine & Weiner accepts no liability for any damage caused by any virus transmitted by this email.

---

**ohn L Dodd, Esq. <JDodd@appellate-law.com>**
⊃: Mahmood Yoonessi <myoonessi75@gmail.com>

Sat, Mar 19, 2022 at 12:03

I asked him for his calculation, as I get a lower amount

**From:** John L Dodd, Esq. <JDodd@appellate-law.com>
**Sent:** Saturday, March 19, 2022 12:03 PM
**To:** 'steven.friedland' <steven.friedland@caine-weiner.com>
**Subject:** RE: Caine & Weiner v. My Montecito; case 15N06376

Please provide a breakdown of your claim

10,500

36,500 = 46.874

+10% 1 year = 51,561.40

=10% 1 year = 56,717,54

10% = $5,671.75 but only 7/12 of a year = .58% so  $3,308.52 =

$60,026.06

[Quoted text hidden]

Financial - PRD (Payment Inquiry)                                        Page 1 of 1

# Financial – Payment & Revenue Distribution (PRD)

Payment Inquiry                                                    **Refund Order**

                                                                  Home | Logout

**Payments:** Click on Receipt # to view payment detail

| Receipt # | Receipt Date | Seq # | Bus. Date | Case # | LEA/ DEF #/ Case Year | Transaction | Amount | Void/ PDR | | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|
| CCH400521018 | 06/20/16 | 1 | 06/20/16 | 15N06376 | | Civil Payment | $150.00 | | Jury | PRD |

| **Payment   (PRD)** | | | **Inquiry Date: 04/05/2019** |
|---|---|---|---|
| **Receipt #:** | CCH400521018 | **Receipt Date:** 06/20/2016 | **Receipt Seq#:**   1 |
| **Case #:** | 15N06376 | | **Branch:**   CCH UNLIMITED |
| **Business Date:** | 06/20/2016 | **Process Date:** 06/20/2016 01:37 PM | **Posted By:**   400521 - ANABELLA MIRO |
| **Transaction:** | Civil Payment | | |

**Amount Paid:**  $150.00        **Authorized Bail:**  $0.00        **Paid By:**   Credit Card

**Distribution:**

| Seq # | Fund Code | Amount | Distr. Rule | Manual Distr. |
|---|---|---|---|---|
| 1 | JRYFEE1 | $150.00 | YQ9 | |

| Return to Case Search Result List |   | New Search |
|---|---|---|

# Financial - Payment & Revenue Distribution (PRD)

Payment Inquiry | Reports                                    AOC Revenue Transfer | Home | Logout

**Payments:** Click on Receipt # to view payment detail

| Receipt # | Receipt Date | Seq # | Bus. Date | Case # | LEA/ DEF #/ Case Year | Transaction | Amount | Void/ PDR | | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|
| ACC470052018 | 10/13/09 | 1 | 10/13/09 | BC401785 | | Civil Payment | $18,000.00 | | Trust | FPS Conv. |

---

**Payment   (FPS Conversion)**                                    **Inquiry Date: 01/09/2014**

| | | | |
|---|---|---|---|
| **Receipt #:** | ACC470052018 | **Receipt Date:** | 10/13/2009 |

**Receipt Seq#:**     1

**Case #:**        BC401785                     **Branch:**        REVENUE MANAGEMENT

**Business Date:**    10/13/2009    **Process Date:**    10/13/2009    **Posted By:**    470052 - TINA SABIO

**Transaction:**    Civil Payment

---

**Amount Paid:**    $18,000.00    **Authorized Bail:**  $0.00    **Paid By:**    Check

**Distribution:**

| Seq # | Fund Code | Amount | Distr. Rule | Manual Distr. |
|---|---|---|---|---|
| 1 | TRUST | $18,000.00 | 47 | |

---

**Deposit**

**Deposit Type:**    Trust        **Amount:**    $18,000.00

**Case Name:**    M.YOONESSI VS E.BROWN

**Depositor Name:**    MAHMOOD YOONESSI

**Address:**    6790 CREST ROAD

**City/State/Zip:**    RPV , CA 90275

---

[ Return to Case Search Result List ]    [ New Search ]



**FILED**
Superior Court of California
County of Los Angeles

AUG 16 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Samantha Cuevas

STANLEY MOSK COURTHOUSE – DEPARTMENT 77
JUDGE YOLANDA OROZCO
TENTATIVE RULING 15N06376
AUGUST 16, 2016

Defendant My Montecito, Inc.'s Motion to Set Aside Default and Default Judgment is GRANTED. CCP §
473(b).

CCP §473(b) permits relief from a judgment, dismissal, order or other proceeding taken due to that
party's "mistake, inadvertence, surprise, or excusable neglect." Pursuant to CCP § 473(b), a motion to
set aside/vacate cannot be brought more than 6 months after the entry of default and must be made
within a "reasonable time." The six month time limit is jurisdictional. Rutan v. Summit Sports, Inc. (1985)
173 Cal.App. 3d 965, 970. Six months is defined as half a year for the purposes of this section. Davis v.
Thayer, (1980) 113 Cal.App.3d 892, 901-04.

What constitutes a reasonable time depends primarily on the facts and circumstances of the case, but
requires a showing of diligence in making the motion after discovering the default. If there is a delay in
filing the motion for relief after discovery of the default, the reason for the delay must be substantial
and must justify or excuse the delay. Stafford v Mach (1998) 64 Cal.App.4th 1174, 1181. A delay of three
months or more in filing the motion after discovery of the default often results in an order denying relief
for lack of diligence, which is generally upheld on appeal. Id., at p. 1184. The longer the delay in bringing
the motion, the more substantial the justification for the delay must be in order for relief to be granted.
Id., at p. 1185.

Here, the default was entered on July 6, 2015. Six months from that date is January 11, 2016. The
motion was filed on December 28, 2015. While the delay was substantial in this case, Defendant
originally filed a motion on July 23, 2015, which was withdrawn once Defendant's principal learned that
he could not represent the corporate entity in propia persona.

Defendant has made a showing that he was not at home at the time that the alleged service took place,
and that the proof of service was improper, because it does not state the correct registration number
for the process server and states that the process server was employed by a suspended corporation.
Furthermore, this motion is unopposed. Consequently, because Defendant has shown a lack of actual
notice and a sufficient excuse for the delay in seeking relief, this motion is GRANTED.

However, the Court notes that Defendant's representation by Defendant's counsel apparently is limited
to seeking relief from the default and default judgment. As Defendant is well aware, a corporate entity
may not act in propia persona, and it will be unable to take any act to defend this action while
unrepresented, including the filing of any responsive pleadings. A corporate entity may only appear in
this case by and through counsel.

Defendant My Montecito, Inc. to give notice.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Northeast District, Pasadena Courthouse, Department P

15N06376                                                    May 22, 2019
**CAINE & WEINER COMPANY INC vs MY MONTECITO IN**                9:00 AM
**SH**

Judge: Honorable Margaret L. Oldendorf        CSR: Electronically Recorded
Judicial Assistant: Karli Xanthos; M/O by      ERM: None
Yvonne Villarreal, JAT
Courtroom Assistant: None                      Deputy Sheriff: None

"Assignment" dated 1/26/15), (2 (10 page Lease), (3 (9 page Amendment #1 to Lease), (4 (1 page Memorandum of Lease dated 2/14/12) (5 (4 page Assignment of Leases) (6 (Amended Escrow Instructions dated 4/24/13), and (7 (1 page Notice to Cure Default dated 5/12/14) and Defendant (MY MONTECITO IN SH)'s exhibits (10 (1 page Delinquent rent notice for lease dated 3/21/14) and (11 (2 page Notice of Termination of Lease and Invoice dated 7/29/14) are marked for identification and admitted in evidence.

Defendant (MY MONTECITO IN SH)'s exhibits 8 (Seizure for Taxes) and (9 (8 page Secretary of State document) are marked for identification only.

Plaintiff rests subject to the admissibility of documentary evidence.

*Exhibits 2 — 10*

Defense counsel oral motion for non-suit is heard, argued, and denied.

Mahmood Yoonessi is sworn and testifies on behalf of the defendant.

Defense counsel oral request for a brief continuance is granted.

Non-Jury Trial is continued to 05/28/2019 at 09:00 AM in Department P at Pasadena Courthouse.

Plaintiff's oral request to set an Order to Show Cause re: Strike the Answer or Order to Show Cause re: Sanctions is deferred.

# THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

**ATTENTION: TREASURER**
P.O. BOX 54153 TERMINAL ANNEX
LOS ANGELES CA 90054-0153

Invoice

| NUMBER | 40818 |
| --- | --- |
| DATE | 11-FEB-14 |
| ART REFERENCE | RL246 |
| PAGE | 1 of 1 |

| CUSTOMER NUMBER | LOCATION NUMBER |
| --- | --- |
| 7983 | |

Bill To •
MAHMOOD YONESSI
MY MONTECITO INC.
6790 CREST ROAD
RANCHO PALOS VERDES CA 90275

Ship To •

**Invoice**

| TERMS | DUE DATE |
| --- | --- |
| 30 NET | 13-MAR-14 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | LEASE OF DISTRICT PROPERTY AS DESCRIBED IN RL246 TO BE USED FOR CONSTRUCTION OF A PARKING LOT TO BE USED IN CONJUNCTION WITH A SHOPPING CENTER FOR THE PERIOD OF MARCH 1, 2014 THROUGH FEBRUARY 28, 2015. IF ANY INSTALLMENT OF RENT OR ANY OTHER SUM DUE IS NOT RECEIVED WITHIN TWENTY (20) CALENDAR DAYS FROM DUE DATE, A LATE CHARGE EQUAL TO TEN PERCENT (10%) OF OVERDUE AMOUNT WILL BE ASSESSED. | 1 | 1 | 10,374.00 | 10,374.00 | 10,374.00 |

SPECIAL INSTRUCTIONS
PLEASE NOTE INVOICE NUMBER ON PAYMENT. 213.217.7550

| | | | |
| --- | --- | --- | --- |
| 10,374.00 | 0.00 | 0.00 | 10,374.00 |

Currency: USD

2153 RHO98

000059

**CERTIFIED MAIL**
Lease R.L. 246
Upper Feeder Pipeline
MWD Parcel Nos. 1400-23-3, 4, 6, & 7
APN's 191-181-007 & 191-190-001
WSO Riverside Team

July 29, 2014

Mr. Mahmood Yoonessi
My Montecito, Inc.
6790 Crest Road
Rancho Palos Verdes, CA 90275

Dear Mr. Yoonessi:

### NOTICE OF TERMINATION OF **LEASE R.L. 246; 6208 ARLINGTON AVENUE, RIVERSIDE, CA**

NOTICE IS HEREBY GIVEN by The Metropolitan Water District of Southern California (Lessor) that your lease of real property located at 6208 Arlington Avenue, Riverside, California is hereby TERMINATED for failure to pay rent and to cure within the ten-day notice period given in the previous Notice of Default. This NOTICE OF TERMINATION is given pursuant to the lease agreement.

Unless past due rents, including any applicable interest, is paid, we may pursue legal action to recover such past rent payments and costs and other remedies as may be allowed by law.

Very truly yours,

Jeffrey A. Wynn
Unit Manager
Revenue & Property Management Unit

JQL:lhm
s:\RPDM\PropMgnt\WA3685_Notice of Termination of Lease RL246.docx

bcc:    John Clairday
        Patty Fowler
        Jenny Li
        Bryan Otake
        Jeff Wynn
        R.L. File

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

**COURT OF APPEAL – SECOND DIST.**

# FILED

## Mar 09, 2022

DANIEL P. POTTER, Clerk

CLynch                    **Deputy Clerk**

| | |
|---|---|
| MY MONTECITO, INC. SH,<br><br>Appellant,<br><br>v.<br><br>CAINE & WEINER COMPANY, INC.,<br><br>Respondent. | B318712<br><br>(Super. Ct. [App. Div.] No. BV033158)<br><br>(Super. Ct. No. 15N06376)<br><br>**ORDER** |

THE COURT:

The court has read and considered the petition filed by appellant on March 1, 2022, seeking transfer of its case from the Appellate Division of the Los Angeles County Superior Court to this court. (Cal. Rules of Court, rule 8.1006.) This court has determined that transfer under rule 8.1002 of the California Rules of Court is not necessary to secure uniformity of decision or settle an important question of law. The petition is denied.

PERLUSS, P. J.          SEGAL, J.          FEUER, J.

000061

# Exhibit D

# US District Court, Central District; Riverside, Eastern Division

 

**JON CHRISTENSEN**
**TREASURER-TAX COLLECTOR**

**COUNTY OF RIVERSIDE**

# SEIZURE FOR TAXES

Date  March 7, 2018

**To**  JP Morgan Chase Bank
**Re:** My Montecito Inc SH
**Account #:** 209612639
          **AND ANY OTHER ACCOUNTS IN THE NAME OF THE ASSESSEE.**

You are hereby notified that pursuant to Sections 2902, 2903, 2921 5, 2922, and 2951 through 2963 of the Revenue and Taxation Code of California, I hereby seize on this date, all money, funds, cash, savings, checking accounts, and bank deposits now in your possession and owned, possessed or controlled by the above named assessee or taxpayer
Assessment #  000818780-8
Fiscal Tax Year(s)  2014-2015, 2015-2016, 2016-2017
**Total Amount of Seizure: $ 3,650.63**
PURSUANT TO CALIFORNIA CODE AND SAID SEIZURE, YOU ARE HEREBY ORDERED TO TRANSFER FUNDS FORTHWITH TO THE UNDERSIGNED   Please make funds payable to the Riverside County Treasurer-Tax Collector for the total amount due noted above

_**Do not offset money this person owes you without contacting us for instructions.  You may not subtract a processing fee from the amount you send us.**_

If you do not have within your possession any personal property belonging to the taxpayer as explained above please provide the following information and mail your response in the enclosed envelope within ten days from the date of this notice

- Taxpayer's latest address/phone number
- Next date you will owe funds to the taxpayer

- Name and Address of taxpayer's employer
- Other information you believe may help us

*Valerie Diaz*
Deputy Treasurer-Tax Collector

The subject Notice of Seizure is being served by an authorized deputy of the Riverside County Treasurer-Tax Collector's office pursuant to Section 2951 of the Revenue and Taxation Code, State of California  Per Penal Code 428, "Every person who willfully obstructs or hinders any public officer from collecting any revenue, taxes, or other sums of money in which the people of this State are interested, and which such officer is by law empowered to collect, is GUILTY OF A MISDEMEANOR

For questions regarding this notice please call (951) 955-3943 or (951) 955-3960

Controller Section
Accounting Operations - 00800


**MWD**
METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA
Box 54153 Los Angeles California 90054-0153

51

# M Gmail

Mahmood Yoonessi <myoonessi75@gmail.com>

## 160 Arlington Ave Riverside
1 message

**Aguilera, Connie** <CAguilera@rivco.org>                                      Wed, Nov 8, 2017 at 3:25 PM
To: "ssherlock@swlaw.com" <ssherlock@swlaw.com>, "lbarron@swlaw.com" <lbarron@swlaw.com>, "myoonessi@cox.net"
<myoonessi@cox.net>, "myoonessi75@gmail.com" <myoonessi75@gmail.com>

Good afternoon,

I am contacting you on behalf of the Riverside County Treasurer-Tax collector in regard to the delinquent tax bills attached. For your reference, the last payment made on this assessment was from My Montecito Inc. SH, check number 70058, dated 4/1/2014 in the amount of $347.87 paid on the current year assessment 009618780-3 for fiscal year 2013-2014. Now that the assessment is delinquent the assessment number has transferred to 000818780-8 per California Revenue and Taxation Code.

We have not received payment for your delinquent tax liability.  The taxes, which now amount to **$3,197.60** for the above referenced tax fiscal years requires immediate attention.  Please submit payment or you MUST contact this office by **November 20, 2017.**

The office of the Riverside County Treasurer-Tax Collector and Riverside County Assessor serve to perform two separate functions.  The Treasurer-Tax Collector is charged with collecting all property taxes placed on the rolls through assessments created by the Assessor's office.

Please contact me at the number below to discuss further. Or simply submit payment to bring the account up to date.

Thank you.

*Connie Aguilera*

Senior Tax Enforcement Investigator

Riverside County Treasurer-Tax Collector

4080 Lemon St. 4th Fl.

P.O. Box 12005

Riverside, CA 92502

Ph# 951-955-3943

Fx# 951-955-3923





5/19/2019                                    Gmail - Arlington Ave Riverside

## Confidentiality Disclaimer

This email is confidential and intended solely for the use of the individual(s) to whom it is addressed. The information contained in this message may be privileged and confidential and protected from disclosure.
If you are not the author's intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please delete all copies, both electronic and printed, and contact the author immediately.

**County of Riverside California**

**4 attachments**

**000818780-8 FY 2016-2017.pdf**
620K

**000818780-8 FY 2015-2016.pdf**
627K

**My Montecito Grant deed 7-2-2013.pdf**
1660K

**000818780-8 FY 2014-2015.pdf**
624K

000064



**RIVERSIDE COUNTY**
**UNPAID UNSECURED PROPERTY TAXES**
Offices in Riverside, Palm Desert and Temecula
Visit our website: www.countytreasurer.org
**IMPORTANT INFORMATION ON REVERSE SIDE**

**JON CHRISTENSEN**
**TREASURER-TAX COLLECTOR**
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)
Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

| | | ASSESSMENT NUMBER |
|---|---|---|
| Property Data | UNPAID TAXES FROM 009618780-3 | 000818780-8 |
| | | BILL NUMBER |
| Address Owner | 6160 ARLINGTON AVE | 201437056 |

Tax year:  2014-2015

6160 ARLINGTON AVE
1201 N MAGNOLIA AVE
ANAHEIM CA 92801

11/08/2017

A "Lien Nbr" here indicates that a certificate of lien has been recorded against the owner. (Note: A lien may affect your credit rating)

➢  LIEN NBR  0438789

| TAXES | 1st PENALTY/COST<br>Added on 04/11/2015 | MONTHLY PENALTIES<br>started accruing on 07/01/2015 | PARTIAL PAYMENTS MADE |
|---|---|---|---|
| $698.72 | $108.49 | $326.94 | $0.00 |

**OTHER CHARGES**

| Type | Amount |
|---|---|
| LIEN FEE | $23.00 |
| OTHER FEE | $18.53 |
| UNS COLL FEE | $88.91 |

# NOTICE OF INTENT
# TO ENFORCE
# COLLECTION

## PAY THIS AMOUNT

If paid in full by $1,241.59
NOVEMBER 30, 2017

If paid in full by $1,252.07
DECEMBER 31, 2017

$

All questions about ownership, values or exemptions must be directed to:

Peter Aldana, Riverside County Assessor
County Administrative Center, P.O. BOX 751
Riverside, CA 92502-0751

Website: www.riversideacr.com

Telephone:

| Business and Agribusiness | (951) 955-6210 |
|---|---|
| Boats and Aircraft | (951) 955-6210 |
| All other properties | (951) 955-6200 |
| Exemptions | (951) 955-6200 |

The owner on the lien-date printed after "Owner" in the top box is responsible for the payment of this bill. Sale, removal or disposal of this property after the lien-date does not relieve that owner of the tax liability.

A partial-payment fee will be charged if your payment is less than the total amount due.

To enforce collection of this delinquency, the owner shown above is also subject to:

a.   Seizure and sale of personal property, improvements or possessory interest

b.   Suit for the amount due plus other charges.

## PLEASE KEEP TOP PORTION FOR YOUR RECORDS
### (NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

**SEND THIS STUB WITH YOUR PAYMENT**

| AMOUNT PAID | BILL NUMBER | DATE PAID | FISCAL YEAR | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|---|
| $ | 201437056 | | 2014-2015 | 009-002 | 000818780-8 |

## RIVERSIDE COUNTY
LIEN NBR    0438789  **UNPAID UNSECURED PROPERTY TAXES**

21 2 WWWWWWWW 0008187808 000000000 14

Pay taxes online by eCheck, credit/debit card



www.countytreasurer.org

☐ Check here for a change of mailing address.
Please provide all corrections on the reverse side.

54

000065

**UNPAID UNSECURED PROPERTY TAXES**
Offices in Riverside, Palm Desert and Temecula
Visit our website: www.countytreasurer.org
IMPORTANT INFORMATION ON REVERSE SIDE

TREASURER-TAX COLLECTOR
Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)
Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

| Property Data | UNPAID TAXES FROM 009618780-3 | ASSESSMENT NUMBER |
| --- | --- | --- |
| | | 000818780-8 |
| Address Owner | 6160 ARLINGTON AVE | BILL NUMBER |
| | | 201538005 |

Tax year:  2015-2016

6160 ARLINGTON AVE
1201 N MAGNOLIA AVE
ANAHEIM CA 92801

11/08/2017

A "Lien Nbr" here indicates that a certificate of lien has been recorded against the owner.  (Note: A lien may affect your credit rating.

LIEN NBR   0447928

| TAXES | PENALTY/COST Added on 04/11/2016 | MONTHLY PENALTIES started accruing on 07/01/2016 | PARTIAL PAYMENTS MADE |
| --- | --- | --- | --- |
| $705.12 | $109.13 | $202.80 | $0.00 |

**OTHER CHARGES**

| Type | Amount |
| --- | --- |
| LIEN FEE | $23.00 |
| OTHER FEE | $18.53 |

# NOTICE OF INTENT
# TO ENFORCE
# COLLECTION

**PAY THIS AMOUNT**

If paid in full by     $1,035.58
NOVEMBER 30, 2017

If paid in full by     $1,046.16
DECEMBER 31, 2017

$

All questions about ownership, values or exemptions must be directed to:

Peter Aldana, Riverside County Assessor
County Administrative Center, P.O. BOX 751
Riverside, CA 92502-0751

Website: www.riversideacr.com

Telephone:

Business and Agribusiness          (951) 955-6210
Boats and Aircraft                 (951) 955-6210
All other properties               (951) 955-6200
Exemptions                         (951) 955-6200

The owner on the lien-date printed after "Owner" in the top box is responsible for the payment of this bill. Sale, removal or disposal of this property after the lien-date does not relieve that owner of the tax liability.

A partial payment fee will be charged if your payment is less than the total amount due.

To enforce collection of this delinquency, the owner shown above is also subject to:

a.  Seizure and sale of personal property, improvements or possessory interest

b.  Suit for the amount due plus other charges.

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

**SEND THIS STUB WITH YOUR PAYMENT**

| AMOUNT PAID | BILL NUMBER | DATE PAID | FISCAL YEAR | TAX RATE AREA | ASSESSMENT NUMBER |
| --- | --- | --- | --- | --- | --- |
| $ | 201538005 | | 2015-2016 | 009-002 | 000818780-8 |

**RIVERSIDE COUNTY**
**UNPAID UNSECURED PROPERTY TAXES**

LIEN NBR   0447928

21 2 WWWWWWWW 0008187808 000000000 15

Pay taxes online by eCheck, credit/debit card



www.countytreasurer.org

Check here for a change of mailing address.
Please provide all corrections on the reverse side.

55

000066



UNPA... ...UNSECURED PROPERTY TAXES
**Offices in Riverside, Palm Desert and Temecula**
Visit our website: www.countytreasurer.org

**IMPORTANT INFORMATION ON REVERSE SIDE**

TREASURER-TAX COLLECTOR
Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)
Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

| Property Data | UNPAID TAXES FROM 009618780-3 | ASSESSMENT NUMBER 000818780-8 |
|---|---|---|
| Address Owner. | 6160 ARLINGTON AVE | BILL NUMBER 201644212 |

Tax year: 2016-2017

6160 ARLINGTON AVE
1201 N MAGNOLIA AVE
ANAHEIM CA 92801

11/08/2017

A "Lien Nbr" here indicates that a certificate of lien has been recorded against
the owner. (Note: A lien may affect your credit rating.)

LIEN NBR    0457831

| TAXES | 1ST PENALTY/COST | MONTHLY PENALTIES | PARTIAL PAYMENTS MADE |
|---|---|---|---|
| $715.14 | Added on 04/11/2017 $110.13 | started accruing on 07/01/2017 $76.63 | $0.00 |

OTHER CHARGES

| Type | Amount |
|---|---|
| LIEN FEE | $23.00 |
| OTHER FEE | $18.53 |

# NOTICE OF INTENT
# TO ENFORCE
# COLLECTION

**PAY THIS AMOUNT**

If paid in full by
NOVEMBER 30, 2017          $920.43

If paid in full by
DECEMBER 31, 2017          $931.16

$

**All questions about ownership, values or exemptions must be directed to:**

Peter Aldana, Riverside County Assessor
County Administrative Center, P.O. BOX 751
Riverside, CA 92502-0751

**Website: www.riversideacr.com**

**Telephone:**

| | |
|---|---|
| Business and Agribusiness | (951) 955-6210 |
| Boats and Aircraft | (951) 955-6210 |
| All other properties | (951) 955-6200 |
| Exemptions | (951) 955-6200 |

The owner on the lien-date printed after "Owner" in the top box is responsible for the payment of this bill. Sale, removal or disposal of this property after the lien-date does not relieve that owner of the tax liability.

A partial-payment fee will be charged if your payment is less than the total amount due.

To enforce collection of this delinquency, the owner shown above is also subject to:

a. Seizure and sale of personal property, improvements or possessory interest

b. Suit for the amount due plus other charges.

## PLEASE KEEP TOP PORTION FOR YOUR RECORDS
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT.)

**SEND THIS STUB WITH YOUR PAYMENT**

| AMOUNT PAID | BILL NUMBER | DATE PAID | FISCAL YEAR | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|---|
| $ | 201644212 | | 2016-2017 | 009-002 | 000818780-8 |

## RIVERSIDE COUNTY
**UNPAID UNSECURED PROPERTY TAXES**

LIEN NBR    0457831

21 2 WWWWWWW 0008187808 000000000 16

Pay taxes online by eCheck, credit/debit card



000067

☐ Check here for a change of mailing address.
☐ Please provide all corrections on the reverse side.

56

**My Montecito SH**
**Transaction Detail By Account**
**April 1, 2013 through February 13, 2022**

Cash Basis

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|--------|---------|
| **9360 · Taxes - Property** | | | | | | | | |
| General Journal | 04/25/2013 | 333 | | DON KENT TREASURER TA... | purchases of s... | 7,216.02 | | 7,216.02 |
| Check | 12/01/2013 | 70037 | | DON KENT TREASURER TA... | | 347.87 | | 7,563.89 |
| Check | 12/01/2013 | 70038 | | DON KENT TREASURER TA... | | 2,300.23 | | 9,864.12 |
| Check | 12/01/2013 | 70039 | | DON KENT TREASURER TA... | | 7,086.32 | | 16,950.44 |
| Check | 12/01/2013 | 70040 | | DON KENT TREASURER TA... | | 11,219.62 | | 28,170.06 |
| Check | 12/01/2013 | 70057 | | DON KENT TREASURER TA... | | 2,300.23 | | 30,470.29 |
| Check | 04/01/2014 | 70058 | | DON KENT TREASURER TA... | | 347.87 | | 30,818.16 |
| Check | 04/01/2014 | 70059 | | DON KENT TREASURER TA... | | 11,219.62 | | 42,037.78 |
| Check | 04/01/2014 | 70060 | | DON KENT TREASURER TA... | | 7,086.32 | | 49,124.10 |
| Check | 04/01/2014 | 70108 | | DON KENT TREASURER TA... | | 35.93 | | 49,160.03 |
| Check | 08/01/2014 | 70108 | | DON KENT TREASURER TA... | | 8.53 | | 49,168.56 |
| Check | 12/01/2014 | 70199 | | DON KENT TREASURER TA... | | 10,404.96 | | 59,573.52 |
| Check | 12/01/2014 | 70201 | | DON KENT TREASURER TA... | | 37,106.03 | | 96,679.55 |
| Check | 12/01/2014 | 70202 | | DON KENT TREASURER TA... | | 21,144.53 | | 117,824.08 |
| Check | 12/01/2014 | 70203 | | DON KENT TREASURER TA... | | 68,107.97 | | 185,932.05 |
| General Journal | 04/30/2014 | 2 | | | Don Kent | 23,451.96 | | 209,384.01 |
| Check | 12/01/2015 | 70240 | | COUNTY OF RIVERSIDE | | 19,586.97 | | 228,970.98 |
| Check | 12/01/2015 | 70263 | | COUNTY OF RIVERSIDE | | 43,038.93 | | 272,009.91 |
| Check | 04/11/2016 | | | COUNTY OF RIVERSIDE | | 23,810.64 | | 295,820.55 |
| Check | 12/14/2016 | | | COUNTY OF RIVERSIDE | | 13,665.07 | | 309,485.62 |
| Check | 12/14/2016 | | | COUNTY OF RIVERSIDE | | 6,201.65 | | 315,687.27 |
| Check | 12/14/2016 | | | COUNTY OF RIVERSIDE | | 8.61 | | 315,695.88 |
| Check | 04/12/2017 | | | COUNTY OF RIVERSIDE | | 23,810.64 | | 339,506.52 |
| Check | 04/12/2017 | | | COUNTY OF RIVERSIDE | | 13,665.07 | | 353,171.59 |
| Check | 04/12/2017 | | | COUNTY OF RIVERSIDE | | 6,201.65 | | 359,373.24 |
| Check | 12/12/2017 | | | COUNTY OF RIVERSIDE | | 25,437.85 | | 384,811.09 |
| Check | 12/12/2017 | | | COUNTY OF RIVERSIDE | | 14,612.75 | | 399,423.84 |
| Check | 12/12/2017 | | | COUNTY OF RIVERSIDE | | 6,621.30 | | 406,045.14 |
| Check | 12/12/2017 | | | COUNTY OF RIVERSIDE | | 8.83 | | 406,053.97 |
| General Journal | 04/11/2018 | | | COUNTY OF RIVERSIDE | | 46,680.73 | | 452,734.70 |
| General Journal | 12/15/2018 | 2 | | COUNTY OF RIVERSIDE | COUNTY OF ... | 47,521.16 | | 500,255.86 |
| General Journal | 04/15/2019 | 2 | | | COUNTY OF ... | 47,521.16 | | 547,777.02 |
| General Journal | 12/15/2019 | 2 | | | COUNT OF R... | 48,618.15 | | 596,395.17 |
| General Journal | 04/15/2020 | 2 | | | COUNTY OF ... | 48,618.15 | | 645,013.32 |
| General Journal | 12/15/2020 | 2 | | | COUNTY OF ... | 49,845.81 | | 694,859.13 |
| General Journal | 04/15/2021 | 2 | | | COUNTY OF ... | 49,845.81 | | 744,704.94 |
| General Journal | 12/15/2021 | 2 | | COUNTY OF RIVERSIDE | -MULTIPLE- | 50,021.09 | | 794,726.03 |
| **Total 9360 · Taxes - Property** | | | | | | 794,726.03 | 0.00 | 794,726.03 |
| **TOTAL** | | | | | | 794,726.03 | 0.00 | 794,726.03 |

Restricted Use Only. Reports Based on Clients Records.

000068

**Matthew Jennings**
*Riverside County Treasurer-Tax Collector*

PO BOX 12005 Riverside, CA 92502-2205
4080 Lemon St (1st Floor) Riverside, CA 92501

Telephone: (951) 955-3900
Toll Free Number: 1 (877) 748-2689
From area codes 951 & 760 only

October 13, 2021

## RIVERSIDE COUNTY ANNUAL SECURED PROPERTY TAX BILL
### For Fiscal Year July 1, 2021 through June 30, 2022

Go pa_____ with our new E-billing feature! _____ the E-Bi___g link and use the following E-Billing Enrollment Code to receive future tax bills on this assessment number via email. Your Enrollment Code is 2973711.

Visit our website: www.countytreasurer.org

Property Data: 191190002 .82 ACRES M/L IN POR LOT 16 BLK 4 MB 001/070 SB R L & I C...
(Please contact the Assessor for more information)

Address:   6160 ARLINGTON AVE RIVERSIDE CA 92504

Mailed to:
MY MONTECITO INC SH
C/O TAX PAYER ADVOCATE ASSOC
34838 YUCAIPA BLVD
YUCAIPA CA 92399-4235

12.7.21


SCAN QR CODE
TO PAY ONLINE

IMPORTANT INFORMATION ON REVERSE SIDE

| 191190002 | 2021001207407 | 2021-191190002 | 09-14-2021 | 009-002 |
|---|---|---|---|---|

MY MONTECITO INC SH

| CHARGES LEVIED BY EACH AGENCY | | |
|---|---|---|
| General | | $27,724.42 |
| 02-2701-D CITY OF RIVERSIDE | 951-826-5539 | $140.56 |
| 03-5801-D RIVERSIDE UNIFIED SCHOOL | 951-352-6729 Ext:82002 | $2,550.65 |
| 03-9101-D RIVERSIDE CITY COMMUNITY COLLEGE | 951-222-8789 | $407.55 |
| 04-5351-D MWD WEST 1302999 | 866-807-6864 | $97.04 |
| *** TOTAL AD VALOREM TAXES | | $30,920.22 |
| 68-1377-FC FLD CNTL STORMWATER/CLEANWATER | 800-969-4382 | $36.90 |
| 68-1853-FC CSA 152-RIVERSIDE STORMWATER | 866-810-0255 | $98.40 |
| 68-2705-FC RIVERSIDE LTG DIST | 800-439-6553 | $67.04 |
| 68-2712-FC RIVERSIDE CITY LIBRARY SRVS | 800-439-6553 | $19.00 |
| 68-4573-FC NW MOSQUITO & VECTOR-RIVERSIDE | 800-273-5167 | $22.72 |
| 68-5360-FC MWD STANDBY WEST | 800-439-6553 | $9.22 |
| *** TOTAL SPECIAL ASSESSMENTS AND FIXED CHARGES | | $253.28 |

| | |
|---|---|
| Net Taxable Value | |
| Tax Rate Per $100 Value | |
| Taxes | $30,92_._ |
| Special Assessments & Fixed Charges | $253.2_ |

**Total Base Tax Amount** — $31,173.5_

| Add 10% penalty after 12-10-2021 | $15,586.75 | Add 10% penalty plus cost after 04-11-2022 | $15,586.7_ |
|---|---|---|---|
| DUE | $15,586.75 | DUE | $15,586.7_ |

PLEASE KEEP TOP PORTION FOR YOUR RECORDS
NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT

## My Montecito, Inc. Highland Hills
## Transaction Detail By Account
### January 2014 through December 2021

Cash Basis

| Type | Date | Name | Clr | Debit | Balance |
|------|------|------|-----|-------|---------|
| **9360 · Taxes - Property** | | | | | |
| General Journal | 03/12/2014 | COUNTY OF SAN BERNARDINO | | 22,589.18 | 22,589.18 |
| General Journal | 12/31/2014 | COUNTY OF SAN BERNARDINO | | 22,543.01 | 45,132.19 |
| General Journal | 12/31/2014 | COUNTY OF SAN BERNARDINO | | 17,973.12 | 63,105.31 |
| General Journal | 10/31/2015 | COUNTY OF SAN BERNARDINO | | 38,734.90 | 101,840.21 |
| General Journal | 12/31/2015 | COUNTY OF SAN BERNARDINO | | 6,946.30 | 108,786.51 |
| General Journal | 12/31/2015 | COUNTY OF SAN BERNARDINO | | 19,680.88 | 128,467.39 |
| General Journal | 03/09/2016 | COUNTY OF SAN BERNARDINO | | 23,138.18 | 151,605.57 |
| General Journal | 12/31/2016 | COUNTY OF SAN BERNARDINO | | 24,711.51 | 176,317.08 |
| General Journal | 12/31/2017 | COUNTY OF SAN BERNARDINO | | 21,432.81 | 197,749.89 |
| General Journal | 12/31/2017 | COUNTY OF SAN BERNARDINO | | 25,049.07 | 222,798.96 |
| General Journal | 12/31/2018 | COUNTY OF SAN BERNARDINO | | 32,795.58 | 255,594.54 |
| General Journal | 12/31/2018 | COUNTY OF SAN BERNARDINO | | 16,176.10 | 271,770.64 |
| General Journal | 10/16/2019 | COUNTY OF SAN BERNARDINO | | 8,668.16 | 280,438.80 |
| General Journal | 12/31/2019 | COUNTY OF SAN BERNARDINO | | 12,973.09 | 293,411.89 |
| General Journal | 12/31/2019 | COUNTY OF SAN BERNARDINO | | 41,855.38 | 335,267.27 |
| General Journal | 09/30/2020 | COUNTY OF SAN BERNARDINO | | 10,518.83 | 345,786.10 |
| General Journal | 11/30/2020 | COUNTY OF SAN BERNARDINO | | 14,168.71 | 359,954.81 |
| General Journal | 12/31/2020 | COUNTY OF SAN BERNARDINO | | 39,811.95 | 399,766.76 |
| General Journal | 12/31/2020 | COUNTY OF SAN BERNARDINO | | 11,242.35 | 411,009.11 |
| General Journal | 03/26/2021 | COUNTY OF SAN BERNARDINO | | 25,571.66 | 436,580.77 |
| General Journal | 11/26/2021 | COUNTY OF SAN BERNARDINO | | 26,282.96 | 462,863.73 |
| Total 9360 · Taxes - Property | | | | 462,863.73 | 462,863.73 |
| **TOTAL** | | | | **462,863.73** | **462,863.73** |

000070



## My Montecito III - Westcourt
## Transaction Detail By Account
### January 2014 through December 2021

03/03/22
**Cash Basis**

| Type | Date | Num | Name | Clr | Split | Debit |
|---|---|---|---|---|---|---|
| **9360 · Taxes - Property** | | | | | | |
| Check | 04/01/2014 | 37529 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 155,466.96 |
| Check | 09/01/2014 | 38001 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 1,018.86 |
| Check | 12/01/2014 | 38109 | SAN BERNARDINO TAX COLLECTOR | | 1060 · Cash in ... | 155,257.46 |
| Genera... | 12/31/2014 | 333 | SAN BERNARDINO TAX COLLECTOR | | 1275 · Escrow ... | 28,000.00 |
| Genera... | 04/30/2015 | 2 | SAN BERNARDINO TAX COLLECTOR | | 2020 · Payroll ... | 155,257.44 |
| Check | 09/01/2015 | 38772 | SAN BERNARDINO TAX COLLECTOR | | 1060 · Cash in ... | 1,114.16 |
| Check | 12/01/2015 | 39013 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 165,057.19 |
| Check | 04/01/2016 | 39236 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 165,057.18 |
| Check | 08/01/2016 | 39505 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 485.32 |
| Check | 12/14/2016 | | SAN BERNARDINO TAX COLLECTOR | | 1060 · Cash in ... | 164,353.44 |
| Check | 04/12/2017 | | SAN BERNARDINO TAX COLLECTOR | | 1060 · Cash in ... | 164,353.42 |
| Check | 08/05/2017 | 40286 | SBC TAX COLLECTOR | | 1060 · Cash in ... | 414.88 |
| Check | 12/12/2017 | | SAN BERNARDINO TAX COLLECTOR | | 1060 · Cash in ... | 166,202.39 |
| Genera... | 04/30/2018 | 2 | SAN BERNARDINO TAX COLLECTOR | | 9340 · Supplie... | 166,202.37 |
| Genera... | 08/31/2018 | 2 | SAN BERNARDINO TAX COLLECTOR | | 2020 · Payroll ... | 452.52 |
| Genera... | 12/31/2018 | 2 | SAN BERNARDINO TAX COLLECTOR | | 9180 · Office E... | 167,463.33 |
| Genera... | 04/30/2019 | 2 | SAN BERNARDINO TAX COLLECTOR | | 2020 · Payroll ... | 167,463.30 |
| Genera... | 12/31/2019 | 2 | SAN BERNARDINO TAX COLLECTOR | | 2020 · Payroll ... | 172,510.04 |
| Genera... | 04/30/2020 | 2 | SAN BERNARDINO TAX COLLECTOR | | 9340 · Supplie... | 172,510.04 |
| Genera... | 09/30/2020 | 333 | SAN BERNARDINO TAX COLLECTOR | | 1502 · Propert... | 201,261.69 |
| Genera... | 12/31/2020 | 333 | SAN BERNARDINO TAX COLLECTOR | | 1502 · Propert... | 172,510.04 |
| Genera... | 12/31/2020 | 333 | SAN BERNARDINO TAX COLLECTOR | | 1150 · Rent Ba... | 39,693.67 |
| Genera... | 03/31/2021 | | SAN BERNARDINO TAX COLLECTOR | | 1275 · Escrow ... | 176,530.94 |
| Total 9360 · Taxes - Property | | | | | | 2,758,636.64 |
| **TOTAL** | | | | | | **2,758,636.64** |

DRAFT COPY. FINAL YEAR END ADJUSTMENTS NOT COMPLETED.

# The Law of Void Judgments and Decisions
# Supreme Court Decisions on Void Orders

A judgment may not be rendered in violation of constitutional protections. The validity of a judgment may be affected by a failure to give the constitutionally required due process notice and an opportunity to be heard. *Earle v. McVeigh*, **91 US 503, 23 L Ed 398.** See also Restatements. Judgments ' 4(b). *Prather vLoyd*, **86 Idaho 45, 382 P2d 910.**

The limitations inherent in the requirements of due process and equal protection of the law extend to judicial as well as political branches of government, so that a judgment may not be rendered in violation of those constitutional limitations and guarantees. *Hanson v Denckla*, **357 US 235, 2 L Ed 2d 1283, 78 S Ct 1228.**

A void judgment is not entitled to the respect accorded a valid adjudication, but may be entirely disregarded, or declared inoperative by any tribunal in which effect is sought to be given to it. It is attended by none of the consequences of a valid adjudication. It has no legal or binding force or efficacy for any purpose or at any place. ... It is not entitled to enforcement .. All proceedings founded on the void judgment are themselves regarded as invalid. **30A Am Jur Judgments " 44, 45.**

It is a fundamental doctrine of law that a party to be affected by a personal judgment must have his day in court, and an opportunity to be heard. *Renaud v. Abbott*, **116 US 277, 29 L Ed 629, 6 S Ct 1194.**

Every person is entitled to an opportunity to be heard in a court of law upon every question involving his rights or interests, before he is affected by any judicial decision on the question. *Earle v McVeigh*, **91 US 503, 23 L Ed 398.**

# No Opportunity to Be Heard

A judgment of a court without hearing the party or giving him an opportunity to be heard is not a judicial determination of his rights. *Sabariego v Maverick*, **124 US 261, 31 L Ed 430, 8 S Ct 461**. and is not entitled to respect in any other tribunal.

"A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include **Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370;** *Ex parte Rowland* **(1882) 104 U.S. 604, 26 L.Ed. 861:**

"A judgment which is void upon its face, and which requires only an inspection of the judgment roll to demonstrate its wants of vitality is a dead limb upon the judicial tree. which should be lopped off. if the power to do so exists." *People v. Greene*, **71 Cal. 100 [16 Pac. 197, 5 Am. St. Rep. 448].** "If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1Freeman on Judgments. 120c.) An illegal order is forever void.

# Orders Exceeding Jurisdiction

An order that exceeds the jurisdiction of the court is void, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue. **(See Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 I ED 897; Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608.**

"If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." **(1 Freeman on Judgments, 120c.)** "A void judgment is no judgment at all and is without legal effect." **(Jordon v. Gilligan, 500 F.2d 701, 710 (6th Cir. 1974)** "a court must vacate any judgment entered in excess of its jurisdiction." **(Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645 (1st Cir. 1972).**

A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include **Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370.** Federal judges issued orders permanently barring Stich from filing any papers in federal courts. After Judges Robert Jones and Edward Jellen corruptly seized and started to liquidate Stich's assets. Judge Jones issued an unconstitutional order barring Stich from filing any objection to the seizure and liquidation.

# Void Orders Can Be Attacked At Any Time

An order that exceeds the jurisdiction of the court, is void, or voidable. and can be attacked in any proceeding in any court where the validity of the judgment comes into issue. **(See Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 I ED 897;  Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243  US 90, 37 Sct 343, 61 L ed 608. U.S. v. Holtzman, 762 F.2d 720 (9th Cir. 1985)** ("Portion of judgment directing defendant not to import vehicles without first obtaining approval ... was not appropriately limited in duration and, thus, district court abused its discretion by not vacating it as being prospectively inequitable." Id at 722.

16

## California "Forgery" Laws defined & explained | Penal Code 470 PC

https://www.shouselaw.com › forgery ▾

Rating: 5 - Review by Carli Acevedo

An explanation of California **Forgery Law** under Penal Code 470 by ... They mean to try to pass off **an altered** or fake **document** as **a** genuine one. ..... charges have been **filed** will not be admissible as evidence in **a** California **forgery** trial . . . nor ...

## Penal Code 115 PC - Filing False Documents - California Law

https://www.shouselaw.com › forging-deeds ▾

Rating: 5 - Review by Carli Acevedo

Jump to **Legal Definition** of **Filing False Documents** - **The legal definition** of California Penal Code 115 **filing a false** or **forged document** ... Mike is guilty of California Penal Code 115 **filing false documents** for **filing an altered** ...

## 8 US Code § 1324c - Penalties for document fraud | US Code | US Law

https://www.law.cornell.edu › ... › Part VIII. General Penalty Provisions ▾

to **forge**, **counterfeit**, **alter**, or falsely make any **document** for **the** purpose of satisfying **a** ... or **filing**, any application for benefits under this chapter, or any **document** ... immigration officers and administrative **law** judges shall have reasonable access to .... For purposes of this section, **the term** "falsely make" **means** to prepare or ...

## Falsifying Documents | LegalMatch

https://www.legalmatch.com › law-library › article › falsifying-documents ▾

Mar 4, 2018 - It involves **altering**, changing, or modifying **a document** for **the** purpose of ... but **forgery** involves **the** creation or **altering** of **a document** with **the** intent to defraud someone. ... What are Some **Legal Penalties** for Falsifying **Documents**? ... Case · Common **Examples** of Mortgage Fraud · Computer Fraud Lawyers ...

## Forgery Laws | LegalMatch

https://www.legalmatch.com › law-library › article › forgery-laws ▾

Mar 12, 2018 - **Forgery** is **the** creation, **altering**, **forging**, or imitating of any **document** with **the** ... Criminal **Law** ... Making or **Altering** : Simply making **a false document** is not **the** only **definition** of **forgery**; **altering a** pre-existing **document** is also ...

## What Is Forgery? - ThoughtCo

https://www.thoughtco.com › ... › Issues › Crime & Punishment › Basics ▾

Jun 27, 2019 - Explore **the** crime of **forgery** is and what **the** average **penalties** for **forgery** are in ... Common **law forgery** was usually limited to making, **altering** or false writing. ... **A** person who possesses **a forged document** has not committed **a** crime ... Common Criminal Offenses **Defined** in Brief ... Pulling **file** out of folder ...

## Forgery legal definition of forgery - Legal Dictionary - The Free ...

https://legal-dictionary.thefreedictionary.com › forgery ▾

 Gmail

Mahmood Yoonessi <myoonessi75@gmail.co

## A-2761 Acknowledgment of Petition Received and Approval of Request to Place Active Petition into Abeyance

message

Crowl, Adrianna@Waterboards <Adrianna.Crowl@waterboards.ca.gov>                Thu, Nov 18, 2021 at 3:55
To: Mark Gilmartin <mark@lombg.com>
Cc: Jeannie Newman - <rpmsca@aol.com>, Mahmood Yoonessi <myoonessi75@gmail.com>, "wendy.wang@bbklaw.com"
<wendy.wang@bbklaw.com>, Kira Johnson <Kira.Johnson@bbklaw.com>, Kara Coronado <Kara.Coronado@bbklaw.com>, "Danielle G
akai" <danielle.sakai@bbklaw.com>, "ssherlock@swlaw.com" <ssherlock@swlaw.com>, "Joy, Jayne@Waterboards"
<Jayne.Joy@waterboards.ca.gov>, "Sablan, Teresita@Waterboards" <Teresita.Sablan@waterboards.ca.gov>, "Buddingh,
Katharine@Waterboards" <Katharine.Buddingh@waterboards.ca.gov>, "Fordyce, Jennifer@Waterboards"
<Jennifer.Fordyce@waterboards.ca.gov>, "Wadhwani, Emel@Waterboards" <Emel.Wadhwani@waterboards.ca.gov>, "Wyels,
Philip@Waterboards" <Philip.Wyels@waterboards.ca.gov>

Good afternoon,

Please see the attached Acknowledgment of Petition Received and Approval of Request to Place Active Petition
into Abeyance for A-2761 United El Segundo, Inc., Rapid Gas, Inc., and CF United Propco LLC.

If you cannot open the attached, please let me know.

Thank you.

*Adrianna M. Crowl*
*Associate Governmental Program Analyst*
*Administrative Officer*
*Office of Chief Counsel*
*State Water Resources Control Board*
*1001 I Street, 22nd Floor*
*Sacramento, CA 95814*
*PH. 916-341-5156*
*Email. adrianna.crowl@waterboards.ca.gov*

📄 **A-2761 Acknowledgment and Abeyance 11-18-21.pdf**
   1396K

*62*



### STATE WATER RESOURCES CONTROL BOARD
# GeoTracker

## CASE SUMMARY

| REPORT DATE | HAZARDOUS MATERIAL INCIDENT REPORT FILED WITH OES? |
|---|---|
| 3/22/2004 | N |

### I. REPORTED BY
UNKNOWN

**CREATED BY**
UNKNOWN

### III. SITE LOCATION

**FACILITY NAME**
E-Z SERVE SERVICE STATION

**FACILITY ID**

**FACILITY ADDRESS**
6050 (6160) ARLINGTON AVENUE
RIVERSIDE, CA  92504
RIVERSIDE COUNTY

**ORIENTATION OF SITE TO STREET**

**CROSS STREET**
ADAMS STREET

### V. SUBSTANCES RELEASED / CONTAMINANT(S) OF CONCERN
OTHER SOLVENT OR NON-PETROLEUM HYDROCARBON

### VI. DISCOVERY/ABATEMENT
**DATE DISCHARGE BEGAN**

| DATE DISCOVERED | HOW DISCOVERED | DESCRIPTION |
|---|---|---|
| 10/1/1986 | Tank Closure | 1986 TANK REMOVAL INDICATED PETROLEUM HYDROCARBON IMPACTS BENEATH FORMER STRUCTURES BUT COUNTY DID NOT OPEN A CASE AND REQUIRE A CLEANUP |
| DATE STOPPED | STOP METHOD Close and Remove Tank | DESCRIPTION UST SYSTEM WAS REMOVED AND NOT REPLACED  SITE WAS REDEVELOPED |

### VII. SOURCE/CAUSE

**SOURCE OF DISCHARGE**
Other

**CAUSE OF DISCHARGE**
Unknown

**DISCHARGE DESCRIPTION**

### VIII. CASE TYPE
**CASE TYPE**
Aquifer used for drinking water supply
Soil
Other Groundwater (uses other than drinking water)
Soil Vapor
Indoor Air

### IX. REMEDIAL ACTION
**REMEDIAL ACTION**

**DESCRIPTION**

*000076*

GeoTracker  Page 2 of 2

| | BEGIN DATE | END DATE | |
|---|---|---|---|
| N/A | 10/1/1996 | 11/13/1996 | NO REMEDIAL ACTION REQUIRED |
| In Situ Physical/Chemical Treatment (other than SVE) | | 2/1/2011 | |

## X. GENERAL COMMENTS

Widespread soil/GW impacts - Widespread LPH high BTEX observed in onsite/offsite wells along Colorado/Adams adjacent residents & grade school. Interim LPH recovery and CPE initiated. RA issues likely

## XI. CERTIFICATION

I HEREBY CERTIFY THAT THE INFORMATION REPORTED HEREIN
IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

## XII. REGULATORY USE ONLY

LOCAL AGENCY CASE NUMBER

REGIONAL BOARD CASE NUMBER
083300-005T

**LOCAL AGENCY**

UNKNOWN

**REGIONAL BOARD**

| CONTACT NAME | INITIALS | ORGANIZATION NAME | EMAIL ADDRESS |
|---|---|---|---|
| VALERIE JAHN-BULL | VJB | SANTA ANA RWQCB (REGION 8) | vjahn-bull@waterboards.ca.gov |

ADDRESS
3737 MAIN STREET, SUITE 500
RIVERSIDE, CA  92501

CONTACT DESCRIPTION

| PHONE TYPE | PHONE NUMBER | EXTENSION |
|---|---|---|
| PHONE | 951-782-4909 | |
| MAIN PHONE | 951-782-4130 | |

000077

000345

FILED
Superior Court of California
County of Los Angeles

NOV 03 2015

Sherri R. Carter, Executive Officer/Clerk
Deputy

1  Mahmood Yoonessi
2  6790 Crest Road
3  Rancho Palos Verdes. CA 90275
4  Phone # 310-221-2038
5  Superior Court of the State of California for the County of Los Angeles
   Stanley Mosk Courthouse

| | |
|---|---|
| 6  Caine & Weiner Company  Inc | Case No :15N06376 |
| 7  Plaintiff | Response to order |
| 8  V. | to show cause,Cross |
| 9  My Montecito Inc  Sh and DOEs 1-10 | complaint against |
| 10  And | the claim |
| 11  Cross Complaint  of Mahmood | assignors/assignee |
| 12  Yoonessi, | and scientist Laura |
|    V. | Tanaka |
| 13  Municipal WaterBoard(Williams&J | Dept 77 |
| 14  -Bull,claim assignors) ,Caine & | Before Hon Judge |
| 15  Weiner Company ,Inc(claim | Patricia Nieto |
| 16  assignee), ~~Scientist~~ Laura Tanaka | Amt: $3.7M |
|    And Does 1-10 | |

17

18  Mahmood Yoonessi, an individual,, erroneously  referred to
19  As:"Mahmood Yoonessi dba My Montecito Sh,In" respectfully submits
20  This response  pursuant to   Hon JudgePatricia Nieto's (LACSC) OSC of
21  Oct 1st 2015(pg i)  and alleges as follow:
22
23  1. On or about April 22/2015 Plaintiff   filed   the above captioned
24  Collection case pursuant to CRC 3.740 in Norwalk Courthouse,
25  2. On September 3rd, 2015, Hon Judge David Ramirez determined the
26  Case, was not acquired on credit (as alleged) and referred the case to
27  this honorable court for further and future proceedings.
28

[PLEADING TITLE] - 1

GeoTracker

| | BEGIN DATE | END DATE | |
|---|---|---|---|
| NA | 10/1/1986 | 11/13/1986 | NO REMEDIAL ACTION REQUIRED |
| In Situ Physical/Chemical Treatment (other than SVE) | 2/1/2011 | | |

## X. GENERAL COMMENTS

Widespread soil/GW impacts - Widespread LPH/high BTEX observed in onsite/offsite wells along Colorado/Adams. adjacent residents & grade school. Interim LPH recovery and DPE initiated. RA issues likely

## XI. CERTIFICATION

I HEREBY CERTIFY THAT THE INFORMATION REPORTED HEREIN
IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

## XII. REGULATORY USE ONLY

LOCAL AGENCY CASE NUMBER

REGIONAL BOARD CASE NUMBER
083304005T

**LOCAL AGENCY**

UNKNOWN

**REGIONAL BOARD**

| CONTACT NAME | INITIALS | ORGANIZATION NAME | EMAIL ADDRESS |
|---|---|---|---|
| VALERIE JAHN-BULL | VJB | SANTA ANA RWQCB (REGION 8) | vjahn-bull@waterboards.ca.gov |

ADDRESS
3737 MAIN STREET. SUITE 500
RIVERSIDE. CA  92501

CONTACT DESCRIPTION

| PHONE TYPE | PHONE NUMBER | EXTENSION |
|---|---|---|
| PHONE | (951)-782-4903 | |
| MAIN PHONE | (951)-782-4130 | |

Copyright © 2015 State of California



**18-3626**    Supplement N. 0002

# Glendale Police Dept.



131 N. Isabel St
Glendale, CA
91206

(818) 548-4840

Reported Date
**03/06/2018**
Rpt/Incident Typ
**FRAUD**
Member/Dept ID#
**KIM, STEVE**

Unauthorized Release of Information Prohibited - 13303

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Glendale Police Dept. | 18-3626 | 0002 | 03/06/2018 | 11:05 | 180305194 |

| Status | Rpt/Incident Typ | | | | |
|---|---|---|---|---|---|
| Report to Follow - In Process | FRAUD | | | | |

| Location | | City | Map Dist | From Date |
|---|---|---|---|---|
| 2100 GALLERIA WAY | | GLENDALE | 260 | 03/05/2018 |

| From Time | To Date | To Time | Members Dept ID# | | |
|---|---|---|---|---|---|
| 13:25 | 03/05/2018 | 16:00 | 22441/KIM, STEVE | | |

| Assignment | Entered By | Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|---|---|
| BUNCO / FORGERY | 22441 | BUNCO / FORGERY | Successful | Successful |

| Approving Officer | Approve Date | Approval Time | AC Status |
|---|---|---|---|
| 20347 | 03/07/2018 | 08:41:47 | Freeze Report |

## Summary Narrative

Investigation

## Victim of Other Offense or Supplemental 1: YOONESSI, MAHMOOD

| Involvement | | Inv No | Type |
|---|---|---|---|
| Victim of Other Offense or Supplemental | | 1 | Individual |

| Name | SSN | Sex | DOB | Age | Juvenile? | Height |
|---|---|---|---|---|---|---|
| YOONESSI, MAHMOOD | 1134084 | MALE | 09/01/1940 | 77 | No | 5'06" |

| Weight | Hair Color | Eye Color | PIN | | | |
|---|---|---|---|---|---|---|
| 142# | GRAY | BROWN | 1225964 | | | |

| Type | Address | | City | |
|---|---|---|---|---|
| HOME ADDRESS | 6790 CREST RD | | RNCHO PLS CRD | |

| State | Zip Code | Date | | |
|---|---|---|---|---|
| CALIFORNIA | 90275 | 03/06/2018 | | |

**000080**

| Report Officer | Printed At | | |
|---|---|---|---|
| 22441/KIM, STEVE | 03/07/2018 08:42 | Page 1 of 4 | |

**000411**

126



# LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE
## BUREAU OF BRANCH & AREA OPERATIONS, REGION 1
## PASADENA BRANCH OFFICE

JACKIE LACEY • District Attorney
JOHN SPILLANE • Chief Deputy District Attorney
WILLIAM HODGMAN • Assistant District Attorney

JAMES GARRISON • Director
Region 1

March 7, 2018

MAHMOOD YOONESSI
6400 CREST RD
RANCHO PALOS VERDES, CA 90275

**PEOPLE v. CHRISTOPHER AARON WERSCHING, COURT CASE NO. GA103023**

Dear MAHMOOD YOONESSI:

Charges have been filed against CHRISTOPHER AARON WERSCHING in Superior Court Case No. GA103023. As a victim, or next of kin or as surviving relative of the victim, you have certain rights, their called Marsy's Law Rights, which are enclosed. Some of these rights are automatic. However, some rights must be requested by you to be enforced. The District Attorney's Office can assist you in enforcing some, but not all, of your rights.

**Criminal cases may move quickly to conclusion as early as the first court appearance. Thus, the sooner you make your request to exercise your rights known, the more likely your request can be honored.**

If you wish to keep track of the custody status of the defendant, contact VINE at Victim Information and Notification Everyday (VINE) at 1-877-411-5588 / TTY 1-866-847-1298 or www.vinelink.com.

**If you wish to exercise your rights, please fill out the enclosed Victims' Rights Request form and FAX it to (818) 548-1392 or mail it to the address below.**

**If the defendant is convicted, you may be entitled to a restitution order requiring the defendant to pay you back for certain crime related losses caused by the crime.** Examples of the types of losses for which restitution may be ordered is enclosed. **If you wish to request restitution, please fill out the Victim Restitution Request form which is also enclosed and return it to the office listed below.**

**If you wish to exercise your rights, or if you have questions, please contact the District Attorney's OFFICE/AREA O** ... at (818) 569-2599.

Very truly yours,

JACKIE LACEY
District Attorney

By. ROBERT A. CHEEDEN
Deputy District Attorney

Enc: Marsy's Law and Restitution Booklet
Victim Rights Request Form
Victim Restitution Request Form

000081

000410

Mahmood Yoonessi
6790 Crest Road
Rancho Palos Verdes, CA 90275
Phone # 310-221-2038

**Superior Court of the State of California for the County of Los Angeles**
**Stanley Mosk Courthouse**

FILED
Superior Court of California
County of Los Angeles

NOV 0 3 2015

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Victor Sino-Cruz

| | |
|---|---|
| Caine & Weiner Company  Inc | Case No :15N06376 |
| Plaintiff | Response to order |
| V. | to show cause, Cross |
| My Montecito Inc  Sh and DOEs 1-10 | complaint against |
| **And** | the claim |
| Cross Complaint  of Mahmood | assignors/assignee |
| Yoonessi, | and scientist Laura |
| V. | Tanaka |
| Municipal WaterBoard(Williams&J | Dept 77 |
| -Bull,claim assignors) ,Caine & | Before Hon Judge |
| Weiner Company ,Inc(claim | Patricia Nieto |
| assignee), ~~Scientist~~ Laura Tanaka | AMT: $3.9M |
| And Does 1-10 | |

~~BC602038~~

Mahmood Yoonessi, an individual,, erroneously  referred to

As:"Mahmood Yoonessi dba My Montecito Sh,In" respectfully submits

This response  pursuant to   Hon JudgePatricia Nieto's (LACSC) OSC of

Oct 1st 2015(pg i)  and alleges as follow:

1. On or about April 22/2015 Plaintiff  filed   the above captioned

Collection case pursuant to CRC 3.740 in Norwalk Courthouse,

2. On September 3rd, 2015, Hon Judge David Ramirez determined the

Case, was not acquired on credit (as alleged) and referred the case to

this honorable court for further and future proceedings,

[PLEADING TITLE] - 1

NOV 2 3 2015

122 4

000082

 Gmail

Mahmood Yoonessi <myoonessi75@gmail.co

**udgment**

messages

---

ohn L Dodd, Esq. <JDodd@appellate-law.com>                    Fri, Mar 18, 2022 at 3:18
o: Mahmood Yoonessi <myoonessi75@gmail.com>

The other side called asking about payment.  I stated I had no knowledge about.  I suggest the corporation just pay it to keep them from running up more attorney fees and interest.  Also, please decide who will represent the corporation in wrapping this up and have them sign the attached substitution.  Thanks


John L. Dodd, Esq.

Certified Specialist, Appellate Law

California Board of Specialization

(714) 731-5572

www.appellate-law.com

Not Just Another Appellate Blog

http://www.appellate-law.com/blog/

---

📄 **substitution out.pdf**
388K

---

lahmood Yoonessi <myoonessi75@gmail.com>                    Sat, Mar 19, 2022 at 10:42
o: "John L Dodd, Esq." <JDodd@appellate-law.com>

Dear Mr Dodd
Is the judgment size of 67,000 correct?
Should the payment be made to Metropolitan Water Board;?
Could it be Escrowed pending removal  outcome in Federal Court?
Thanks
M.Yoonessi
[Quoted text hidden]
--
*M.Yoonessi, MD*

---

ohn L Dodd, Esq. <JDodd@appellate-law.com>                    Sat, Mar 19, 2022 at 11:42
o: Mahmood Yoonessi <myoonessi75@gmail.com>

I forwarded his email with the exact amount

Payment should be to Caine & Weiner since they are the plaintiff

No, payment cannot be escrowed.  You can pay it under protest under threat of collection, which preserves your right to pursue later challenges.  If you are successful, then you would get the money back

[Quoted text hidden]

000083

entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this message, please do not read, copy, use or disclose this communication and notify the sender immediately. It should be noted that any review, retransmission, dissemination or other use of, or taking action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  Finally, the recipient should check this email and any attachments for the presence of viruses. Caine & Weiner accepts no liability for any damage caused by any virus transmitted by this email.

---

**ohn L Dodd, Esq. <JDodd@appellate-law.com>**                              Sat, Mar 19, 2022 at 12:03
o: Mahmood Yoonessi <myoonessi75@gmail.com>

I asked him for his calculation, as I get a lower amount

**From:** John L Dodd, Esq. <JDodd@appellate-law.com>
**Sent:** Saturday, March 19, 2022 12:03 PM
**To:** 'steven.friedland' <steven.friedland@caine-weiner.com>
**Subject:** RE: Caine & Weiner v. My Montecito; case 15N06376

Please provide a breakdown of your claim

10,500

36,500 = 46,874

+10% 1 year = 51,561.40

=10% 1 year = 56,717,54

10% = $5,671.75 but only 7/12 of a year = .58% so  $3,308.52 =

$60,026.06

[Quoted text hidden]

 Gmail

Mahmood Yoonessi <myoonessi75@gmail.c

'W: Caine & Weiner v. My Montecito; case 15N06376

messages

ohn L Dodd, Esq. <JDodd@appellate-law.com>                                    Fri, Mar 18, 2022 at 3:19
o: Mahmood Yoonessi <myoonessi75@gmail.com>

He followed up with this email

**From:** steven.friedland <steven.friedland@caine-weiner.com>
**Sent:** Friday, March 18, 2022 3:08 PM
**To:** JDodd@appellate-law.com
**Subject:** Caine & Weiner v. My Montecito; case 15N06376

Mr. Dodd,

Thank you for taking my call this afternoon.  Now that the appellate challenges have concluded, please advise how your client intends
on paying the judgment against him which has a present balance due of $67,192.81.  If I am free to communicate directly with your
client, please confirm same by reply email and forward my email to him.  Thank you.

Steven L. Friedland

Attorney at Law

Caine & Weiner Company, Inc.

"Excellence in Global Receivables Solutions"

5805 Sepulveda Blvd., 4th Floor

Sherman Oaks, CA 91411

(818) 908-6860 Direct

(866) 813-4491 Direct Fax

http://www.caine-weiner.com/



    

000085

entity to which it is addressed and may contain confiden_____and/or privileged material. If you are not the intended re_____t of this message, please do not read, copy, use or
disclose this communication and notify the sender immediately. It should be noted that any review, retransmission, dissemination or other use of, or taking action in reliance
upon, this information by persons or entities other than the intended recipient is prohibited.  Finally, the recipient should check this email and any attachments for the presence
of viruses. Caine & Weiner accepts no liability for any damage caused by any virus transmitted by this email.

ohn L Dodd, Esq. <JDodd@appellate-law.com>                                              Sat, Mar 19, 2022 at 12:03
o: Mahmood Yoonessi <myoonessi75@gmail.com>


I asked him for his calculation, as I get a lower amount



**From:** John L Dodd, Esq. <JDodd@appellate-law.com>
**Sent:** Saturday, March 19, 2022 12:03 PM
**To:** 'steven.friedland' <steven.friedland@caine-weiner.com>
**Subject:** RE: Caine & Weiner v. My Montecito; case 15N06376


Please provide a breakdown of your claim

10,500

36,500 = 46,874

+10% 1 year = 51,561.40

=10% 1 year = 56,717,54


10% = $5,671.75 but only 7/12 of a year = .58% so  $3,308.52 =

$60,026.06

[Quoted text hidden]

 **Gmail**

Mahmood Yoonessi <myoonessi75@gmail.co

---

### A-2761 Acknowledgment of Petition Received and Approval of Request to Place Active Petition into Abeyance

message

---

rowl, Adrianna@Waterboards <Adrianna.Crowl@waterboards.ca.gov>                                          Thu, Nov 18, 2021 at 3:55
o: Mark Gilmartin <mark@lombg.com>
:c: Jeannie Newman - <rpmsca@aol.com>, Mahmood Yoonessi <myoonessi75@gmail.com>, "wendy.wang@bbklaw.com"
wendy.wang@bbklaw.com>, Kira Johnson <Kira.Johnson@bbklaw.com>, Kara Coronado <Kara.Coronado@bbklaw.com>, "Danielle G
akai" <danielle.sakai@bbklaw.com>, "ssherlock@swlaw.com" <ssherlock@swlaw.com>, "Joy, Jayne@Waterboards"
Jayne.Joy@waterboards.ca.gov>, "Sablan, Teresita@Waterboards" <Teresita.Sablan@waterboards.ca.gov>, "Buddingh,
atharine@Waterboards" <Katharine.Buddingh@waterboards.ca.gov>, "Fordyce, Jennifer@Waterboards"
Jennifer.Fordyce@waterboards.ca.gov>, "Wadhwani, Emel@Waterboards" <Emel.Wadhwani@waterboards.ca.gov>, "Wyels,
hilip@Waterboards" <Philip.Wyels@waterboards.ca.gov>

Good afternoon,

Please see the attached Acknowledgment of Petition Received and Approval of Request to Place Active Petition
into Abeyance for A-2761 United El Segundo, Inc., Rapid Gas, Inc., and CF United Propco LLC.

If you cannot open the attached, please let me know.

Thank you.

*Adrianna M. Crowl*
*Associate Governmental Program Analyst*
*Administrative Officer*
*Office of Chief Counsel*
*State Water Resources Control Board*
*1001 I Street, 22nd Floor*
*Sacramento, CA 95814*
*PH. 916-341-5156*
*Email. adrianna.crowl@waterboards.ca.gov*

---

📄 **A-2761 Acknowledgment and Abeyance 11-18-21.pdf**
1396K

000087



# **Denial** LETTER

Date 9/29/2014

Dear Madam/Sir; Caine We...

PO Box 5010

Woodland Hills Ca 91365-5010

I am writing to inform you that I Object to your Harassment Tactics and Phone calls

I hereby notify you that I have reviewed previous leases with water department; it is not properly

Updated: the current owner has not accepted. It.

I also object to your contacting me personally at home; in violation of Laws, Rules and regulations.

If your client has a valid, updated lease agreement: submit it properly for considerations

Thank you for your prompt attention to this request.

Mahmood Yoonessi

420 S Hamel Rd

L.A Ca 90048

23

10

1   COMES CASE COVERSHEET AND ADDENDUM REGARDING LOCATION OF

2   THE CASE.  IF YOU HAVE THAT, OR IF NOT, I CAN PROVIDE IT TO

3   YOUR HONOR.

4           THE COURT:  WELL, IT'S IN THE SYSTEM.

5           MR. SADEGHI:  YES.  SO IN THE ADDENDUM THE AT THE

6   LAST PAGE WHERE THEY SAY THE ADDRESS OF THE CORPORATION.

7           THE COURT:  THE ADDRESS OF THE DEFENDANT

8   CORPORATION?

9           MR. SADEGHI:  YES.

10          THE COURT:  UH-HUH.

11          MR. SADEGHI:  IT IS PROVIDED THAT -- IN THE

12  ADDENDUM I'M TALKING ABOUT, THE LAST PAGE OF THE

13  ADDENDUM -- THAT THE CORPORATION IS IN THE CITY OF PALOS

14  VERDES, CALIFORNIA: 6790 CREST ROAD, PALOS VERDES.  WE'RE

15  IN FACT -- AND THEN -- AND THIS WAS AT LEAST ON THE

16  DATE -- OH, NO, IT'S UNDER PENALTY OF PERJURY THAT THE

17  ADDRESS IS PALOS VERDES, THEREFORE, THE JURISDICTION COMES

18  TO LOS ANGELES. WHEREAS, THE CORPORATION ACTUALLY IS IN

19  RIVERSIDE -- LOCATED IN RIVERSIDE.

20          THE -- ISN'T A LOCATION OF THE CORPORATION IS IN

21  RIVERSIDE OR IN CITY OF -- OR IN SAN BERNARDINO COUNTY.  SO

22  THE -- WE ALSO WOULD LIKE TO OBJECT TO THE VENUE BECAUSE OF

23  THE LOCATION SHOULD NOT BE IN LOS ANGELES SOMEHOW.

24          BY THE WAY, I'M NEW TO THIS CASE.  I JUST CAME,

25  YOU KNOW, DAYS AGO.  AND I HAVE FOUND OUT ABOUT

26  THESE -- THAT WHERE THE VENUE IS NOT LOS ANGELES.  AND I

27  WOULD LIKE TO ALSO ASK TO TRANSFER THE CASE TO THE CORRECT

28  VENUE ON THAT REGARD.

**000089**

42

MR. FRIEDLAND:  I HAVE ONLY A COPY FOR MYSELF.

THE COURT:  OKAY.

MR. FRIEDLAND:  I CAN CERTAINLY, I GUESS --

THE COURT:  NO, THAT'S FINE.

MR. FRIEDLAND:  -- I'VE LOOKED AT IT LONG ENOUGH, GO BY MEMORY WHAT EACH DOCUMENT IS.

THE COURT:  NO.  THAT'S FINE.

OKAY.  SO YOU WANT TO HAVE PLACED BEFORE THE WITNESS A ONE-PAGE DOCUMENT, WHICH, MADAM CLERK, WE'RE GOING TO MARK FOR IDENTIFICATION AS EXHIBIT 1.  THE TITLE OF THE DOCUMENT IS "ASSIGNMENT."  AND IT APPEARS TO BEAR A DATE OF JANUARY 26, 2015.

(PLAINTIFF'S EXHIBIT 1 MARKED)

THE COURT:  IS THAT THE DOCUMENT YOU WANT HER TO HAVE?

MR. FRIEDLAND:  YES, YOUR HONOR.

THE COURT:  OKAY.

THE WITNESS:  THANK YOU.

THE COURT:  OKAY.  SHE'S GOT IT.

BY MR. FRIEDLAND:

Q    MS. FRANCO, WOULD YOU PLEASE DESCRIBE THIS DOCUMENT FOR THE COURT?

A    SURE.  SO THIS DOCUMENT IS METROPOLITAN ASSIGNING THIS CASE -- THIS COLLECTION CASE TO CAINE & WEINER TO COLLECT PAST DUE RENT FROM MY MONTECITO.  AND SO THIS WAS SIGNED OFF BY OUR UNIT MANAGER AT THAT TIME, SO THIS IS BASICALLY FOR OUR DOCUMENTATION THAT PURPOSE.

Q    AND --

000090

43

1        MR. SADEGHI:  OBJECTION.  LACKS FOUNDATION.

2  HEARSAY.  ON THE ASSIGNMENT.

3        THE COURT:  OVERRULED.  THE ANSWER MAY STAND.

4  BY MR. FRIEDLAND:

5     Q    YOU REFERENCED IN YOUR TESTIMONY JUST NOW MY

6  MONTECITO.  HOW DOES THE ASSIGNMENT ACTUALLY READ, MS.

7  FRANCO?

8     A    IT READS, "MY MONTECITO, INC."

9     Q    IS THAT THE DEFENDANT'S FULL NAME?

10    A    NO, IT IS MY MONTECITO, INC. SH.

11    Q    AND YOU TESTIFIED PREVIOUSLY YOU REVIEWED THE

12  BOOKS AND RECORDS OF THIS ACCOUNT, CORRECT?

13    A    CORRECT.

14    Q    HOW IS DEFENDANT'S NAME REFERENCED IN THOSE BOOKS

15  AND RECORDS?

16    A    MY MONTECITO, INC. SH.

17    Q    ARE YOU FAMILIAR WITH THE EXISTENCE OF AN ENTITY

18  KNOWN AS MY MONTECITO, INC.?

19    A    AS THIS READS, NO.

20    Q    DOES METROPOLITAN HAVE ANY BUSINESS DEALINGS WITH

21  AN ENTITY KNOWN AS MY MONTECITO, INC.?

22    A    NO.

23    Q    DO YOU HAVE ANY IDEA WHY THIS ASSIGNMENT ONLY

24  READS MY MONTECITO, INC.?

25    A    I CAN SAY IT WAS A CLERICAL -- LIKE A TYPO ERROR,

26  SO A TYPO.

27    Q    HOW IT SHOULD --

28        MR. SADEGHI:  OBJECTION.  SPECULATION.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
SOUTHEAST DISTRICT, NORWALK COURTHOUSE (19170    )
12720 NORWALK BLVD., NORWALK, CA 90650

CAINE & WEINER COMPANY IN vs.
MY MONTECITO IN SH
                                              Case Number: NOR 15N06376
        MINUTE ORDER AND CLERK'S NOTICE OF RULING AND/OR APPEALABLE ORDER

Court convened at 08:30 AM, on 09/03/2015; in Department SEY .        DC602038
Present: Honorable DANIEL P RAMIREZ, JUDGE, Judge/Comm. Presiding.
                NANCY COVARRUBIAS , Deputy Clerk;
and the following proceedings were had: notice given per section CCP 664.5:

Plaintiff(s) CAINE & WEINER COMPANY INC
NO APPEARANCE                                        appearing by
Defendant(s) MY MONTECITO IN SH
NO APPEARANCE                                        appearing by

NATURE OF PROCEEDINGS: CAUSE CALLED FOR HEARING RE:                   FILED

DESIGNATION- TRANSFER OF NON-COLLECTIONS CASE;        Superior Court of California
                                                       County of Los Angeles

DISPOSITION                                              NOV 2 3 2015
THE COURT RULES AS FOLLOWS:
THIS DEPARTMENT WILL ACCEPT AND MANAGE ONLY LIMITED CASES    Sherri R. Carter, Executive Officer/Clerk
THAT ARE COLLECTIONS CASES AS DEFINED BY CRC, RULE 374.
AFTER JUDICIAL REVIEW, THE COURT FINDS THIS CASE IS A BREACH    By _____, Deputy
OF CONTRACT-NOT ACQUIRED ON CREDIT, NOT A COLLECTIONS CASE.        Sally Perez
THEREFORE, IT IS ORDERED THAT THIS CASE BE TRANSFERRED FOR
REASSIGNMENT FORTHWITH TO THE STANLEY MOSK COURTHOUSE, DEPT.
77 AT 111 N. HILL STREET, LOS ANGELES, CA 90012. ALL FUTURE
HEARING DATES, IF ANY, ARE VACATED. ANY MOTIONS CURRENTLY
SET ARE TAKEN OFF CALENDAR. MOVING PARTY IS TO CONTACT
DEPT. 77 TO OBTAIN A NEW HEARING DATE.
-CLERK GIVES NOTICE.

_____
            CLERK'S CERTIFICATE OF MAILING/NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk   of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and that this date I served
Minute Order and Clerk's Notice the above minute order of
09/03/2015 upon each party or counsel named below by depositing in the
United States mail at the courthouse in NORWALK, CALIFORNIA,
one copy of the original entered herein in a separate sealed envelope for each,
addressed as shown below with the postage thereon fully prepaid.
-------------------------------------------------------------------------------

    MY MONTECITO IN SH                STEVEN L. FRIEDLAND
                                      ATTORNEY AT LAW
    6790 CREST ROAD                   21210 ERWIN STREET
    RANCHO PLS VRD, CA 90275          WOODLAND HILLS, CA 91367
    (310) 221-2038                    (818) 908-6860




            SHERRI R. CARTER, Executive Officer/Clerk

Dated:09/03/2015        By NANCY COVARRUBIAS , Deputy Clerk        000092

**$2,000.00**
Total

Nov 30, 2021
Post date

2433
Check #

---

My Montecito, Inc.
402 ARROWVIEW DR
REDLANDS CA, CA 92372

2433

1-2-210

DATE 11/5/21

PAY
TO THE
ORDER OF    Mullog Electric

$ 2,000 00

two thousand dollars                                    DOLLARS

Chase

FOR

⑃002433⑃ ⑃021000021⑃ 780572660⑃

 Gmail

Mahmood Yoonessi <myoonessi75@gmail.com>

---

**W: Caine & Weiner v. My Montecito; case 15N06376**

messages

---

**ohn L. Dodd, Esq.** <JDodd@appellate-law.com>                    Fri, Mar 18, 2022 at 3:19 F
**ɔ: Mahmood Yoonessi <myoonessi75@gmail.com>

He followed up with this email

---

**From:** steven.friedland <steven.friedland@caine-weiner.com>
**Sent:** Friday, March 18, 2022 3:08 PM
**To:** JDodd@appellate-law.com
**Subject:** Caine & Weiner v. My Montecito; case 15N06376

Mr. Dodd,

Thank you for taking my call this afternoon.  Now that the appellate challenges have concluded, please advise how your client intends on paying the judgment against him which has a present balance due of $67,192.81.  If I am free to communicate directly with your client, please confirm same by reply email and forward my email to him.  Thank you.

Steven L. Friedland

Attorney at Law

Caine & Weiner Company, Inc.

"Excellence in Global Receivables Solutions"

5805 Sepulveda Blvd., 4th Floor

Sherman Oaks, CA 91411

(818) 908-6860 Direct

(866) 813-4491 Direct Fax

http://www.caine-weiner.com/



      

000094



PRIORITY® MAIL

U.S. POSTAGE PAID
PM 1-DAY
PV LOS VERDES PENINSULA, CA
90274
MAR 30, 22
AMOUNT
$22.90
R2305M147792-60

1004    92501

FROM:

Shams Yoonessi
6790 Crest Rd
Rch Palos Vrd, CA  90275-5495

TO:

HON CLERK OF THE COURT
3470 Twelfth St
Riverside Ca 92501-3801

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

7021 2720 0002 2022 6993

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

ED STATES
L SERVICE®

ied for domestic use.

lude up to $50 of insurance (restrictions apply).*

domestic and many international destinations.

e.**

customs declaration form is required.

For details regarding claims
al at http://pe.usps.com.
/pe.usps.com for availability and

RATE BOX